# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| ASHOOR RASHO, PATRICE DANIELS, GERRODO FORREST, LYNDA SMITH, LATERIAL STINSON, and KEITH WALKER, | ) ) ) ) ) |
| Plaintiffs, | ) No. 1:07-CV-1298-MMM-JAG ) ) Judge Michael M. Mihm |
| v. | ) ) Magistrate Judge John A. Gorman |
| DIRECTOR ROGER E. WALKER, JR., DEPUTY DIRECTOR ROBERTA FEWS, DR. WENDY NAVARRO, DR. SYLVIA MAHONE, EDDIE JONES, DR. WILLARD ELYEA, DR. JOHN GARLIC, DR. MICHAEL F. MASSA, and WEXFORD HEALTH SOURCES, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## NOTICE OF DISMISSAL OF DEFENDANT WEXFORD HEALTH SOURCES, INC.

Plaintiffs, by their attorneys, hereby dismiss Defendant Wexford Health Sources, Inc. from this action without prejudice pursuant to Fed. R. Civ. P. 16(a)(1)(A)(i).  Defendant Wexford Health Sources, Inc. has never served an answer or a motion for summary judgment in this action.

Respectfully submitted,

April 5, 2011

/s/ Harold C. Hirshman
One of the Attorneys for Plaintiffs

Marc R. Kadish
Daniel Herrera
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL  60606
(312) 701-8747 (phone)
(312) 706-8774 (fax)
*mkadish@mayerbrown.com*
*dherrera@mayerbrown.com*

Harold C. Hirshman (ARDC #1226290)
Camille E. Bennett (ARDC #6224457)
SNR Denton US LLP
233 S. Wacker Dr., Ste. 7800
Chicago, IL  60606
(312) 876-8000 (phone)
(312) 876-7934 (fax)
*harold.hirshman@snrdenton.com*
*camille.bennett@snrdenton.com*

Alan Mills
Uptown People's Law Center
4413 N Sheridan
Chicago, IL  60640
(773) 769-1410 (phone)
*alanmills@comcast.net*

Barry G. Lowy (ARDC #6196719)
Equip for Equality
235 S. Fifth St.
Springfield, IL  62705
(800) 758-0464 (phone)
(217) 523-0720 (fax)
*contactus@equipforequality.org*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 5, 2011, s/he caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to:

>Heidi Hildebrand
>Christopher L. Higgerson
>ILLINOIS ATTORNEY GENERAL
>500 S. Second St.
>Springfield, IL  62706
>217-782-9029
>hhildebrand@atg.state.il.us
>chiggerson@atg.state.il.us
>
>Theresa M. Powell
>David M. Walter
>Brian Michael Smith
>HEYL ROYSTER VOELKER & ALLEN
>National City Bank Building
>Suite 575
>One N. Old State Capitol Plaza
>P.O. Box 1687
>Springfield, IL  62705
>tpowell@heylroyster.com
>dwalter@heylroyster.com
>bsmith@heylroyster.com

/s/ Camille E. Bennett

14947014