## LEGAL NOTICE

**Notice of Proposed Settlement of a class action case bringing changes to the system of providing mental health care to prisoners in the Illinois Department of Corrections (IDOC).**

Some mentally ill prisoners in the Illinois IDOC sued the IDOC for failing to provide adequate mental health care. This case was certified as a "class action" on behalf of all people who are now (or will be) confined in IDOC facilities, who receive or should receive mental health treatment. These prisoners and the IDOC have reached an agreement to settle their claims.

**This notice tells you about (1) the lawsuit; (2) the class; (3) the proposed agreement; (4) your right to object to the agreement if you wish to do so; and (5) how you can get more information.**

1. **The Lawsuit**

The prisoners brought this lawsuit saying that the IDOC violates prisoners' rights regarding mental health services and segregation. They seek a court order, but not money, for themselves and the class. The lawsuit is called *Rasho, et al. v. Baldwin, et al.*

2. **The Class**

The Court has allowed the prisoners to bring this lawsuit to sue on behalf of *all* mentally ill prisoners who are now, and/or in the future will be confined in the IDOC. If you are confined in the IDOC and receive or should receive mental health treatment, you are a member of this class.

3. **The Proposed Agreement**

The proposed agreement requires that, over the next three years, the IDOC do several things:

 A. Hire more qualified mental health professionals and necessary security staff.

 B. The IDOC will provide a mental health hospital, add more than 1200 residential treatment beds, and provide appropriate treatment space at IDOC facilities.

 C. The IDOC will create treatment plans and regularly review them for all mentally ill prisoners.

 D. The IDOC will review all seriously mentally ill prisoners in segregation to make reductions to segregation sentences, including eliminating all segregation time for 300 and 400 level offenses.

 E. Over the next several years, the IDOC will provide more out of cell time for mentally ill prisoners in segregation, starting with eight hours and working up to twenty hours of out of cell time.

 F. All IDOC staff will be trained to recognize and better understand mental illness.

 G. An independent monitor will review IDOC to assure that these changes are made. The monitor will report to the Federal Court.

 H. If the IDOC fails to live up to its promises, the matter can return to active litigation.

**4.     Your Right to Object**

You have the right to object to the proposed settlement agreement.  Before the judge decides whether to approve the agreement, the judge will consider any objections.  To object, you must **mail** (you need not use the electronic filing system through the prison law library) your written objections to:

> Judge Michael Mihm
> 112 U.S. Courthouse
> 100 N.E. Monroe Street
> Peoria, IL 61602

**Objections must be received on or before March 21, 2016.** The judge will hold a hearing to decide whether to approve the proposed agreement.  The hearing will take place on May 13, 2016 at 10:00 A.M., in Room 112 of the United States Courthouse at 100 N.E. Monroe Street, Peoria, IL 61602.

If you approve, you do not have to do anything.  If you have an attorney, you may consult the attorney about this agreement.

**5.     How To Get More Information**

To get more information, call or write Alan Mills, Harold Hirshman, or Equip for Equality, the lawyers for the class.  They can provide you with a copy of the agreement or a copy of the current complaint against the IDOC.

> Alan Mills
> Uptown People's Law Center
> 4413 N. Sheridan
> Chicago, IL 60640
>
> Harold Hirshman
> Dentons US LLP
> 233 South Wacker Drive
> Suite 5900
> Chicago, Il 60606
>
> Amanda Antholt
> Equip for Equality
> 20 N. Michigan Ave., Suite 300
> Chicago, IL 60602

Dated:  December 22, 2015

  /s/ Michael M. Mihm
United States District Judge