E-FILED
Thursday, 21 January 2016 02:01:29 PM
Clerk, U.S. District Court, ILCD

RECEIVED
JAN 21 2016
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

JAN 21 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Objections to Settlement Agreement

1) I commend the filers of the Class action Law Suit against Ill Dept of Corr. The demands are laudable. And every prisoner should have all the listed benefits and care.

2) I however am completing my sentence in less than a month. The changes here do nothing for me. It won't help me on my journey to society. It won't help me receive the treatment I need in the free world — because the free world cost! It won't make amends for the mal-treatment I endured while here in Ill D.O.C. My treatment was entrusted to a pill that only knocked me out for approximately 16 hours out of a day. I received no therapy/counseling. That is still needed now. Only now it will be harder and more costly to acquire.

3) I request financial compensation for the culpability of the Dept of Corrections, Vouchers for treatment/Counseling/and Medication.

4) That the judge be the determining factor in how much I should receive because I truly have no clue as to the dollar

amount I should request/demand for the maltreatment I endured during my ~~51 Moths~~ 4 YRS 3 MO. year stay.

5) That the institution I'm Vouchered to attend have the amenities that are suggested to be implemented, or I be allowed to select my own mental care professionals at the cost of Ill Dept of Corrections. For I seek healing not financial gain. But it is duly noted an ex-Convict is hard to employ. Therefore an ex-Convict with mental defects is almost impossible to employ, thus the <u>need</u> of financial assistance is a necessity...

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

Please Take Notice That on <u>January 14,</u> 20<u>16</u>, I Placed The attached or enclosed Document in the institutional Mail at <u>Henry Hill</u> correctional center, properly Addressed to the Judge Michael Mihm 112 US court house. 100 N·E Monroe Street Peoria, IL 61602

Signed and sworn to by me this 14th day of January, 2016. DATE <u>1-14-16</u>
_Notary signature_
Notary Public

/s/ Myron Barber
Name <u>MyRon Barber</u>
IDOC# <u>N-46174</u>
<u>Henry Hill</u> correctional center
<u>Galesburg Illinois 61401</u>