IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ASHOOR RASHO, #B-38970, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 07-1298 |
| | ) | |
| DIRECTOR JOHN R. BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

NOW COME Defendants, JOHN R. BALDWIN, EDDIE JONES, DR. WILLARD ELYEA, and DR. WENDY NAVARRO, by their Attorney, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 5.10 of the Federal Rules of the United States District Court for the Central District of Illinois, move this honorable Court for leave to file the exhibit in support of defendants' response to this Court's Order of May 29, 2016, under seal.

In support thereof, it is stated:

1. In response to this Court's Order of May 29, 2016, an investigator for the Department of Corrections conducted an investigation into allegations by Mr. Sims that prison officials had retaliated against him because of his objection to settlement of this case and abused Mr. Sims because he was seriously mentally ill.

2. Defendants are asking the Court for leave to file the report of the investigation under seal.

3. During the investigation, a number of inmates were interviewed.

4. The safety of inmates could be endangered if other inmates learn who cooperated with an investigation.

5. The safety of inmates could be endangered if an inmate learns which inmates did, and did not, support another inmate's version of the facts.

6  Because of the potential for harm to inmates, the Department of Corrections wishes to keep reports confidential when inmate witnesses are utilized.

7. Although there is a presumption that litigation should be public, this report concerns a matter collateral to this litigation.

8. Plaintiff's counsel will be given a copy of the investigation report.

WHEREFORE, defendants pray that this honorable Court grant their motion for leave to file document under seal, and order those to whom the report is disseminated not to disclose to any inmate what another inmate said to the investigator.

Respectfully submitted,

JOHN R. BALDWIN, EDDIE JONES, DR. WILLARD ELYEA, and DR. WENDY NAVARRO,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Terence J. Corrigan
Terence J. Corrigan, #6191237
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
E-mail:  tcorrigan@atg.state.il.us
Telephone:  (217) 782-5819

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHOOR RASHO, #B-38970,    ) | |
| )    | |
| Plaintiff,    ) | |
| vs.                                                              ) | CIVIL NO. 07-1298 |
| )    | |
| ROGER WALKER, et al.,    ) | |
| )    | |
| Defendants.    ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2016, I electronically filed Motion for Leave to File Document Under Seal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alan Mills | alanmills@comcast.net |
| Barry G. Lowy | Barryl@equipforequality.org |
| Theresa Powell | tpowell@hrva.com |
| Marc R. Kadish | mkadish@mayerbrown.com |
| Brian Michael Smith | bsmith@heylroyster.com |
| Harold C. Hirshman | harold.hirshman@dentons.com |
| William R. Stone | stone@bsplaw.com |
| Andrew M. Ramage | aramage@bhslaw.com |

Respectfully submitted,

Terence J. Corrigan
Terence J. Corrigan, #6191237
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
E-mail:  tcorrigan@atg.state.il.us
Telephone:  (217) 782-5819

3