IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ASHOOR RASHO, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-CV-1298-MMM-JEH |
| ) | |
| v. ) | Judge Michael M. Mihm |
| ) | |
| DIRECTOR JOHN R. BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having set a hearing for May 13, 2016 and conducted a lengthy hearing as to whether the proposed settlement is fair, reasonable, and adequate, makes the following findings. The Settlement Agreement, filed with this Court on May 10, 2016 as amended by the parties, is a fair, reasonable, and adequate resolution of the claims. In the interests of comity the Court must respect the need to provide the Defendants with the time provided in the settlement to fulfill the obligations undertaken. Concomitantly in the interest of fairness to the class, the Court must continue to provide a forum to address issues of compliance and performance of the terms of the Settlement. Without the Court's participation, the settlement would not be fair and reasonable. Consequently this matter will remain on the Court's docket until the terms of the Settlement Agreement are met. At that time, this matter will be dismissed with prejudice.

Entered this 23rd day of May, 2016

/s/ Michael M. Mihm
MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE