## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| ASHOOR RASHO, et al., | ) |
| Plaintiffs, | ) No. 1:07-CV-1298-MMM-JEH |
| v. | ) Judge Michael M. Mihm |
| DIRECTOR JOHN R. BALDWIN, et al., | ) |
| Defendants. | ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that the parties submit an executed Amended Settlement Agreement.

May 23, 2016                                     RESPECTFULLY SUBMITTED,

                                     By:   */s/ Harold C. Hirshman*
                                           One of the attorneys for Plaintiffs

Harold C. Hirshman (ARDC# 1226290)          Alan Mills
R. Cantrell Jones (ARDC# 6291669)           Uptown People's Law Center
DENTONS US LLP                              4413 N Sheridan
233 S. Wacker Drive, Suite 5900             Chicago, IL  60640
Chicago, IL  60606                          (773) 769-1410 (phone)
Telephone: (312) 876-8000                   alan@uplcchicago.org
Facsimile:  (312) 876-7934
harold.hirshman@dentons.com
r.cantrell.jones@dentons.com

Marc R. Kadish                              Barry C. Taylor
Mayer Brown LLP                             Laura J. Miller
71 S. Wacker Dr.                            Amanda Antholt
Chicago, IL  60606                          Equip for Equality, Inc., Suite 300
(312) 701-8747 (phone)                      200 N. Michigan Ave., Suite 300
(312) 706-8774 (fax)                        Chicago, IL 60602
mkadish@mayerbrown.com                      (312) 341-0022 (phone)
                                            (312) 541-7544 (fax)
                                            barryt@equipforequality.org
                                            laura@equipforequality.org
                                            amanda@equipforequality.org

## CERTIFICATE OF SERVICE

I, Harold C. Hirshman, an attorney, hereby certify that on May 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Harold C. Hirshman*
Harold C. Hirshman
