E-FILED
Tuesday, 30 August, 2016  09:18:38 AM
Clerk, U.S. District Court, ILCD

1 of 7

SCANNED AT MENARD and E-mailed
8-3-16 by SG 9 pages
date          initials   No.

IN THE

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

Ashoor Rasho, et al.,            )
    plaintiffs,                  )
                                 )
                                 )
V.                               )  No. 1:07-cv-01298-mmm
                                 )
Roger E. Walker, et al.,         )  MICHAEL M. Mihm
Defendant's                      )      JUDGE

motion of a violation of settlement
agreement order set forth Friday, may-13-2016
10:00 A.m clerk U.S district court ilc

I MARTO S. ENGLISH JR., plaintiff complains of
a violation of settlement agreement order
set forth Friday 5-13-2016 at 10:00 A.M.

plaintiff further states as follows:

2

#1. I filed a motion to the court 8-9-2016

#2. the motion was Entered 8-10-2016

#3. I received an order in the mail 8-17-2016 denying motion [744]

#4. the court stated, the plaintiff in this matter are represented by counsel and concerns Regarding the settlement agreement should be presented to class counsel.

#5. I have wrote counsel Amanda C. Antholt she does not respond to my letters.

#6. I sent the court Exhibit A and B. Exhibit A is a 7-3-2016 grievance to counselor Hill and Exhibit (b) is the grievance officers response and i did appeal to springfield. Exhibit A+B page 3+4

#7 I filed Exhibit C 8-23-2016 grievance to counselor Hill. Exhibit C page (5)

3

Exhibit A

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

| | |
|---|---|
| Date: 7-3-2016 | Offender: (Please Print) MARIO S. ENGLISH JR. | ID#: B-57430 |
| Present Facility: MENARD CC | Facility where grievance issue occurred: MENARD CC  7-8-16 |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): mental health!

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have been on 4 gallery since 2-9-2016. Every tues I see mental health on the gallery. Mental health will ask yo! How are you doing. I say not good! I'm in seg. I hate seg. Etc! I tell this to mes. Creason or Meyers. I seen mental health Meyers 6-28-2016 & asked about my seg time cuts because i am "SMI" but i keep getting the run around. I dont go see mental health for passes because prisoners get cut out there cuffs in the bull pens and punch on eachother. I was told i would be taken straight to the mental health office but that was a lie. I dont refuse mental health treatment. I not signing no more refusals. B4C

**Relief Requested:** my tickets show i am SMI. I want to be put in ER a seg time reduction. others have been put in and i have been here longer.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mario S English Jr. / B-57430 / 7, 3, 2016
Offender's Signature          ID#          Date

[Continue on reverse side if necessary]

RECEIVED
AUG 03 2016

---

**Counselor's Response (if applicable)**

Date Received: 7, 8, 16

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Contact Mental Health and they have tried to accommodate the pass schedule by changing your times but you refuse. Your case of SMI is in Review and you will be notified.

Print Counselor's Name          Counselor's Signature          7, 26, 16
                                                                Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date ____ / ____ / ____

Distribution: Master File; Offender

Page 1

Printed on Recycled Paper

DOC 0046 (Rev. 3/2005)

added note:

also I don't refuse individual MH treatment. I refuse to go to the Bull pen where none get out off there once you get attack you're. Mental health changed the times I'm suppose to go see them but staff still takes me to the Bull pen before. If I get attacked in the Bull pen I'll be forced to defend myself. I won't see MH. I don't want none of this

★ I always talk to Mental Health when they make segregation on tuesdays.

I have showed refusals because of the bull pen issues.

★ thats why I ask not to put me in the seg (SMI) seg time out. I know people who refuse passes but still get in (SMI) seg out.

Oct-14-2014 to 9-24-2015 I was in about 9 months on suicide watch off bull det. I got most of my tickets while on suicide watch. I put my arm, my leg, neck I cut myself several times force shot I would if I don't need nothing. hunger strikes, suicidal thoughts, depression I was given false tickets because I keep asking for mental health treatment. all of my tickets are 100 and 200 passes. I would

I want to be reviewed for (SMI) seg time out. End!

most of my tickets and summaries shows (SMI) I'm there.

This is a violation of the settlement agreement.

4

Exhibit B

N2-04-07

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** August 3, 2016          **Date of Review:** August 3, 2016          **Grievance #** (optional):  14-8-16

**Offender:** English, Mario                                                    **ID#:** B57430

**Nature of Grievance:** Mental Health - SMI / Segregation Cut

**Facts Reviewed:** All information submitted to the Grievance Officer by the offender or institutional staff pertaining to this issue(s) being grieved has been thoroughly reviewed. Offender submitted a grievance dated 7-3-16 and grieves he should receive a segregation cut because he is "SMI". Offender stated he has not refused his mental health he is refusing so he don't have to be in the bullpen holding area.

Relief requested:  To be put in for a segregation reduction.

Counselor contacted Mental Health and was advised they have tried to accommodate offender by changing times but offender refuses.  Offenders case (SMI) is in review and he will be notified.

Per Dr. Butler, offender is NOT "SMI" at this time.  In accordance with Department Rule 504.120 An offender may petition the Adjustment Committee no more often than every 90 days to reduce the segregation term based on his or her conduct while in segregation.  Grievance Office contacted the Adjustment Committee and was advised offender has NOT requested a reduction in segregation time.

*Added note: I was SMI at the time I was given all my tickets. mental health makes prisoners believe you have to keep hurting yourself to be SMI. There are prisoners who got SMI seg cuts and they dewl go see mental health. If I'm not SMI then all my tickets should be expunged because they all were heard past 44ite days.*

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. Per Mental Health Administrator offender is not SMI at this time. Offender may request a segregation reduction by following procedure and submitting a request to the Adjustment Committee.

Lori Oakley
Print Grievance Officer's Name                                      Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** August 4, 2016          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

K. Butler
Chief Administrative Officer's Signature                                      8-9-16
                                                                              Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Mario S. English Jr.
Offender's Signature                    B-57430                    8-12-2016
                                         ID#                        Date

ILLINOIS DEPARTMENT OF CORRECTIONS     Exhibit C (5)

## OFFENDER'S GRIEVANCE

| Date: 8-23-2016 | Offender: (Please Print) Mario S English JR. | ID#: B-57430 |
|---|---|---|

| Present Facility: MENARD CC | Facility where grievance issue occurred: MENARD CC |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Mental health misconduct

- [ ] Disciplinary Report: _____
    Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I seen Mental health staff MRS. CREASON 8-23-2016, She was making SEGREGATION Rounds and asking PRISONERS if there okay, I told her I'm not okay! I seen CREASON 8-16-2016 and she told ME she would check into my SMI SEG cut, I showed her my ticket's from stateville saying SMI she didn't check into anything she is being LAZY. DR. Butler said, I am not SMI Right now. I was SMI at the time, I was given all my tickets at stateville, DR. Butler didn't EVEN check my tickets or summarys Back!

Relief Requested: I want to be put in FOR a SMI SEG cut.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Mario S English JR. | B 57430 | 8, 23, 2016 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____
_____
_____
_____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

mental health makes prisoners believe
you have to keep hurting yourself to be SMI
where are other prisoners who got SMI seg cuts
and they dont go see mental health all the time.

MRS. CREASON told me to talk to MRS Butler.
I dont EVER get to see DR. Butler. She dont
answer my letters.
MRS. CREASON should pass on that i showed her
that my tickets say, SMI

Maybe. i dont understand something about the
SMI Lawsuit.

I am gonna Report this to the Federal court

IF I'm not SMI why did i EVER get tied to
the bed, force shot, cuffs on my arm + leg etc!
End!

6

#8 please have counsel address this matter.

#9. please allow me the chance to talk to the independent monitor so they can report this issue back to the federal court.

Date: 8-23-2016

Respectfully submitted,
Mario S. English JR.
Marto S. English JR. B-57430
Menard CC
P. O. Box 1000
Menard, IL 62259

618- 826- 5071

7

CERTIFICATE OF SERVICE

I MARIO S. ENGLISH JR., hereby certify that
on 8-29-2016, I gave this motion to the
prisoner law clerk and had him take this motion
to the MENARD law library so this motion
FOR (motion of a violation of settlement
agreement order set forth Friday, MAY-13-2016
10:00 A.M clerk U.S. district court ilc) to
could be e-filed to the
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Dated: 8-29-2016        Respectfully submitted,
                        Mario S. English JR.
                        MARIO S. English JR. B-57430
                        MENARD CC
                        P.O. Box 1000
                        MENARD, IL 62259
618-826-5071