E-FILED
Tuesday, 22 November, 2016  11:08:20 AM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

052670

| Date: 8/10/2010 | Offender: (Please Print) George Fernandez | IDF: B70201 |
|---|---|---|
| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Pontiac Correctional Center | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☒ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: _____
                        Date of Report          Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
        Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
        Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
        Chief Administrative Officer, only if EMERGENCY grievance.
        Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
        administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
        Administrative Officer.

Brief Summary of Grievance: Petitioner urgently needs psychotropic medication for his anxiety issues.  He has been
harming himself on a near-daily basis to obtain treatment and attention for his cardiac problems and anxiety issues.
For example, he has cut his vein, swallowed pieces of metal, stabbed himself in the eyelid, and cut his hip to
the bone.  A licensed forensic psychologist has examined Petitioner and determined that, in his opinion, Petitioner
urgently needs treatment and medication for his anxiety issues.  Petitioner also suffers from significant paranoia,
which prevents him from trusting prison staff (including Pontiac staff psychologists and psychiatrists).  The
forensic psychologist who examined Petitioner strongly recommends that Petitioner's medication be prescribed
and administered by an outside source or psychiatrist, with the oversight and supervision of Pontiac staff.

Relief Requested: Authorization for receipt of prescription of anxiety medication issued by an outside
psychiatrist (subject to Pontiac review and oversight); ~~placement in mental hospital/unit~~

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ 8-7:30/08.10.10
Offender's Signature           IDF      Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____ _____ _____
Print Counselor's Name    Counselor's Signature    Date of Response

| EMERGENCY REVIEW | | |
|---|---|---|
| Date Received: 8, 12, 10 | Is this determined to be of an emergency nature? | ☒ Yes: expedite emergency grievance<br>☐ No: an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____ 8, 12, 10
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender

Page 1

Printed on Recycled Paper

Grievance 000327

 **Illinois Department of Corrections**

**Pat Quinn**
Governor

**Gladyse Taylor**
Acting Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE:          April 19, 2011

TO:            Grievance Office

FROM:          John McK. Garlick, Psy.D., Psychology Services Administrator

SUBJECT:       Response to grievance:  George Fernandez, B70201; 7/20/2010, #052574

The offender complains that despite the fact that he distrusts prison medical staff, he must see Dr. Mathews because of the "massive killer panic attacks" he has been experiencing.  The offender further stipulates the medications he wants prescribed.

A review of the pertinent records finds that the offender saw Dr. Mathews in the psychiatry clinic on August 10, 2010.  More recently, he has refused an appointment at the psychiatry clinic on March 21, 2011.  Appropriate psychiatric services are being offered.  Prescription decisions will be made by the treating psychiatrist.



**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

052574

| Date: 07-19-2010 | Offender: (Please Print) George Fernandez | ID#: B-70201 |
|---|---|---|

| Present Facility: Pontiac C. C. | Facility where grievance issue occurred: Pontiac C. C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ___ / ___ / ___
      Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: As such as I do not trust prison medical staff I must see a psychiatrist Doc. Matthews for the massive killer panic attacks I have been having (which is part caused me to harm any person multiple times earlier this month, along with my bi-polar disorder and especially serious medical needs issues) and my other mental health issues, eg bi-polar disorder not being treated for my mental healths sake or my mental health is not further seriously or irreparably harmed. Note I do not co-operate with homosexual biased conspirator Dr. Michael Massa, Nor do I trust corrupt Dr. Angus. But I

Relief Requested: That I bee seen by Dr. Matthews this week for meds. Ativan etc, lithium, clonipin,

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | B-70201 | 07 / 19 / 2010 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 7 / 20 / 10    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Send to grievance office — Involves mental health issue.

| WADE | [signature] Wade | 7, 20, 10 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___ / 31 / ___

Pontiac Corr. Ctr. Grievance Off.

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] Chief Administrative Officer's Signature    7, 37, 10   Date

Distribution: Master File; Offender      Page 1      DOC 0046 (Rev. 3/2005)

Grievance 000044

 

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

am not a physical threat to anyone at all cum myself. End.

To: Grievance Office

From; G. Fernandez #B-70201

Note; Why is this not being responded to as an Emergency?

N139
GL

From; Fernandez N139 @

Counselor WADE

To: [redacted]

**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

March 11, 2011

George Fernandez
Register No. B70201
Pontiac Correctional Center

Dear Mr. Fernandez:

This is in response to your grievance received on February 1, 2011, regarding a disciplinary report dated August 16, 2010, which was alleged to have occurred at Pontiac Correctional Center.  This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated October 21, 2010 regarding the above issued disciplinary report. Your issues regarding lack of medical treatment and allegations against staff have been addressed in Grievance #'s 052738 and 052751.

The Grievance Officer's Report (053112) and subsequent recommendation dated December 29, 2010 and approval by the Chief Administrative Officer on January 3, 2011 have been reviewed.

This office reviewed the disciplinary report written on August 16, 2010 by C/O Foltynewicz citing you for the offense of 206-Intimidation or Threats (Threatened to Stick Nurse with Needle), along with the corresponding Adjustment Committee Summary (201004082/1-PON).

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offense and recommends the grievance and relief requested be denied.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _Gladyse C. Taylor_

Gladyse C. Taylor
Acting Director
3/17/11

cc:  Warden Guy Pierce, Pontiac Correctional Center
George Fernandez, Register No. B70201

Grievance 000146

COPY

To: Grievance Officer S. Simpson

From: George A. Fernandez ＃B-70201  N-7-14

06/11/2013

Dear Grievance Officer S. Simpson:

I have 2 grievances pending before you pertaining to ~~grievance~~ disciplinary reports. One grievance is dated 03/06/2013 and the other is dated 03/29/2013. When the heck are you going to respond to these grievances if ever?

Sincerely

George A. Fernandez

Conformed Copy: My file.

## AFFIDAVIT

I, George A. Fernandez, state the following.

On or about 4th
On 06/16/2013 I filed a grievance to Counselor Teri Kennedy
in re: my having a 03/06/2013 dated grievance pending before
grievance officer S. Simeson regarding 07/10/2010 disciplinary report.
I made a conformed copy of this 06/16/2013 dated grievance.

Affiant _____

George A. Fernandez
D.O.B. 2/15/1977

Sworn and Subscribed
to before me
this 2 day of JULY, 2013.

_____
Notary Public

FFICIAL SEAL
M. MELVIN
STATE OF ILLINOIS
ON EXPIRES 10-7-2014

AFFIDAVIT

I, George A. Fernandez, State the following:

On or about 06/16/2013 I filed a 06/16/2013 dated grievance to Counselor Teri Kennedy in re: my having a 03/29/2013 dated grievance pending before grievance officer S. Simpson regarding an 07/19/2010 disciplinary report. I made a conformed copy of this 06/16/2013 dated grievance.

Affiant _____

George A. Fernandez
D.O.B. 3/15/1977

Sworn and Subscribed
to before me
this __2__ day of July, 2013.

_____
Notary Public

OFFICIAL SEAL
AMY M. MELVIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2014

## AFFIDAVIT

I, George A. Fernandez, state the following:

Attached is a 06/11/2013 dated letter I sent to grievance officer S. Simpson on or about said date. It regarded 03/06/2013 and 03/29/2013 dated grievances not responded to. Attached is a conformed copy of said 06/11/2013 dated letter.

Affiant _____

George A. Fernandez
# B-70201

Sworn and Subscribed
to before me
this ___2___ day of ___July___, 2013.

_____
Notary Public

```
'CIAL SEAL
  MELVIN
STAT  OF ILLINOIS
 EXPIRES 10-7-2014
```

## AFFIDAVIT

I, George A. Fernandez, state the following:

After first having had a photocopy made of it on 04/03/2013 I sent my 03/29/2013 dated grievance to grievance officer S. Simpson and said 03/29/2013 grievance concerned a 04/19/2010 disciplinary report.

Affiant _____

George A. Fernandez
# B-40201

Sworn and Subscribed
to before me
this ___2___ day of ___July___, 2013.

_____
Notary Public ___.

AL SEAL
. MELVIN
STATE OF ILLINOIS
ON EXPIRES 10-7-2014

COPY

To: Counselor Teri Kennedy

From: George A. Fernandez # B-70201 N-7-14  07/28/2013

Dear Counselor Kennedy;

Enclosed are the 03/06/2013 and 03/29/2013 grievances (photocopies) and their supporting exhibits grievance officer S. Simpson has not responded to. I already have her as a defendant in a lawsuit so its especially no surprise shes not responded to these grievances. Check them out.

Please see that the grievance officer will accept and respond to these. I've already served the half of my prison sentences and am only doing lost time now. These grievances have merit. I should get the time back etc.

I need you to write me back and let me know that youll see the grievance officer will process these this time. If you cant do it the John Howard Association can make shure she processes my grievances.

Let me know. Sincerely

George A. Fernandez

CONFORMED COPY: MY FILE

COPY

# 5 envelopes mailed total

George A. Fernandez

John Howard Association of Illinois

# B-70201

375 East Chicago Avenue

Pontiac Correctional Center

Suite 529

P.O. Box 99

Chicago, Illinois, 60611

Pontiac, Illinois, 61764

Re: Pontiac C.C. grievance officer misconduct.

Dear John Howard Assoc.                    08/23/2013

Enclosed is an 03/06/2013 grievance regarding an 01/10/2010 disciplinary report. The grievance was permissable because it offered additional information namely exhibits an Terry Killian psych report finding me legally insane in connection with alleged incident (see enclosed) and a court document (see enclosed) that the case the prison put on me for incident was thrown out. I'd sent the 03/06/2013 grievance promptly to grievance officer S. Simpson but she has failed to respond. I fear she is deliberately not responding.

Also enclosed is an 03/24/2013 grievance regarding an 07/19/2010 disciplinary report regarding an 07/11/2011 disciplinary incident. The grievance was permissable because it offered additional information namely exhibit an Terry Killian psych report finding me legally insane at time frame (see enclosed). I'd sent the grievance on 04/03/2013 to prison grievance officer S. Simpson but she has failed to respond. I fear she is deliberately not responding.

I am respectfully requesting that you see that

1

an grievance officer, any grievance officer, and the
Warden respond to my grievances. I have not received
any response in any way, shape, form or fashion and
I need your assistance.

Sincerely

George A. Fernandez

P.S. please send me your 2013 monitoring report.

COPY

To: Counselor Teri Kennedy

From: George H. Fernandez # B-70261 N-7-14
08/08/2013

Dear Counselor:

On 08/05/2013 I placed a package of privileged
mail in the outgoing mail with voucher payment
for postage to be mailed to John Howard Association.
I was sending them a letter about the grievance
officer & her not responding to my 03/06/2013
and 03/29/2013 grievances & these grievances and
their exhibits enclosed too. On 08/07/2013 I
received this package of mail back. It had been
slit open and taped backed up (censored) and the
voucher for it was stamped insufficient funds. To
the point not even addressing the censoring the mail
room was obligated by the Admn. Code to send the
mail out despite the lack of funds. It's clear in the
Admn. Code in the Handbook that John Howard Association
mail was to be treated like legal mail for mailing
without prepayment of funds. Check these people
in the mail room and tell them my mail has to
go out. And send me some grievances.

G.H. Fernandez

COPY

George A. Fernandez
# B-70201
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois, 61764

John Howard Association
of Illinois
375 East Chicago Avenue
Suite 529
Chicago, Illinois, 60611

Re: Pontiac C.C. grievance officer misconduct.

Dear John Howard Assoc.                    08/05/2013

   Enclosed is an 03/06/2013 grievance
regarding an 07/10/2010 disciplinary report.
The grievance was permissable because it offered
additional information namely exhibits an
Yeorg Killian psych report finding me legally
insane (see enclosed) and a court document
(see enclosed) that the case the prison put on me
for incident was thrown out. I'd sent the
03/06/2013 grievance promptly to prison grievance
officer S. Simpson but she has failed to
respond. She is deliberately not responding.

   Also enclosed is an 03/29/2013 grievance
regarding an 07/19/2010 disciplinary report
regarding an 07/11/2010 disciplinary incident. The
grievance was permissable because it offered
additional information namely exhibit a or

Terry Killian psych report finding me legally insane at time frame, I'd seperately sent the grievance 04/03/2013 to prison grievance officer S. Simpson but she has failed to respond. She is deliberately not responding.

   I am respectfully requesting that you see that an grievance officer, any grievance officer, respond to my grievances. I have not received any response in any shape, way, form or fashion and I will not without your assistance.

<div align="right">Sincerely</div>

Conformed Copy: My file.

<div align="right">George A. Fernandez</div>

P.S. you know if the prison grievance system was not broken you'd see a much increased number of grievances filed namely about staff on inmate physical abuse, food tampering, etc.

PLEASE SEND ME YOUR 2013 MONITORING REPORT !

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Date: 06/16/2013    (Please Print) George A Fernandez    ID#: B-70201

Present Facility: Pontiac C.C.    Facility where grievance issue occurred: Pontiac C.C.

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Grievance

- [ ] Disciplinary Report: ___/___/___   Handling
  Date of Report      Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have a grievance dated 03/06/2013 before the grievance officer S. Simpson. It has exhibits attached to it. It regards discipline in connection with a 07/10/2010 disciplinary report. The grievance is permissable under section 504.830 Grievance Procedures A) 1) as the grievance offered additional information. For example a forensic psychiatric evaluation report that found me legally insane at time of disciplinary offense & a court document showing the case given me no crim?

Relief Requested: Any and all available relief. That the grievance officer/Warden respond to my 03/06/2013 grievance.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature    ID# B-70201    Date 06/16/2013

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 6/17/13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Grievance Office all grievances are handled in as timely manner as possible in order in which received

Print Counselor's Name: T Kennedy    Counselor's Signature    Date of Response 6/24/13

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date ___/___/___

court for the subject matter that regarded the disciplinary
charge was dismissed by the court.

The grievance officer has never responded in
any form whatsoever to my 03/00/2013 grievance.

Date: _____   Office A. Fernandez   ID#: B-70201

**Present Facility:** Pontiac C.C.

**Facility where grievance issue occurred:** Pontiac C.C.

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☑ Other (specify): "Grievance"

☐ Disciplinary Report: ___/___/___   Hard time
     Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have a grievance dated 03/29/2013 before the grievance officer S Simpson. It has exhibit a forensic psych evaluation attached to it. It regards discipline in connection with a 4/19/2010 disciplinary report. The grievance is permissable under Section 504.830 Grievance procedures d.) 1) as the grievance offered additional information. Namely the exhibit forensic psychiatric evaluation report that found me legally insane at the time of the alleged disciplinary offense. 07/11/2010.

The grievance officer has never responded in any form whatsoever to my 03/29/2013 grievance.

**Relief Requested:** Any and all available relief, that the grievance officer/Wardens respond to my 03/29/2013 grievance.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_signature_    B-70201    06 / 16 / 2013
     Offender's Signature      ID#      Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

**Date Received:** 6 / 17 / 13    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Per Grievance Office, all grievances are handled in a timely manner as possible in order in which they are received.

_signed_
Print Counselor's Name      Counselor's Signature      6 / 2el / 13
                                           Date of Response

---

**EMERGENCY REVIEW**

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
     ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature      Date ___/___

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper



**Illinois**
Department of
**Corrections**

**Pat Quinn**
Governor

**S. A. Godinez**
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE: _8-14-13_

TO: _FERNANDEZ_ # _70201_     Cell _____     β

FROM: Grievance Officer
Pontiac Correctional Center

SUBJECT: Attached Grievance: _____ _Other — pending grievance issues_

Date Received: _8-14-13_

The attached is being returned for the reason(s) listed below:

_____     Contact your Correctional Counselor.  Written response required.

_____     Use proper Committed Person's Grievance (DOC 0046)

_____     Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred

_____     Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director)

_____     Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further

_____     Unable to determine nature of grievance/correspondence.  Submit additional specific information.

_____     Illegible copy submitted – submit legible copy for consideration.

_____     Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee.  If request is denied, utilize the grievance process for further consideration.

_____     Issue has been previously addressed on _____.  Nor justification for further consideration

_____     Contact the Record Office with you request and/or additional information (sentence calculations, jail credits, etc.)

_____     Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.)

__X__     Other: _You state you submitted a 3/29/13 dated grievance (no issue given). Please be patient to grievance responses._

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 06/16/2013 | Offender (Please Print) George A. Fernandez | ID#: B-70201 |
| Present Facility: Pontiac C.C. | Facility where grievance issue occurred: Pontiac C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): "Grievance

- [ ] Disciplinary Report: ___/___/___  Date of Report  _____  Facility where issued  Handling"

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have a grievance dated 03/29/2013 before the grievance officer S. Simpson. It has exhibit a forensic psych evaluation attached to it regard discipline in connection with a 7/19/2010 disciplinary report. The grievance is permissable under Section 504.830 Grievance Procedures a.) 4.) as the grievance offered additional information. Namely the exhibit forensic psychiatric evaluation report that found me legally insane at the time of the alleged disciplinary offense 07/19/2010.

The grievance officer has never responded in any form whatsoever to my 03/29/2013 grievance.

**Relief Requested:** Any and all available relief. That the grievance officer/Warden respond to my 03/29/2013 grievance.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  Offender's Signature       ID# B-70201      Date 06/16/2013

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6/17/13   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Grievance Office, all grievances are handled in as timely manner as possible in order in which they are received.

_____  Print Counselor's Name       _____  Counselor's Signature       6/24/13  Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____  Chief Administrative Officer's Signature       ___/___/___  Date

Illinois Department of Corrections
Pontiac Correctional Center — Adjustment Committee Review of Offenders per D.R. 504A

Name: George Fernandez  ID#: B70201  Cell: N-529  Date to Pontiac: 1/11/10  From: DXP

MSR/Disch. 9/22/21  Date to C-Grade: 7/18/02  to B-Grade: 3/18/18  to A-Grade: 5/18/34

Submitted by (Name/Title): J. Elts CCI  Date of Submission: 6-27-11

## REVIEW FOR RESTORATION / REDUCTION OF GRADE DEMOTIONS
### LIST INITIAL TWO DEMOTIONS AND TWO MOST RECENT DEMOTIONS ONLY

| Date | Offenses | Action Taken | Date | Offenses | Action Taken |
|------|----------|--------------|------|----------|--------------|
| 7/12/02 | ask f, false info | 1yr seg gcc | 8/28/02 | gang act | 6moc seg 5mo gcc |
| 11/24/10 | threats, dang comm | 3moc seg gcc | 8/16/10 | threats | 6moc seg gcc |

## REVIEW FOR REDUCTION OF ASSIGNED DISCIPLINARY SEGREGATION TIME

The first two offenses (if applicable) listed  placed offender into segregation. The next four are the most recent segregation placements.
List by dates and offenses only. Provide ONLY the additional seg time given by the Committee/CAO.

| Date | Nature of offense(s) and seg time given | Date | Nature of offense(s) and seg time given |
|------|------------------------------------------|------|------------------------------------------|
| | same as above plus | 11-30-09 | 402 Health. smk or safty vi. swalled 18 pills  1mS |
| 7-5-10 | 202 Damage or Mis of Prop  3mS 3mC | 7-10-10 | 102 Ast any person, Staff.  Spit on LT face and Forehead 1yS 1yS 1yGCC |
| 7-19-10 | 206 Int or Threats  6mS 6mC 6mGCC | 7-26-10 | 202 Damage of Prop  3mS 3mC |

Offender has NO disciplinary reports – major or minor since: 11/24/10 He has NO assaults since 7/10/10 ☒ Staff ☐ Offender

He requests his Privilege Restriction of ☐ No Commissary ☐ No- Yard be rescinded.

As of _____, his Commissary restriction will end _____, and No-Yard on _____

☐ **Review of Privileges:**

ADJUSTMENT COMMITTEE'S recommendation regarding the restoration of Commissary, and or Yard privileges:

☐ Deny ☐ Approve Yard, effective _____ / _____ / _____

☐ Deny ☐ Approve Commissary  effective _____ / _____ / _____

based on the offender's improved, or continued poor adjustment.

-----------------------------------------------------------------

☒ **Segregation Time Reduction Review:**  Current Seg. Start Date: 9/26/03  Seg. End Date: 12/27/17

ADJUSTMENT COMMITTEE'S recommendation regarding the Reduction of Disciplinary Segregation effective _____ / _____ / _____ :

☒ Deny:  ☒ Nature of Offense(s) ☐ Repeat Offender ☐ Staff Assaulter ☐ Under Investigation ☐ Pending Prosecution
☐ Recent Disciplinary Report  ☒ More Observation Needed.

☐ Approve for a reduction of _____ Days / Months due to the offender's improved adjustment.

-----------------------------------------------------------------

☒ **Restoration of Grade:**

Recommendation of counselor: ☒ Deny due to ☐ continued poor conduct ☒ nature of offense(s) ☒ additional observation needed

☐ Approve due to: ☐ improved conduct ☐ assignment/program participation, ☐ Reduce_____ Grade by: _____

ADJUSTMENT COMMITTEE'S decision regarding the restoration or reduction of Grade Demotion effective: _____ / _____ / _____ :

☒ Deny:  Reasons: ☐ Continued poor conduct ☒ Nature of offense(s) ☒ Additional observation needed

☐ Approve: Reduction of C-grade by _____ or restoration to _____ - Grade, Due to the Offender's Improved Adjustment

Adjustment Committee Signatures:

CAO'S Decision:

Restoring Privileges:  Yard ☐ Approve  ☐ Deny
Commissary ☐ Approve  ☐ Deny

Reduction of Seg Time  ☐ Approve ☐ Deny  ☐ Modify:  Action _____
Restoration of Grade  ☐ Approve ☐ Deny  ☐ Modify  Decision _____

Chief Administrative Officer _____  Printed Name _____  Signature _____  Date 7/1/11

PON 0262 (Revised 5/2010)

Illinois Department of Corrections

## Pontiac Correctional Center's Adjustment Committee Review of Offenders per D.R. 504A

Name: George Fernandez  ID#: B70201  Cell: N118  Date to Pontiac: 1/11/10 From: DXP

MSR/Disch. 9/22/21  Date to C-Grade: 7/18/02 to B-Grade: 3/18/18 to A-Grade: 5/18/34

Submitted by (Name/Title): _Noel_ CCII  Date of Submission: 3/14/11

### REVIEW FOR RESTORATION / REDUCTION OF GRADE DEMOTIONS
#### LIST INITIAL TWO DEMOTIONS AND TWO MOST RECENT DEMOTIONS ONLY

| Date | Offenses | Action Taken | Date | Offenses | Action Taken |
|------|----------|--------------|------|----------|--------------|
| 7/12/02 | ask l. false info | 1yr,seg,gcc | 8/28/02 | gang act | 6moc,seg,5mogcc |
| 11/24/10 | threats, dang comm | 3moc,seg,gcc | 8/16/10 | threats | 6moc,seg,gcc |

### REVIEW FOR REDUCTION OF ASSIGNED DISCIPLINARY SEGREGATION TIME

The first two offenses (if applicable) listed placed offender into segregation. The next four are the most recent segregation placements. List by dates and offenses only. Provide ONLY the additional seg time given by the Committee/CAO.

| Date | Nature of offense(s) and seg time given | Date | Nature of offense(s) and seg time given |
|------|------------------------------------------|------|------------------------------------------|
| | last ticket 11/24/10 | | |
| | | | |
| | | | |

Offender has NO disciplinary reports – major or minor since: 11/24/10 He has NO assaults since 7/10/10 ☒ Staff ☐ Offender

He requests his Privilege Restriction of ☒ No Commissary ☐ No- Yard be rescinded.

As of 1/17/10, his Commissary restriction will end 10/15/12 , and No-Yard on

☒ **Review of Privileges:**

ADJUSTMENT COMMITTEE'S recommendation regarding the restoration of Commissary, and or Yard privileges:    RECEIVED

☐ Deny ☐ Approve **Yard**, effective _____ / _____ / _____

☐ Deny ☐ Approve **Commissary** effective _____ / _____ / _____    MAR 2 9 2011

based on the offender's improved, or continued poor adjustment.    PONTIAC CORR. CENTER
                                                                    TRAINING DEPT.

☒ **Segregation Time Reduction Review:**    Current Seg. Start Date: 9/26/03  Seg. End Date: 12/27/17

ADJUSTMENT COMMITTEE'S recommendation regarding the Reduction of Disciplinary Segregation effective _____ / _____ / _____ :

☒ **Deny:** ☐ Nature of Offense(s) ☐ Repeat Offender ☐ Staff Assaulter ☐ Under Investigation ☐ Pending Prosecution
☒ Recent Disciplinary Report ☒ More Observation Needed.

☐ **Approve** for a reduction of _____ Days / Months due to the offender's improved adjustment.

☒ **Restoration of Grade:**

Recommendation of counselor: ☒ Deny due to ☒ continued poor conduct ☐ nature of offense(s) ☐ additional observation needed

☐ Approve due to: ☐ improved conduct ☐ assignment/program participation, ☐ Reduce_____ Grade by: _____

ADJUSTMENT COMMITTEE'S decision regarding the restoration or reduction of Grade Demotion effective: _____ / _____ / _____ :

☒ **Deny:** Reasons: ☒ Continued poor conduct ☒ Nature of Offense(s) ☒ Additional observation needed

☐ **Approve:** Reduction of C-grade by _____ or restoration to _____ - Grade, Due to the Offender's Improved Adjustment

Adjustment Committee Signatures:

_____    _____    _____

CAO'S Decision:

Restoring Privileges:  Yard ☐ Approve    ☐ Deny

Commissary ☐ Approve    ☒ Deny

| Reduction of Seg Time | ☐ Approve ☐ Deny | ☐ Modify: | Action |
| Restoration of Grade | ☐ Approve ☐ Deny | ☐ Modify | Decision |

Chief Administrative Officer  _____    _____    Date 3/29/11
                              Printed Name       Signature

PON 0262 (Revised 5/2010)

160

Illinois Department of Corrections

Pontiac Correctional Center's Adjustment Committee Review of Offenders per D.R. 504A

Name: George Fernandez  ID#: B70201  Cell: N548  Date to Pontiac: 1/11/10  From: DXP

MSR/Disch. 9/22/19  Date to C–Grade: 7/18/02  to B-Grade: 12/18/17  to A-Grade: 11/18/33

Submitted by (Name/Title): _Grade_ CCII  Date of Submission: 11/18/10

## REVIEW FOR RESTORATION / REDUCTION OF GRADE DEMOTIONS

### LIST INITIAL TWO DEMOTIONS AND TWO MOST RECENT DEMOTIONS ONLY

| Date | Offenses | Action Taken | Date | Offenses | Action Taken |
|------|----------|--------------|------|----------|--------------|
| 7/12/02 | aslt I, false info | 1yrc,seg,gcc | 8/28/02 | gang act | 6moc,seg,5mogcc |
| 7/26/10 | dam to prop, contra | 3moc,seg | 8/16/10 | threats | 6moc,seg,gcc |

### REVIEW FOR REDUCTION OF ASSIGNED DISCIPLINARY SEGREGATION TIME

The first two offenses (if applicable) listed placed offender into segregation. The next four offenses are the most recent segregation placements. List by dates and offenses only. Provide ONLY the additional seg time given by the Committee/CAO.

| Date | Nature of offense(s) and seg time given | Date | Nature of offense(s) and seg time given |
|------|------------------------------------------|------|------------------------------------------|
| | 6 major tickets in last 6 months | | |
| | | | |
| | | | |

Offender has NO disciplinary reports – major or minor since: 8/16/10  He has NO assaults since 7/10/10 ☒ Staff ☐ Offender

He requests his Privilege Restriction of ☒ No Commissary ☐ No- Yard be rescinded.

As of 1/11/10, his Commissary restriction will end 10/15/12 , and No-Yard on

☒ **Review of Privileges:**

ADJUSTMENT COMMITTEE'S recommendation regarding the restoration of Commissary, and or Yard privileges:

☐ Deny ☐ Approve Yard, effective _____ / _____ / _____

☐ Deny ☐ Approve Commissary effective _____ / _____ / _____

based on the offender's improved, or continued poor adjustment.

--------------------------------------------------

☒ **Segregation Time Reduction Review:**  Current Seg. Start Date: 9/26/03  Seg. End Date: 9/27/17

ADJUSTMENT COMMITTEE'S recommendation regarding the Reduction of Disciplinary Segregation effective _____ / _____ / _____ :

☒ **Deny:** ☐ Nature of Offense(s) ☐ Repeat Offender ☐ Staff Assaulter ☐ Under Investigation ☐ Pending Prosecution ☐ Recent Disciplinary Report ☒ More Observation Needed.

☐ **Approve** for a reduction of _____ Days / Months due to the offender's improved adjustment

☒ **Restoration of Grade:**

Recommendation of counselor: ☒ Deny due to ☒ continued poor conduct ☐ nature of offense(s) ☐ additional observation needed

☐ Approve due to: ☐ improved conduct ☐ assignment/program participation, ☐ Reduce_____ Grade by:

ADJUSTMENT COMMITTEE'S decision regarding the restoration or reduction of Grade Demotion effective: _____ / _____ / _____ :

☒ **Deny:** Reasons: ☐ Continued poor conduct ☐ Nature of offense(s) ☒ Additional observation needed

☐ **Approve:** Reduction of C-grade by _____ or restoration to _____ - Grade, Due to the Offender's improved Adjustment

--------------------------------------------------

Adjustment Committee Signatures:

_____  _____  _____

CAO'S Decision:

Restoring Privileges:  Yard ☐ Approve  ☐ Deny

Commissary ☐ Approve  ☐ Deny

Reduction of Seg Time  ☐ Approve  ☒ Deny  ☐ Modify:  Action _____
Restoration of Grade  ☐ Approve  ☒ Deny  ☐ Modify:  Decision _____

Chief Administrative Officer ___C. Pierce___  _____  Date 12/14/10

Printed Name  Signature  wn

PON 0262 (Revised 5/2010)

185

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B70201 | **Counseling Date** | 12/21/10 14:00:18:557 |
| **Offender Name** | FERNANDEZ, GEORGE | **Type** | Collateral |
| **Current Admit Date** | 06/24/2002 | **Method** | Other |
| **MSR Date** | 09/22/2020 | **Location** | CON ADMINISTRATOR OFFICE |
| **HSE/GAL/CELL** | N -01-10 | **Staff** | PIERCE, MICHELE M., Office Associate |

Audio-visual privilege restoration request is denied due to additional disciplinary reports received while in segregation. Restoration of GCC is denied due to continued poor conduct. You have pending prosecution and and have had 6 major tickets in the last 6 months. Segregation time reduction and restoration of grade are both denied due to additional observation needed.

Pontiac Correctional Center's Adjustment Committee Review of Offenders per D.R. 504A

Name: **George Fernandez** ID#: **B70201** Cell: **E803** Date to Pontiac: **1/11/10** From: **DIX**

MSR/Disch. Date: **10/22/19** Date to C-Grade: **7/18/02** to B-Grade: **9/18/15** to A-Grade: **11/18/28**

Submitted by (Name/Title): **C. Wilson, TA CC1** Date of Submission: **6/30/10**

### REVIEW FOR RESTORATION / REDUCTION OF GRADE DEMOTIONS
#### LIST INITIAL TWO DEMOTIONS AND TWO MOST RECENT DEMOTIONS ONLY

| Date | Offenses | Action Taken | Date | Offenses | Action Taken |
|------|----------|--------------|------|----------|--------------|
| 7/12/02 | Assault (I) | 1 yr C | 8/28/02 | Gang Act | 6 mo C |
| 11/28/09 | Threatended staff | 1 mo C | 11/30/09 | Swallowed 18 pills | 1 mo C |

### REVIEW FOR REDUCTION OF ASSIGNED DISCIPLINARY SEGREGATION TIME

The first two offenses (if applicable) listed placed offender into segregation. The next four are the most recent segregation placements. List by dates and offenses only. Provide ONLY the additional seg time given by the Committee/CAO.

| Date | Nature of offense(s) and seg time given | Date | Nature of offense(s) and seg time given |
|------|------------------------------------------|------|------------------------------------------|
| 7/12/02 | Assault (I) | 8/28/02 | Gang Act |
| 5-12-05 | Intimidation/Threats 3 mth seg | 8-28-02 | Gang activity 3 mth seg |
| 11/28/09 | Threatened staff 1 mth seg | 11-30-09 | Swallowed 18 pills 1 mth seg |

Offender has NO disciplinary reports -- major or minor since: **11/30/09** He has NO assaults since **10/1/04** ☒ Staff ☐ Offender

He requests his Privilege Restriction of ☒ No Commissary ☐ No- Yard be rescinded.

As of **8/30/10**, his Commissary restriction will end **4/15/13**, and No-Yard on ⟨circled⟩

☒ **Review of Privileges:**

ADJUSTMENT COMMITTEE'S recommendation regarding the restoration of ⟨Commissary⟩ and or Yard privileges:

☐ Deny ☒ Approve **Commissary**, effective **10 , 15 , 12** ☐ Deny ☐ Approve **Yard** effective _____ / _____ / _____

based on the offender's improved, or continued poor adjustment.

----

☒ **Segregation Time Reduction Review:** Current Seg. Start Date: **7/12/02** Seg. End Date: **4/12/15**

ADJUSTMENT COMMITTEE'S recommendation regarding the Reduction of Disciplinary Segregation effective _____/_____/_____ :

☐ Deny: ☐ Nature of Offense(s) ☐ Repeat Offender ☐ Staff Assaulter ☐ Under Investigation ☐ Pending Prosecution
☐ Recent Disciplinary Report ☐ More Observation Needed.

☒ Approve for a reduction of **15** ⟨Days⟩ Months due to the offender's improved adjustment.

**3-18-15      5-18-28**

☒ **Restoration of Grade:**

Recommendation of counselor: ☐ Deny due to ☐ continued poor conduct ☐ nature of offense(s) ☐ additional observation needed

☒ Approve due to: ☒ improved conduct ☐ assignment/program participation, ☒ Reduce C Grade by: **six (6) months**

ADJUSTMENT COMMITTEE'S decision regarding the restoration or reduction of Grade Demotion effective: _____ / _____ / _____ :

☐ Deny: Reasons: ☐ Continued poor conduct ☐ Nature of Offense(s) ☐ Additional observation needed

☒ Approve: Reduction of C-grade by **6 mth** or restoration to _____ - Grade, Due to the Offender's Improved Adjustment

Adjustment Committee Signatures: _____ _____ _____

CAO'S Decision: Restore Privileges: Yard ☒ Approve ☐ Deny Commissary ☐ Approve ☐ Deny
Reduction of Seg Time ☒ Approve ☐ Deny ☐ Modify: Action _____
Restoration of Grade ☒ Approve ☐ Deny ☐ Modify Decision _____

Chief Administrative Officer _____ _____ Date 7/ / /
Printed Name                    Signature

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B70201 | **Counseling Date** | 07/19/10 12:15:00:997 |
| **Offender Name** | FERNANDEZ, GEORGE | **Type** | Collateral |
| **Current Admit Date** | 06/24/2002 | **Method** | Other |
| **MSR Date** | 10/22/2019 | **Location** | PON RECORDS OFFICE |
| **HSE/GAL/CELL** | N-01-39 | **Staff** | FINNEGAN, MARGARET A. Office Associate |

Segregation Time Reduction approved. Segregation release will be 3/27/15. Restoration of commissary approved. Commissary to restart on 10/15/12. Restoration of Grade approved - B grade to start 3/18/15 and A grade to start 5/18/28.

**Print Date** 7/19/2010

217

# State of Illinois Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B70201 | **Counseling Date** | 07/18/11 10:37:59:953 |
| **Offender Name** | FERNANDEZ, GEORGE | **Type** | Collateral |
| **Current Admit Date** | 06/24/2002 | **Method** | Other |
| **MSR Date** | 12/22/2021 | **Location** | CON ADO |
| **HSE/GAL/CELL** | W -05-04 | **Staff** | PIERCE, MICHELE M., Office Associate |

Segregation time reduction review and restoration of grade are denied due to nature of offense and more observation needed.

# Recommendation for Restoration of Good Conduct Credits/Statutory Good Time

Facility: __Pontiac C.C._____ GCC __X_____ SGT: To Min _____ To Max _____

Offender's Name: __George Fernandez_____ ID# __B70201_____ Housing Unit: __W 1002__

Date received at current facility: __1/11/10_____ MSR: __12/22/21__

Total time: Revoked: __8 yr 7 mo__ Restored: __1mo__ Time pending: Revoked: __0__ Restored: __0__

Offenses resulting in time revocations and amount revoked:

| Date | Orientation Status Yes | No | Offense (description) | Amount of Time | Date | Orientation Status Yes | No | Offense (description) | Amount of Time |
|------|------|------|------|------|------|------|------|------|------|
| 07/12/2002 | ☐ | ☒ | Assault (1)- hit another offender | 1 year | 08/28/2002 | ☐ | ☒ | Gang Act- gave STG hand sign on yard | 5 months |
| | ☐ | ☐ | | | | ☐ | ☐ | | |

Date of Last Review: __3/14/11_____ Action Taken: ☐ Approved - Amount restored: _____
☒ Denied, by __warden_____

Adjustments since last review:

| Major Reports | | | | Minor Reports | | |
|------|------|------|------|------|------|------|
| Date: | Offense (description) | Action Taken | | Date: | Offense (description) | Action Taken |
| 11/24/2010 | threats, dang comm | 3moC, scg,gcc | | | | |

Grade Status Date: to C Grade: __7/18/02_____ to B Grade: __12-18-17_____ to A Grade: __3-18-34_____

Current job or program involvement: __Segregation__

Comments: __PENDING PROSECUTION__

RECEIVED

☐ Request from offender; or
☒ Recommendation of counselor or other employee   ☒ Deny   ☐ Restore _____ months / days Good Time
Reasons: ☐ Poor conduct   ☐ Improved conduct   ☐ Job and program participation   ☒ Other: __NATURE OF OFFENSE__

__Flex CCII_____
Print Name and Title   Signature R. Ylex   06/15/2012
Date

The above named offender's case was reviewed this date and the following recommendation is being made in regard to restoration of Good Conduct Credit / Statutory Good Time.

☒ Deny   Reasons: ☐ Continued poor conduct   ☒ Nature of offense(s) resulting in loss of Good Time   ☒ Additional observation needed
☐ Restore _____ months / days Good Time   Reasons: ☐ Improved conduct   ☐ Job and program participation
☐ Other _____

Adjustment Committee Signatures:
_____   _____   _____

Chief Administrative Officer recommendation:   ☐ Approve   ☒ Deny   ☐ Modify:   Approved amount: _____

Print Name _____   Signature _____ 6-25-12 Date

In accordance with Administrative Directive 05.03.101, any good time revoked while in Orientation Status shall not be restored unless approved by the Chief of Operations.
☐ Approved   ☐ Denied

Print Name _____   Signature _____   Date _____

Note: Attach a copy of the disciplinary card(s).

Printed on Recycled Paper

DOC 0229 (Eff. 11/2003)
(Replaces DC 0045)

STATE OF ILLINOIS: DEPARTMENT OF CORRECTIONS

| | | | | | B-70201 |
|---|---|---|---|---|---|
| NAME GEORGE CHAMBERS | | | Alias | | B-70201 |

Date Sentenced 06/20/2002    ,4   24   01        Received 06/24/2002      County COOK

Judge _____    State's Attorney _____

| CRIME | CLASS | IND. NO. | FINDING | CUSTODY DATE | SENTENCE |
|---|---|---|---|---|---|
| AGG BATTERY/PEACE OFF/FIREMAN ( 01 ) | 1 | 00CR0275401 | CC | 12/23/98 | 2 vs |
| Agg Battery / Peace Off | 3 | 00CR117420l | CC | _____ | 3yrs |
| Unlaw Poss... Weapon | 3 | CICR 204910l | CC | _____ | 2yr |
| Agg. Vio... Hijacking | 4 | 99CR0357901 | CS | 12-23-98 | 18yrs |

Nationality _____ Preference _____ DOB _____ Hair _____ Eyes _____

Nativity _____ Ht. _____ Wt. _____ Bld. _____ Comp. _____

Marital Status _____ Children _____ Educ. _____ Relig. _____ Soc. Sec. _____

Correspondent _____ (50 (01-81)

Transfers _____ Stm
Shawnee to Menard
PONTIAC  ( SEP 2 6 2003
Dixon Hyen 1-26-09
Retran DIX to PON 1-11-10

WARRANTS

Notice Replies _____

Minimum/Projected Out Date  MSR: JUNE 22, 2013

Maximum Release Date  DEC. 22, 2027

## PAROLE/MANDATORY SUPERVISED RELEASE RECORD

Paroled/MSR _____

Ret'd from Parole _____

P. V. Warrant Issued _____

Parole/MSR Period _____    Final Discharge _____

DC 7145
11-76

6