E-FILED
Thursday, 19 January, 2017  11:04:25 AM
Clerk, U.S. District Court, ILCD

Greetings Judge Mihm,     1-9-2017 (Mon.)     pg. 1 of 3

Good morning and how are you doing today? Fine I hope

Your Honor I am once again writing you in regards to procuring your aid with the abuses and mistreatment that I am experiencing here at Stateville Correctional Center Segregation.

Now Judge Mihm I had previously wrote you detailing the abuses and mistreatment that are being executed on my persons, in the wake of the Rasho v. Baldwin class action settlement agreement which you approved yourself.

Now I pointed out several violations and/or things that isn't being done in accordance with the Rasho v. Baldwin settlement agreement. Infact your Honor after voicing my complaints with you, I received a letter from Mr. Alan Mills of Uptown People's Law Center, to which I am enclosing for your review.

So you can see Your Honor Mr. Mills has failed to respond to any of my concerns, leaving me to

pg. 3. of. 3.

offense in which he is charged with
despite the fact that the offender was
in a non compos mentis state thereby
making the entire procedure nonfeasance in
accordance with the Rasho V. Baldwin
settlement agreement. Your Honor I am
isolated on a wing wherefore I
have absolutely no access to any religious
services, out of cell time, and/or in
cell recreational activity, thus creating
a toxic environment of severe depression,
anxiety, a sense of hopelessness,
helplessness, as well as homicidal/
suicidal ideations!

So Your Honor I need help and
I continuously reach out and express
my dissents in regards to the I.D.O.C.
violation of various terms of the settlement
regarding SMI offenders being treated
fairly. So thank you and I would truly
be grateful and appreciate any aid you
can provide me with.

                    Sincerely
                    Mr. Maurice Shaw # N80113
                    P.O. Box 112
                    Joliet, Ill. 60434

pg. 2. of. 3.

believe that my issues have fallen upon deaf ears and the I.D.O.C. whom I am complaining continuously violate the terms of the agreement.

Your Honor in all due respect the settlement agreement either applies to me or it doesn't! I am a SMi (serious mentally ill) offender, whom by definition of the terms of the Rasho v. Baldwin I am suppose to receive the very same treatment, individual therapy, group therapy, etc. etc. from mental health, especially during the disciplinary hearings and segregation placement.

Your Honor again, these are some of the "inhumane" things that are going on; Your Honor there is no confidentiality while during crisis intervention. The security staff walks by constantly within ear eavesdropping on the crisis assessment and then ridiculing inmates, particular myself about the crisis concerns!

Also if you review the Stateville C.C. disciplinary hearing concerning SMi offenders you will see that 90% of SMi offenders get found guilty of the