IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ASHOOR RASHO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:07-CV-1298-MMM-JEH |
| | ) | |
| v. | ) | Judge Michael M. Mihm |
| | ) | |
| DIRECTOR JOHN R. BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Plaintiffs' Motion for Leave to File Under Seal

In response to the Court's order entered December 29, 2016, counsel for plaintiffs investigated the allegations made by Mr. Burl Mason in his "Emergency Motion" (Doc. 1065) and prepared a report for the court. That report, by necessity, contains details regarding Mr. Mason's physical and mental health. Therefore, plaintiffs seek leave to file their report under seal.

RESPECTFULLY SUBMITTED,


By:    s/Alan Mills
       One of the attorneys for Plaintiffs


Harold C. Hirshman (ARDC# 1226290)        Alan Mills
R. Cantrell Jones (ARDC# 6291669)         Uptown People's Law Center
DENTONS US LLP                            4413 N Sheridan
233 S. Wacker Drive, Suite 7800           Chicago, IL  60640
Chicago, IL  60606                        (773) 769-1410 (phone)
Telephone: (312) 876-8000                 alan@uplcchicago.org
Facsimile: (312) 876-7934
harold.hirshman@dentons.com
r.cantrell.jones@dentons.com

Marc R. Kadish
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL  60606
(312) 701-8747 (phone)
(312) 706-8774 (fax)
mkadish@mayerbrown.com

Barry C. Taylor
Laura J. Miller
Amanda Antholt
Equip for Equality, Inc.
Suite 300
200 N. Michigan Ave., Suite 300
Chicago, IL 60602
(312) 341-0022 (phone)
(312) 541-7544 (fax)
barryt@equipforequality.org
laura@equipforequality.org
amanda@equipforequality.org

## Certificate of Service

I, Alan Mills, hereby certify that on February 2, 2017, I electronically filed the foregoing **Plaintiffs' Motion for Leave to File Under Seal** with the Clerk of the Court using the CM/ECF system, which will serve a copy of such filing on the following:

**Amanda C Antholt**
**Laura J Miller**
**Barry Taylor**
EQUIP FOR EQUALITY INC
Suite 300
20 N Michigan
Chicago, IL 60602
312-432-0400
312-850-2704 (fax)

**Barry G Lowy**
EQUIP FOR EQUALITY INC
235 S 5th St
PO Box 276
Springfield, IL 62705-0276
217-544-0464
ext 6015 (fax)

**Harold C Hirshman**
DENTONS US LLP
Suite 5900
233 S Wacker Dr
Chicago, IL 60606-6306
312-876-8000
312-876-7934 (fax)

**William R Stone**
BUSH SEYFERTH & PAIGE PLLC
Suite 600
3001 W. Big Beaver Road
Troy, MI 48084
248-822-7805
248-822-7001 (fax)

**Marc R Kadish**
**Matthew V Wargin**
MAYER BROWN LLP
71 S Wacker Drive
Chicago, IL 60606
312-701-8747
312-706-8774 (fax)

**Terence J Corrigan**
**Heidi Hildebrand**
ILLINOIS ATTORNEY GENERAL
500 S Second St
Springfield, IL 62706
217-782-5819
217-524-5091 (fax)

**Brian Michael Smith**
HEYL ROYSTER VOELKER & ALLEN
PO Box 129
Urbana, IL 61801-0129
217-344-0060
217-344-9295 (fax)

- 5 -

/s/ Alan Mills

**Alan Mills**
One of the attorneys for the plaintiff class
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640
(773) 769-1411
773-769-2224 (fax)