E-FILED
Tuesday, 11 April, 2017 04:15:47 PM
Clerk, U.S. District Court, ILCD

Pg 1 of 5

Date: March 19, 2017

To: Mr. Allen Mills - Attorney
Uptown Peoples Law Center
4413 North Sheridan St,
Chicago, Illinois, 60640

From: Mr. Burl Mason Jr #N-12353
Stateville Corr Center
P.O. Box 112
Joliet, Illinois, 60434-0112

Subject: Information to you only

Dear Mr. Mills,

    Things have been so bad for me that I came within seconds of losing my life. I tryed to take my life because Dr. Selah Obaesi M.D. has purposely left me in unbearable pain and refused to give me anything to help it. This is making this Asshole feel good about himself. I awoke in the hospital on life support. This all happened because of him. On March 1, 2017. I was having

extream pains in my lower back. I almost could not breath. Then I found out I had an appointment that day to see my Neurologist. Understand I live in the prison Infirmary and nothing was done to help my pain.

I was put into the handicaped van and brought to the University of Illinois Medical Center (Neurology Clinic). I was in sever back pain (lower spine). I was brought up to the clinic. I was seen by two Neurologist. I told them of the sever pain I was having in my lower spine. The doctor said to let her to check the CT scan they had done. So she pulled it up on the computer. The doctor said here is your back problem. She said 3 of my disk were blown. The pain is when the bone rubs on bone. Also they believe there could be more damage in my upper spine but as of now I am suffering from 3 ruptured disk and Peripheral Neuropathy from the waist down, my bladder and bowel has shut down I am in a wheel chair. I'm having extream pains and shooting pains in my spine, sometimes I have weakness in my musles in my upper body

I get slurred speech, hard time seeing and trouble speaking, and I feel alot of confusion. I have ulcers on my right foot. Dr. Saleh Obaisi M.D. at Stateville Correctional Center. To tell you the truth I have seen alot of lying doctors in my life but Dr. Saleh Obaisi M.D. takes the cake. He discriminates, he will only give the people he likes pain medication. I am in very extream and serious pain and he refuses to give me anything. At the hospital I was getting acetaminophen-hydrocodon 325mg/10mg Tab. I was also given Hydromorphone (Dilaudid) injection, IV push on call PRN, Q3H PRN for pain Breakthrough see P Progress Notes. Please this is torture by and at the hands of Dr. Saleh Obaisi M.D here at Stateville. Also the vascular surgeons want to cut my legs off because sooner or latter gangerine will set in.

Courts usually agree that a prisoner can show a serious medical need if the "failure to treat a prisoners condition could result in further significant injury or the unnecessary and

Pg 4

wanton infliction of Pain. Estelle v. Gamble 429 U.S. at 104; Jett v. Penner 439 F.3d 1091, 1096, (9th Cir. 2006)

In considering whether you have a serious medical need, the court will look at several factors, including, (1) Whether a reasonable doctor or patient would consider the need worthy of comment or treatment. (2) Whether the condition significantly affects daily activities, and (3) Whether you have chronic and serious pain. Brock v. Wright 315 F.3.158 (2d Cir 2003).

To prove deliberate indifference, you must show that (1) prison officials knew about your serious medical need and (2) the prison officials failed to respond reasonably to it. Estelle v. Gamble 429 U.S. at 104; Gutierrez v. Peters 111 F.3d 1364, 1369 (7th Cir 1997) A prison doctor fails to respond appropriately or does not respond at all to your serious medical needs. Scott v Ambani 577 F.3d 642 (6th Cir 2009); Spruill v. Gillis 372 F.3d 218 (3d Cir 2004); Meloy v. Bachmeier 302 F.3d 845, 849 (8th Cir 2002).

Dr. Obaisi refuses to examine me nor give me any pain medications. He is purposely leaving me in torture. I'm to the point where I rather die than put up with this pain.

I'm enclosing several documents to show what I'm saying. A nurse told me that Dr. Obaisi said he is ordering me nothing. As soon as I get the CT Scan results I will send them to you.

All the documents attached to this complaint please send me copies of all of them.

Thank You
Burl Carson Jr