In The United States District Court
Central District of Illinois
(Peoria Division)

Jamale Douglas et al. Plaintiffs
vs
John R. Baldwin et al. Defendants

Case #: 07-1298-MMM

## Motion To Enforce Settlement Agreement In Notice Of Other Violations

Now Comes Plaintiff, Jamale Douglas, On Behalf (By Interview) All Crisis Watch Inmates Currently Housed In South Cell House On 1 Gallery. Moving This Court To Compel Defendants To Enforce There Rights, Priveleges And Living Conditions. And To Make Sure That They Are Equal To The Other 3 Crisis Watches Currently In This Facility. In States As Follows:

1) This Crisis Watch Setting Was Just Open In February 2017, In South Cellhouse 1 Gallery. Where Major Hadsell Is The Major Of The Cell House. The Other 3 Crisis Watch Settings Are Housed In Still Is Housed On In South Mental Health South House On 2 Gallery, Health Care Unit And North Cell House One Gallery.

2) Since The Opening Of Crisis Watch In South Cell House. Major Hadsell Has Openly Voiced To The Inmates And The Adminstration That He Doesnt Want Crisis Watch Housed On One Gallery In South Cell House. And Has Started A Campainge To Make The Living Conditions Of Crisis Watchs In South Cell House As

(1) of 5

DRASTIC AND UNBEARABLE AS POSSIBLE.

3) AFTER 4 MONTHS OF BEING UP IN RUNNING THERE ARE ONLY 16 CRISIS WATCH CELLS BEING UTILIZED ON THIS GALLERY IN SOUTH CELL HOUSE. THERE IS ONLY ONE WORKING SHOWER, THERE IS NO HEATING SYSTEM FOR WHEN ITS COLD AND THERES NO COOLING SYSTEM FOR WHEN ITS HOT, AND CELL HOUSE TEMPERTURE HAVE ALREADY REACHED 90° DEGREES AND THEY DO NOT PASS OUT ICE, PLUS ON WATCH WE ARE NOT EVEN AFFORDED THE TREATMENT RECOMMANDED BY MENTAL HEALTH, SUCH AS SHOWERS, OUT OF CELL TIME, TOOTH BRUSHES, BOOKS, AND ETC.

4) ALSO THERES NO CAMERAS OVER HERE WHICH ALLOW STAFF TO IGNORE IN DOWNPLAY WHEN WE CUT, SELF MUTILATE, AND SELF HARM OURSELVES IN ANY WAY IN NEEDS MEDICAL ATTENTION. AND ALSO ALLOWS C/O'S TO INTIMIDATE US, COME INTO OUR CELLS IN PHYSICALLY IN SEXUALLY ABUSE US, SEXUALLY HARRASS US, NOT FEED US, IN NOT EVEN VISIT THE GALLERYS TO CHECK ON US.

5) MAJOR HACKSELL HAS TOOK THIS CAMPAIGNE SO FAR T HE HAS CREATED A POLICY THAT NO FEMALE STAFF CAN BE ASSIGNED TO ONE GALLERY, AND ALL CORUPT ST THAT HAS BEEN EXPELLED FROM OTHER CELL HOUSES FO THERE MISBEHAVIOR REGULARLY WORKS ONE GALLERY IN SOUTH CELL HOUSE. MAINLY A MHP NAMED TODD NELSON, A CORRECTION OFFICER NAMED MILLER, AND A LT. NAMED GUBBELS.

6) Todd Nelson who's assigned to do daily crisis watch assessments. Has multiple PREA and HIPPA violations against him spanding over the years. He is the only MHP who does crisis watch assessments in the majority of the inmates refuses to talk to him because of they above. He regularly makes homosexual gestures and comments with other C/O's and inmates. And he references other inmates mental health disbilities when talking to staff (C/O's) and other inmates. Plus he is known for abusing his absolute authority in power to give inmates, showers, smocks, hygiene products, out of cell time, taking them off crisis watch, and keeping them on crisis watch or blankets given so inmates doesn't have to sleep on bare concrete slabs.

7) Officer Miller is assigned to the tower which is situated right in the middle of one gallery 5 day a week on the 1st shift which is 7-3 shift. Officer Millers displays a split personality disorder and a alter ego which is like a sex-crazed woman given a proper explaination. That pops out doing any given time of the day. He alters his voice to sound like a female given that he's able to see in most crisis watch cells on the gallery. He's always making sexual advances at inmates. Trying to see inmates private areas such as penises or buttocks. And he verbally describes the sexual things he does to himself inside the tower.

8) Lt. Gubbels is the Lt. assigned to crisis watch

5 Days A Week On 2nd Shift 3 to 11. He Rotinely denies an downplays inmates medical treatment when they self multilate. In self harm themselves. The only way he will get you medical attention is if you are passed out, unconcious or he sprays you with mace for continuing to harm yourself. He also takes full advantage of there being no cameras on the gallery. Having his officers to not feed in beat up an assault inmates who self harm on his shift. In every time the nurses passes out meds on crisis watch he makes all of his staff escort the nurse all at the same time together. These C/O's Officer Krominga, Maxfield, and Schultz etc. Are his goons they all stand in front of a five cell radius of the Nurse. In they argue with, disrespect in make homosexual jokes to inmates doing meds pass out. To intemedate in deter inmates from asking the nurse for any type of help.

9) The over all shceme of things seems to be to make the conditions on crisis watch in south cell house one gallery unbearable. In order to force inmates to not come on crisis watch to deal with there problems. Or stay crisis watch until they feel safe enough to deal with there problems themeselves. Instead of actually helping inmates with there crisis issues. In even though theres much more I may have overlooked, another example is while on watch you are not notified if you receive mail or who the letter is from. But, they will bring you a disciplinary report an

notify you if you violated a rule while on Crisis Watch. And, we are not allowed Styrofoam cups to drink out of and our milk cartons in trays must be given back within 20 minutes after they are passed out. Which leaves us with nothing to drink out of.

10) The above are the main factors that you would only find on Crisis Watch in/on South Cell House One Gallery. But they are not found in either of the other 3 Crisis Watch settings which is Health Care, North Cell House, and South Mental Health. In most of these violations would be eliminated, if only a few main culprits were replaced, a camera was placed on both ends of the gallery, as they are, on the other Crisis Watch settings. And some administrative personnel such as the Warden, Head of Mental Health, the Head of Counselor etc... touring the gallery regularly.

Wherefore, on behalf of these Inmates (Ronald Patterson 6/4TH, Rodney Deis 5/31ST, Kenny Powell 5/28TH, Darnell Taylor 5/22ND, Vincent King 5/3RD, and Andrew McKissick 4/17TH (dates they came on watch)) stated here that are currently on watch are any inmates that may come to South Cell House One Gallery Crisis Watch cells in the future. Prays that this Honorable Courts grants and consider this motion to ensure these inmates rights.

Executed on: 6-15-17

X [signature] ET AL.
M27965
Pontiac C.C.
P.O. Box 99
Pontiac, IL 61764

(5) of 5