AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

Rasho

V.

Walker et at

**EXHIBIT AND WITNESS LIST**

Case Number: 07-1298

| PRESIDING JUDGE<br>Mihm | PLAINTIFF'S ATTORNEY<br>Hirshman/Antholt/Mills/Pflaum/Schult | DEFENDANT'S ATTORNEY<br>Corrigan/Higgerson/Rees |
|---|---|---|
| TRIAL DATE (S)<br>12/18/17 Evidentiary/Prelim Injunction | COURT REPORTER<br>JJ | COURTROOM DEPUTY<br>VH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | ******Dr. Pablo Stewart |
| 25 | | 12/18/2017 | x | x | Tyler's 2017 Treatment Plans dated Jan 10, Feb 9, March 9, April 20, June 22, Sept 7 |
| 22 | | 12/18/2017 | x | x | Backlog Summary Chart Compiled from May 12, 17 and Nov 2017 IDOC data disclosures |
| | | | | | ******Dr Michael Dempsey Chief of Psychiatry of IDOC |
| 10 | | 12/18/2017 | x | x | Patterson Annual Report |
| 21 | | 12/18/2017 | x | x | Midyear Report of Monitor Pablo Stewart |
| 28 | | 12/18/2017 | x | x | Michael C Dempsey, MD "CV" |
| 18 | | 12/18/2017 | x | x | Dr. Stewart letter to Dr. Hinton |
| | 1 | 12/18/2017 | x | x | Weekly MHP Backlog Report |
| 1 | | 12/18/2017 | x | x | Amended Settlement Agreement |
| 2 | | 12/18/2017 | x | x | Wexford Contract |
| 4 | | 12/18/2017 | x | x | IDOC Administrative Directive 2016 |
| 5 | | 12/18/2017 | x | x | IDOC Administrative Directive |
| 6 | | 12/18/2017 | x | x | IDOC Facility and Staffing Assessment Plan |
| 7 | | 12/18/2017 | x | x | IDOC Report Dec 24, 2013 |
| 8 | | 12/18/2017 | x | x | IDOC update on IDOC compliance with May 2013 Agreed Order |
| 12 | | 12/18/2017 | x | x | IDOC Compliance Status Response and Exhibits |
| 15 | | 12/18/2017 | x | x | First Annual Report of Monitor Pablo Steward |
| 16 | | 12/18/2017 | x | x | Rule XXIX(a) letter June 9, 2017 |
| 22a | | 12/18/2017 | x | x | IDOC Data Production for Plaintiffs, Nov 15 and 16, 2017 |
| 22b | | 12/18/2017 | x | x | IDOC Data Production "Quarterly Report Supplement for Plaintiffs' |
| 24 | | 12/18/2017 | x | x | State of Illinois General Obligations Bonds Series Nov 17, 2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

Rasho
V.
Walker

**EXHIBIT AND WITNESS LIST**

Case Number: 07-1298

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mihm | Hirshman/Mills/Antholt/Pflaum/Schult | Corrian/Higerson/Rees |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/19/2017 Evidentiary/Prelim Injun | JJ | VH |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | ******Samuel Span |
| | | | | | ******Dr. Pablo Stewart |
| 19 | | 12/19/2017 | x | x | IDOC's Plan to Reduce the Psychiatric Backlog |
| 23 | | 12/19/2017 | x | x | Staffing Level Comparison Summary Chart 11/17/17, 6/23/17, 9/29/16, 11/20/16 |
| 14 | | 12/19/2017 | x | x | NCCHC Mental Health Standards |
| | | | | | ******Dr. Melvin Hinton |
| 17 | | 12/19/2017 | x | x | IDOC Healthcare Contract Monthly Performance Monitoring |
| 13 | | 12/19/2017 | x | x | Letter from Dr Pattersn to Judge Mihm |
| 9 | | 12/19/2017 | x | x | IDOC Proposed Remedial Plan |
| 11 | | 12/19/2017 | x | x | Defendants' Inpatient Status Report |
| 29 | | 12/19/2017 | x | x | IDOC Administrative Directive Suicide Prevention |
| 20 | | 12/19/2017 | x | x | Quarterly Report |
| | | | | | ******Corrie Singleton |
| 23a | | 12/19/2017 | x | x | WHS Amended Restructure Plan Staffing Updates |
| 23b | | 12/19/2017 | x | x | WHS Amended Restructure Plan Staffing Updates |
| 23c | | 12/19/2017 | x | x | WHS Amended Restructure Plan Staffing Updates |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages