In the United States District Court for the Central
District of Illinois
Peoria Division

1 of 2

Ashoor Rasho et Al./     No 1:07-cv-1298 MMM
    Plantiffs
    Vs             Judge Micheal M. Mihms
Director John Baldwin

SCANNED at PCC and E-Mailed
10/24/18 (date) by AD (initials)
2 (# of pages)

### Motion to Inform

Here comes forth this (S.M.I) inmate Anthony Thomas ID# M44179 that is currently housed in Pontiac C.C. in the south mental health unit where the (R.T.U) residential treatment unit inmates are housed. Be Advised that im informing you that on 10-25-18, inmate Darren Evans ID# M27589, requested for a crisis team due to him feeling suicidal & homicidal. L.T Henery who was assigned to the cell house for that day told Inmate Darren Evans ID# M27589, that if he wanted to see a crisis member he had to do something to hurt himself for her to believe that he wanted a crisis. Inmate Darren Evans ID# M27589 then stated that he swallowed some screws and a cable cord. L.T Henry said she didn't witness it so she not giving him a crisis. So inmate Evans ID# M27589 told her he was going to swallow his fan cord, she told him to do it in front of her. Evans swallowed the cord in front of her with a spork, she then stated you still

not getting a crisis, kill yourself and she walked away from his cell. Be Advised that ~~and~~ that's deliberate indifference to a serious medical need, and also deliberate indifference to a seriously mental ill inmate... I feel that that's cruel and unusual punishment and these acts continue to happen with us inmates in Pontic C.C...

Relief Requested: I would like for them to take the proper chain of command, and abide by the rules of the Rashoo vs. Baldwin Lawsuit. And if this continue to happen she get the consequence for her actions.