IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ASHOOR RASHO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:07-CV-1298-MMM-JEH |
| | ) | |
| v. | ) | Judge Michael M. Mihm |
| | ) | |
| DIRECTOR JOHN R. BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF DON COLLINS' MOTION
FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Donald Collins, through counsel, moves this Court for an order allowing the attached filing be made under seal.

1. Plaintiff Donald Collins seeks to file the attached Motion dated November 28, 2018, under seal. As set forth in the filing and attached grievance, the matter that Mr. Collins seeks to address with the Court is sensitive and confidential.

2. Mr. Collins has asked Class Counsel to submit this request and filing on his behalf because he is not able to submit filings confidentially and/or under seal through the IDOC system for prisoner legal filings.

WHEREFORE Plaintiff respectfully requests that this Court enter an order that the attachment hereto be entered into the docket under seal.

RESPECTFULLY SUBMITTED,

By: ___/s/ Amanda Antholt___
One of the attorneys for Plaintiffs

Harold C. Hirshman
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
harold.hirshman@dentons.com

Laura J. Miller
Amanda Antholt
Samantha Reed
Equip for Equality
20 N. Michigan Ave., Suite 300
Chicago, IL 60602
(312) 341-0022 (phone)
laura@equipforequality.org
amanda@equipforequality.org
Samantha@equipforequality.org

Marc R. Kadish
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 701-8747 (phone)
(312) 706-8774 (fax)
mkadish@mayerbrown.com

Alan Mills
Nicole Schultz
Uptown People's Law Center
4413 N Sheridan
Chicago, IL 60640
(773) 769-1410 (phone)
alan@uplcchicago.org
nicole@uplcchicago.org