U.S. District Court
Central District of Illinois

SCANNED at PCC and E-Mailed
1/31/19 (date) by KK (initial)
2 (# of pages)

Rasho, et al.

vs.

Baldwin et al

Case No. 1:07-cv-01298-MMM

Leave to Amend Complaint.

Eduardo Navejar comes pro-se brings a Motion to raise a issue states below:

1) I'm SMI and I've been doing my part to make sure I get my therapy.

2) I spoke to Kelly Revzio almost (2) weeks, 1/2 ago about us having groups in E-House. She had told me it was in the talking but nothing has happend.

3) Since then we SMI's individuals haven't gone to any Group therapy and no one on ones therapy. Theres a guy who took Miss Harty place his name is Tod Nelson. He hasnt done no one on ones I think he is not a MHP a "therapist"

4) We need the groups also for they could give us C-grade cuts for attending the groups. We cant get our TV's because we are in population. People in seg get their TV's within 90 days

1.

if we dont get any tickets in 90 days, if we go to groups and take our meds. This are those who are in seg with C-grade. Individuals who come out of seg dont get them. We went throu the process getting no tickets, taking meds and go to groups. Now that we are out we cant get our tv's.

5.) Im going mad in the cell thinking, thinking etc... I was being patient but they are playing games. I wrote to Dr Renzi and the warden of programs Emily Ruskin about this issue yesterday 1/29/19

6.) I brought it up on my seperate law suit I got going (Navejar v. Kelly Renzi et al. 1:18-CV-013 60-CSB same court house. I just filed a Motion for Leave to file Amended Complaint.

7.) Thats why Im bringing it up to you your Honorable Judge. Is a continuance issue with Mental Health Service. I pray this court accept my ~~complaint~~ "Motion to Amend"

1/30/19

/S/ Edwardo Navejar
Pontiac C.C.
P.O. Box 99
Pontiac IL 61764