IN THE
UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Ashoor Rasho, et al.
    plaintiffs,

v                                                    Civil No. 07-CV-1298

Baldwin et al,
    Defendants.

SCANNED at PCC and E-Mailed
2-27-19 (date) by AD (initials)
4 (# of pages)

## MOTION TO INFORCE SETTLEMENT AGREEMENT

Now comes plaintiff **MARIO S. ENGLISH JR.** pro-se, plaintiff ask this honorable court and attorneys in this class action civil case to help fix and hear this motion to inforce the settlement agreement at Pontiac correctional center.

Plaintiff further states as follows:

2 of 4

#1. I have not received a copy showing my E-Files have went out. E-Files are not going out.

#2. Mental health puts on a false show for the court monitor that was recently at Pontiac.

#3. Most suicide watch, one on ones are done fast but when the court monitor was here the mental health sat in a chair and talked longer.

#4. There was a drug overdose at Pontiac over a month ago. Prisoner (Harris). It was prisoner (Hall Y-23386) who saved Harris by calling for help for over 15 minutes. Staff wasn't doing there checks.

#5. The suicide watch gallery N-one gallery is mixed with segregation. "The Department issued a directive to move crisis beds out of segregation settings"

#6. Pontiac isn't complying with this directive and seg prisoners leave things in the cell that can hurt suicidal prisoners.

#7. Pontiac staff admits they cant give prisoners the help they need but we are not sent anywhere for help.

3 of 4

#8 Prisoner (Pollard) in N-14E isnt seg status but on a seg gallery with the other suicidal prisoners. He should be at the health care like it always has been when your not seg status.

#9. Willie Booker B-61837 has been on watch over 5 months with no real help required by ~~mental hea~~ the Rasho lawsuit.

#10 The prisoner in N-one gallery cell 140 has been on watch over 8 months with no real help.

Relief Requested, that the lawyers are allowed to address and correct all the mentioned issues. and contact these prisoners.

Wherefore, plaintiff ask this honorable court to grant this motion to enforce settlement agreement and allow all these issues to be addressed and corrected and any further relief the court deems just, proper & equitable

Dated -2-26-2019

Respectfully submitted,
Mario S. English JR.
Mario S. English JR. B-57430

## CERTIFICATE of SERVICE

I <u>Mario S. English Jr.</u> hereby certify that on, <u>2-26-2019</u> I sent this motion, (MOTION TO INFORCE SETTLEMENT AGREEMENT) to the Pontiac C.C. Law Library through the mail system for the purpose of being E-filed to the United States District Court for the Central district of Illinois
 PEORIA DIVISION

Dated <u>2-26-2019</u>
Respectfully Submitted,
Mario S. English Jr.
Mario S. English Jr. B-57430
Pontiac C.C.
P.O. Box 99
Pontiac, IL 61764

815-842-2816