Collins, Don
R58382
1:07-cv-1298
Rasho v. Baldwin
03-11-19

U.S. DISTRICT COURT
Central District
Peoria, IL
Not for E-Filing on record

U.S. District Court
Chambers of Judge Mihm
Confidential letter under seal (concerns of retaliation)

MAR 14 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The env. these four motions are in for E-Filing is address to the judge as particular the motion (Motion No. 4, Access to court denied). This addressed on env. to judge is attempt to have mailed by JTC. And is also documented on voucher receipt, and witnessed by two other offenders being mailed from unit, on 03-11-19.

Please pay special attention to this motion no 04 motion as reason addressed to judge, though I expect to be routed to clerk for filing, except this letter. Also believe U.S. Mail to IDOC may been intercepted as well and why on motion 4 is asking relief from class counsel on obstructing legal mail and privileged mail and why the facility cannot obtain the E-filing device. It does not matter if facility is not in central/southern districts. And while it is another retaliation option where admin. read-copy motions before on record.

This confidental letter is requested be sealed due to the avoidance and conflict with admin. staff. I also not recd reply to Stateville prior E-mailing motions. The enc motions can be filed as routine practice.

Don Collins, Named Plaintiff

Don Collins
R58382
Joliet Treatment Center
2848 W. McDonough St.
Joliet, IL 60436

Don Collins
R58362-
OTC
8348 W. McDonough St
Joliet, Il 60436

This correspondence is from an inmate of the Illinois Department of Corrections

U.S. District Court
Judge Michael Mihm
Federal Bldg Rm 309
110 NE Monroe Street
Peoria, Il 61602
61602-102210

LEGAL