## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R12605 | **Counseling Date** | 01/09/20 12:00:07:097 |
| **Offender Name** | SPAN, SAMUEL | **Type** | Collateral |
| **Current Admit Date** | 04/22/2014 | **Method** | Other |
| **MSR Date** | 01/22/2021 | **Location** | PON SOUTH MENTAL |
| **HSE/GAL/CELL** | SM-02-07 | **Staff** | DIETZ, AMANDA M., Corrections Law Library Assistant |

Per your correspondence with the ADA COORDINATOR- your ADA issued CASIO VIBRATING WATCH is currently stored in your personal property in property. Segregation offenders at Pontiac are not allowed possession of the ADA WATCH due to all movement being escorted and all meals brought to cell front. You will receive your watch when you are released from segregation (ESR 5/15/2020).

---

TO: Amanda Antholt - Class Attorney
From: Samuel Span - Class Member
Subject: ADA Discrimination

SCANNED at PCC and E-mail
1/13/2020 (date) by [signature]
1 (# of pages)

Amanda,

As you can see by this Response I am being told that by me being in Seg I cannot have my ADA Approved watch because all movement is escorted & all meals are brought to cell front. This makes no sense seeing that other inmates who are not hearing impaired And who ARE in Seg are Allowed to purchase watches from the inmate commissary while they are in Segregation. I use my watch so that I may know when to start preparing for groups since the Y/o's do not give any pre-time warning And I use it for my scheduled prayer times. I have to ~~pray~~ do my Religious prayers at certain times of the day, night And ~~early~~ early mornings. This is Bullshit that Pontiac Seg inmates cannot Receive or have their ADA watch But they can purchase a Regular watch from Commissary. This is Discrimination. I feel someone needs to call down here and see whats up with this Bullshit.
Thank you & have a Nice Day... Yours Truely, Samuel Span #R12605

Print Date 1/9/2020