

UNITED STATES DISTRICT COURT
**Central** DISTRICT OF ILLINOIS
**Peoria** DIVISION

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading to the U.S. District Court for _____ District of Illinois for review and filing.

Name: **Brandale M. Blackburn**
ID Number: **M54199**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **No**

   If this is a habeas case, please circle the related statute:    28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?    **Yes** or No

   If yes, please list case number: **07-CV-1298-MMM-Jag**

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted:    **6**

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document: **Motion to Inform**   Number of Pages: **6**

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

In The United States
Court for the Central District
of Illinois Peoria Division

| | |
|---|---|
| Ashoor Rasho ET AL<br>Plaintiffs<br>V.<br>Director Roger E. Walker Jr ET AL<br>Defendants | NO: #1:07-CV-1298-MMM-JAG<br>Judge Michael Mihm<br>Magistrate Judge<br>Johnathan E. Hawley |

Urgent Judical Notice By
Class Member Brandale M. Blackburn
#M-54199 - To Court & Attorneys for
Motion to inform

---

I declare under Penalties of Perjury that All here in is True And Correct....

Now Come Brandale M. Blackburn ID#M-54199 Pro Se informing this honorable Court & Attorneys That Dixon Treatment Center Warden #1 Sonja S. Nicklaus, Warden #3 Andrea Tack (Program Warden), Mental Health Dr Gonzales, Dr Young, Dr Chess, Mental Health Professionals, Staff., And Security Staffs are All in Violations of the Rasho vs. Baldwin No. 07-1298 Class Action And Violations of the Americans with Disabilities Act 42. U.S.C 12101 And the Rehabilitation Act 29 U.S.C 794 and a Violations of Cruel and unusual Punishment, deliberate indifference to Mental health Treatment, And Equal Protection/And Equal Treatment

Continuance Page 2....

I am Currently an S.M.I offender that is house in Dixon Treatment Center in Xhouse. That house offenders with mental illnesses & Behavioral Problem like myself which classified me to be in a Behavioral Modification unit Program. Which Dixon doesn't have at All. So Therefore Dixon Treatment Center cannot Provide me the Proper Treament & The Level of care for My Mental illness & Behavioral Program. Which is deliberate indifference to My Mental health Treatment and is Requesting to be Tranfer to Joliet Treatment Center's BMU Program where i can recieve adequate Mental health Treatment. I was recently Tranferred to Dixon Treatment Center from Pontiac BMU Program where i was getting Better Treatment there Than here in Dixon. Which don't have No Programming beside group or No incentives which give offenders something to look forward to in the future or Some sense of hope. Which leave me in solitary confinement with alot of Seg time to deteriogte.

① ON 4/21/20 (Today) I was Sceduled to go to group At 8:30AM - 10:30AM. Which The Tag-Team came to my Cell at approx 9:25am to go to group. I was told By Security Staffs That Mental health group will Not Start until the Nurse finished Passing Medication to offenders. Which open the door for offenders to get Railroaded out of Their out of Cell Structure & unstructure time. Like Today Nurses don't arrive on the gallery to Pass Med AT LEAST 8:15am or later. Which lasted a hour or more

Continuance Page 3...
Because Not only was the Nurse Taking forever to Pass Meds But decided to give multiples offender Medical Attention After; during Med Pass. So we will have to get Cut Short on our group time Early Because of The Nurses. Which They (Staffs) Said which i honestly Think it's a tactics for Offenders to Act out or catch displinary Ticket so we won't be able to go At All. Because officers don't like doing their Job any way which They abuse their authority all the time. But This is a everyday Thing & issues with group. By Staffs Saying We won't be able to start group until The Nurses are done Passing their Med are basically telling us WE are getting our outta Cell time Shorten Early & we got to deal with it. You know it's Bad enough i mean other offenders are Not getting the Proper treatment That are Suppose to be in a BMU Program. But we are getting Shorten out Treatment more when Things like this happen. An on Top of That we got to go to the Shower and get Strip Search by Staff before Arriving to group which will take at least another 7-10 minutes. So by me Arriving to group at approx 9:30AM i was very frustrated that i couldn't even Participate in group and that i refused to come at the group room when group was over with which you can look at the

Continuance PAge 4...
which Probably resulted to me getting a displinary Ticket because of the lack of Treatment im am recieving here in Dixon. So i ended up calling for a Crisis team member to speak to, to get me to Calm down. Which they send a Mental Health Professional which i explain my issues & concern to him about the lack of Treatment im recieving And how i need to be tranfer to JTC to Becieve adequate treatment which you can check my Mental health Today which will Verify my Claim. After that i went back to my cell without further incident. But every DAY when it's time to go to group im at least 30 minute late or more.

② Not only do i have a long history of Mental health issue in I.D.O.C but i got a long history of mental health issues outside of IDOC which go back to when i was At least 12 year old where i been hostipalized in mutiple hostipal like hartgrove, LakeShore, riveredge, and Chester mental health center. So it's Clearly That i been had a mental illness & behavioral Problem since ficteen to Now. Which clearly indicate that i really Need intensive Mental health Treatment or a higher level of Care. Which im not getting here in Dixon Treatment Center. Which Mental health staffs are Not taking my Mental health serious or into consideration. Because if They did i would be in another treatment center getting Adequate treatment which i was recieving in society. Before coming to IDoc.

Continuance Page 5...

3). Dixon's staff are Not offering No incentives at All Such as Segcut, Privilege cut, Yardcut, etc. like a Real BMU Program. How are That im classified S.M.I with a Behavioral Problem but im Not receiving the Same treatment & incentive as other offenders with Behavioral Problem that are house in J.T.C's and Pontiac's BMU Program. But it's Alot of offenders like me, Ralph kings, Jeremy Washington that are deteriorating due to the lack of Treatment and Plenty more offenders. But We dont have No Sense for the future or hope. If we was to get more Programmings & incentives we will Do better. But Dixon are Not giving us that opportunity.

## Covid 19

Dixon Staffs Are Not Providing Offenders with hygiene to keep their Selve Clean or Cell. an Some Staffs are Not Wearing their Mask At All time or Not Wearing gloves Which is Not good for their or our Safety. Which would Put us at a Stronger risk of Catching Covid 19. or we dont have No Access to No Tv to keep up with the lastest News on the virus, etc.

Continuance Page 6...

Now, At this Moment the Movant is begging this Court to intervene and/or grant the relief requested.

Humbly, the Movant is Stating under Penalty of Perjury. The Movant Swears and Affirms the Proceeding to be true And Completely honest...

Respectfully Submitted
Beemdale M. Blackburn M-54199
ID# M-54199  4/21/20