US DISTRICT COURT
CENTRAL ILLINOIS
URBANA

X Shaheed Gaines M10222
Class MEMBER                           07 CV-1298

ROB Jeffries
     Defendant

SCANNED at PCC and E-Mailed
10/20/20 (date) by HZ (initials)
     3     (# of pages)

MOTION IN
SUPPORT OF
CONTEMPT

NOW COME Class member X Shaheed Gaines M10222
WITH MOTION IN Support of contempt
TO WIT

1. That i am a qualified Individual

2. That IN Support of issue i seek
TO Submit Exhibit. and action

Whereforfe Class member pray this is granted
                                    /s/

Pontiac Correctional Center

Assigned Grievance #/Institution: **Pontiac Correctional Center**    Housing Unit: **EB**    Bed #: **717**

1st Lvl rec'

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

2nd Lvl rec'

| Date: 9/14/20 | Offender (please print): Shaheed Gaines | ID #: M10222 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Pontiac Correctional Center | | Facility where grievance issue occurred: Pontiac Correctional Center | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct    088248
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

M Qurlag 24u9/1

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): 9/12-20

- [ ] Medical Treatment
- [ ] HIPAA

Date of report    Facility where issued

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

> **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
> **Chief Administrative Officer,** only if EMERGENCY grievance
> Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Context Just 9/9/20 C/O A. Wahl Badge #10778 Came To Me I/M Gaines Cell Door Approximate Time 4:30 P.M. Asking I/M Gaines Would He Like To Take A Shower I/M Gaines Informed C/O A. Wahl He Took A Shower On 1st Shift Then C/O Wahl States Thanks For Being Straight Up With Me I/M Gaines Stated No Problem Now 9/12/20 I/M Gaines Informed C/O A. Wahl Badge #10778 Approximate Time 4:00 P.M. He Didn't Get A Shower On 1st Shift Today C/O A. Wahl Stated Log Book Says You Had A Shower Already Today I/M Gaines Asked For A Lt. C/O A. Wahl Says Really You Want A

[x] Continued on reverse

**Relief Requested:** All Three C/O's Be Reassigned And Trained For Crisis Deescalation And That Ticket Wrote By C/O A. Wahl Be Expunged Asap

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

| Shaheed Gaines | M10222 | 9/14/20 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer

**EMERGENCY REVIEW:**    Date Received: 10/14/20    OCT 07 2020    OCT 15 2020

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Luvis Jackson K | 10/14/20 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Assigned Grievance #/Institution: **Pontiac Correctional Center**     Housing Unit: **EB**     Bed #: **717**

1st Lvl rec'                   ILLINOIS DEPARTMENT OF CORRECTIONS                   2nd Lvl rec'
                                    **Offender's Grievance**

Lt. About A Shower I/M Gaines Stated Yes C/O Wahl Stated This My Gallery I'm Not Getting No Damn Lt. About A Shower I/M Gaines Stated He Is SMI He Needs A Crisis Team C/O A Wahl States A Shower Is Not A Crisis If You Not Suicidal You Can't Get A Crisis Team Member That's A Lie Offense Code 303 Giving False Information To An Inmate I/M Gaines Suffers From Anxiety And Started To Get Anxious Sensing That C/O A. Wahl Is Just Trying To Beat Him Out Of His Shower And Not Trying To Do Any Work For The Day Cause I/M Gaines Is The Only Person That Wants His Shower On The Gallery And Asking For It I/M Gaines Begins To Holler For A Lt. And Crisis Team C/O A. WAHL States You Gone Act Like A Lil Bitch About A Shower Offense Code 304 Insolence For Comments You Gone Go To The West House If I Pull You Out That Cell Your Bitch Ass Going On Watch Or Seg C/O A. Wahl States Stop Fucking Shouting While Clinching His Pepper Spray Offense Code 206 Intimidation Or Threats For Actions C/O A Wahl States He Is Going Rip I/M Gaines A 2nd Ass Hole That The Tattoo On I/M Gaines Face Is Going To Stand For Two Ass Holes I/M Gaines Continual To Shout For Lt. And Crisis Team Until Five Day Sgt. And C/O J. Vaughn Badge 3188 Comes I/M Gaines Stated To 5ive Day Sgt. He Needs A Crisis Team He Is Anxious Five Day Sgt Stated To I/M Gaines O.K Cuff Up While Being Cuffed By C/O Wahl C/O J. Vaughn Badge 3188 Shouts At I/M Stick Your Fucking Hands Out While C/O Wahl And C/O J. Vaughn Forcefully Pulls I/M Gaines Arms Out The Cell Chuck Hole And Cuffed Him And Takes Him To The Holden Tank For His Crisis Team Interview After The Interview I/M Gaines Was Escorted By The Five Day Sgt And C/O J. Vaughn Badge 3188 Back To His Cell On The Way Back C/O J. Vaughn Badge 3188 Steps On The Back Of His Feet I/M Gaines Feet C/O A. Wahl Comes Back To I/M Gaines Cell Door While The Five Day Sgt Is Still On The Gallery And States Aw You Not On Watch You Think You Smart You Can't Play The System Bitch I Wrote You A Ticket You're Going To Seg Offense Code 206 Intimidation Or Threats Stepping On The Back Of I/M Gaines Feet 206 For Comments 310 Abuse Of C/O Privileges For Writing A False Ticket 202 Damage And Misuse Of A SMI Offender, I/M Gaines Has Not Had A Ticket In 11 Months Is Trying To Do Right All I Wanted Was My Shower Seeing How It's A Pandemic Going On I'm Trying To Stay Clean Thats All.

088248

Distribution: Master File; Offender                    Page 2 of 2                    DOC 0046 (Rev. 01/2