10/10

Copies
10/2

United States District Court
Central District of Illinois

Rasho et. al Class Member
Crump, Shaw-M26608
   Plaintiffs

V.                               Ct. Case No. 07-1298

Walker, Baldwin, Jefferies
   Defendants

SCANNED at PCC and E-Mailed
10/22/20 (date) by ID (initials)
H7 (# of pages)

EX-PARTE
Motion to Enforce Judgment

I, Crump, Shawn, am a class Plaintiff, party of the above titled case and file this Ex-Parte Motion to Enforce Judgment, pursuant to Federal Rules of Civil Procedure, seeking a court order to enforce judgement previously titled "Settlement Agreement" against the defendants for failing to abide by the settlement agreement to stop and prevent subjecting mentally ill offenders at Pontiac Correctional Center to cruel and unusual punishment and deliberate

indifference conditions of confinement and denial of mental health care.

The facts in support of this motion are as follow:

1. I, Crumpl Shaw, am a class member of the above entitled case and I am seriously mentally ill diagnosed with anxiety and depression. I've tried x-amount of time to kill myself such as: hang myself twice, split my head, slit both my wrist, etc.! And I am being housed by the defendants at Pontiac C.C. South Mental Health Unit, suicide watch gallery cell 1-23.

2. The defendants are failing to honor the settlement agreement for the following reasons:

3. On September 16, 2020, I tried to commit suicide by tying my hands behind my back and ~~~~ hanging myself. I was moved to S.M.U. I became suicidal and sought mental health care. I was placed on suicide watch and transferred to S.M.U. suicide watch status gallery cell 1-23. Where ever since, I've been housed

at and am now under Covid-19 quarantine and being subjected to the following cruel and unusual mental health treatment and conditions of confinement.

4.) At the S.M.U Correctional Staff, including Majors, Lt's, Sgt's, C/o's have in place a systematic practice of subjecting offenders on suicide watch status to a hostile, arbitrary enviorment, as retaliation for seeking crisis and suicide watch care and to make offenders stay on suicide watch intolorable so as to discourage offenders, like myself from seeking suicide watch mental health care in the following ways:

5. S.M.U staff hostilities and arbitrary misconduct directed towards offenders on suicide watch status:
A) The S.M.U Lt's, Sgt's and C/o's target suicide watch offenders with constant verbal abuses and harrasments calling us "Bitches" "You're running from somebody or you're hiding on watch" "You're scared" "a homosexual" "You suck-dick" etc.

4/07/10

B) The S.M.U staff will not document offenders declared hunger strike and they will write false disciplinary reports and also place us on meal-loaf for 72 hrs, for no reason other than to prevent us from going on hunger strike because when offenders are on meal-loaf status can't declare hunger strike.

C) The S.M.U staff deny use of showers for weeks at a time and when showers are given there's only one pair of shower shoes for the use of 1/2 inmates on suicide watch. We are refused our own shower shoes that we purchased from our commissary. We are not giving towels and sometimes no hygiene such as: Shampoo, deodorant, toothbrush, toothpaste and the shower area are never cleaned and are unsanitary.

D) The S.M.U staff, deny us clean change of smock, blanket for long periods of time, such as weeks; and sometimes the smock/blankets that they do provide come

1:07-cv-01298-MMM   # 3173   Page 5 of 10

5 of 10

with bloodstains, chemical (agent) mace, or other biohazard stains. Because they aren't wash properly. "And we haven't had mattresses in month."

E) The S.M.U staff are always taking note of mental health professional, by telling us we're fake and to get off watch. they'll tell us to kill ourselves to leave this place if we're not faking. When staffs escort mental health staff to talk to us some guards will be listening and interviewing and also use the information that they hear to harass and abuse us.

F) The S.M.U staff will also intentionally target offenders for retaliation, provocation and harassment, ~~reasons~~ when we ~~only~~ submit complaints against them by telling mental health staff about their misconduct and/or condition.

G) All misconduct by staff are caught on the video cameras located in front of each cell. But the warden and ~~supervisors~~ supervisors and Internal Affairs will not investi-

6 of 10

gate our complaints and they deny us access to the grievance remedy, courts, lawyers to prevent us from reporting them of their misconduct.

6. The S.M.U staff subject suicide watch offenders to extreme cruel conditions.

(A) Most cells are broken or structurally damaged, the ceiling have cracks that allow bi-ohazard dirty water also flood the cells from the cells above. The water also floods into the cell from the back wall where all plumbing is located. The water runs into the cells between floor concrete and wall because of structural separation and the plumbing in the back of the cells are constantly leaking from toilets, sewage pipes and sinks. The water has caused mold to grow between these areas and into cell walls. Some cells will have either a broken cold water button or hotwater button and some have water constantly running. These issues are never fix, the toilet bowls are filled with fungus. And the drinking water is contaminated with "Liquaucies" which several inmates h-

7 of 10

o caught.

B) The cells have bad ventilation system and the cells are either extremely oven like hot in the summer or freezing cold in the winter.

C) The cells are full of all kinds of vermin such as roaches, ants, spiders, sewage flies, rats/mouses and mosquitos.

D) At this time there are 15 inmates in the S.M.U. and at least four have been without mattresses to sleep on for over a month. S.M.U. has 22 cell which should have 22 mattresses available. The mattresses that are available are completely bio-hazardly contaminated with blood-stain, feces, food-stain, urin, etc. These causes terrible and cause rashes and infections of the body skin that comes into contact with som e of the mattresses. Also some mattresses are also torn and gutted and are not ~~been~~ suicide watch status.

E) Mattresses are still Not provided!

7. Suicide watch offenders are being intentionally exposed to the Covid-19 virus!!

(A) S.M.U. suicide watch is located in the South cell housing unit of Pontiac C.C. South cell housing unit (S.C.H) is used exclusively to house the protective custody (offender population). S.M.U. suicide watch offenders are Not (P.C) status. We are either in East, West or North housing unit.

(B) S.M.U. suicide watch unit was separate and sealed off from the rest of the (S.C.H) galleries. On the month of September-2020, Pontiac C.C. closed South cell housing building completely and ran a 14 day quarantine. And this includes S.M.U. suicide watch unit and offenders there at the time.

(C) The officials then sealed off all entrances to the Southern Building, except the entrance for S.M.U. They made S.M.U. 3 and 1 gallery quarantine becau-

se offenders was infected with Covid-19. Pontiac C.C. n xcde- 3.MU, suicide watch gallery the main entrance to the Southern Building, so as a result there are alot of off's walking back and forth in+out of our cells; and they open and shut the door leading into the most infected quarantine offenders. So, now we're exposed by the staff and our ventilation system.

1) Because we inmates share the same ventilation system

2) Because our ventilations are design to suck in air.

Video footage will prove my allegations....

100710

Pursuant to 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed/Date: 10/20/20

S. Crump
Crump, Shon