E-FILED
Tuesday, 05 October, 2021 08:31:00 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 4 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MOTION filed by:
Jason E. Ralston S-06627

STATE OF ILLINOIS
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,
No. 1:07-CV-1298-MMM.

Filer: Jason E Ralston, S06627
JOLIET TREATMENT CENTER
2848 West McDonough Street
Joliet, IL 60436

09/24/2021 - FRIDAY

Dr. Jason E. Ralston
PhD. Agriculture Economics
@ J.T.C. - Joliet IL

Now comes class member, Jason E. Ralston, S06627 and I wish to file the following report/objection from J.T.C. today!

**MOTION**

Enclosed in this envelope (large manilla envelope) are a lot of things. The most important stuff is directly following these first few pages.

A.W.O. - Mindi Nurse still hasn't given me my new Royal Epoch manual typewriter, which I both have $247.00 into and has been sitting in the J.T.C. mail room for over 5 months now. It arrives here on 04/19/2021 @ 12:07 pm CT per UPS. These documents are enclosed this week since I couldn't get to our J.T.C. Law Library last week. Attorneys and paid for us plaintiffs - I need to start going to our Law Library both on Tuesdays + Thursdays now between 8:30 AM - 10:30 AM, since we have a newly hired librarian Mrs. Wagoner. She seems to be a good worker and is well organized. She was having a little trouble w/ the photocopier in our Library this

**MOTION**

week, but this was just her first week on the job.
Please let officials here know - AWP Dr. Thineshia Williams that I need to be scheduled to go to the Law Library on both Tuesday October 5, 2021 and Thursday October 7, 2021 because staff here once again tried to stop me from going to the J.T.C. Law Library this week also and I once again discovered they have gotten into my legal boxes on 09/23/2021. I did write a grievance of course but I am RELIEF not filing it till I can get copies of it first.

Moving on, not only are these typewriter documents enclosed but also I've included copies of all these switched out tickets, summaries (ADJ COMM) and

FILED  CC:

(1)

09/24/2021

Radio Report of C. Ralston S06627 @ J.T.C.

so forth. This is in short, total corruption beyond belief. Because most all of these, no doubt, liberty tickets have been rewritten twice, and switches at either in my crises folder in control, or in my property which is supposed to be locked in the AWO's property closet in J.T.C. Personal property in Dorm #6 on B-wing in the Basement and under the supervisor of J.T.C. Personal Property Office - C.T.O. - Brittany Jackson (B. Jackson).

Let me begin w/ 04/28/2021 and the fact that Major/Lieutenant David Kerns @ J.T.C. (Shift Commander 7:00am - 3:00pm) has not yet gone into my property and taken the enclosed Administrative Committee Summary from 2016 on Case No. 18-CV-01445-CSB, Ralston v. Scroggum, et al., Harris C. Hirshman and Stuart the Rees @ Dentons US LLP in Chicago, IL are helping me this case against officials at Pontiac C.C. for excessive force - from 02/15/2016 where Lt. Dale E. Scroggum punched me in the face about 25 times pretty hard and pretty well took out my right eye

(2)

09/24/2021
PLRA-Report per Report 5006-29 @ J.T.C.

For the past several years, the state (AG's office) did not want me to have this any comm. summaries because it proves they are lying. I had about 25 copies of it hidden in 3 or 4 places. Kerns just found about 6 or so copies and stopped there looking through my stuff. Kerns took those 6 or 7 copies and he didn't get them all.

Basically, David Kerns + B. Jackson did not want me to come off of crises watch on 04/28/2021 Although Kerns has not gone through my property and taken the Adj. comm. summaries from 2016 that he wanted to and he also switched out some computer unknown discs and Name drives for another case I have against officials at Dixon C.C. over excessive force. These were sent to me by my attorney Aaron C. Buscemi @ DeRango & Cain, LLC. in Rockford, IL on Case No. 17-cv-50161, Ralston v. Davis, et.al. Again, the state or AG's office in Chicago, IL did not want me to have this evidence because it also proves

(3)

09/24/2021
Radio-Report for SG# 506624 @ JTC

They were lying through their teeth, as is normally the case.

I stopped last nite. I am picking up again. I have to try to hurry to get this all in the now) tonight. It's Sunday night 09/26/2021. In short y'all these most all of what they say did not occur. It's all lying. The stuff w/ B-Jackson is all lies because they just didn't want me coming off watch.

Dr. Camille Karten was blaming me for stuff I was not guilty of so that is why I wrote to her. She doesn't like that gets defensive, writes a retaliator ticket and lies.

(4)

9/24/2021

Aslo- Report of Violation 506627 @ JTC.

He is a #1 big problem w/ everything LT Avader he does. Per DR 504.80(c) the Adjustment Committee must accommodate my language barrier. I am visually impaired and can not see well enough to read any of these Disciplinary ticket or summaries. Thus he can not even conduct hearings until he accommodates my language barrier being almost blind. A lot of this occurred when I was 95% blind and could not defend myself.

(5)

09/24/2021
Psycho - Report f/c Pastor Sedberry @ JTC

Here is my reference: 20 JAC, Chapter 1, Subchapter e, Section 504.80(e) & Section 504.81 deals w/ investigating major incidents which they don't do here @ J.T.C. IA doesn't have the time. They write way too many, no legal merit, false and unjustified, disciplinary reports, which all fail to state a claim for a valid DR-say prison rules violation. Just because I may do things they don't like, but I am still not violating the rules.

The 2 tickets the new Grievance officer wrote c/I K. Reas got threw out. Mrs. Mack is lying

