MOTION filed by:

Jason E. Ralston S-06627

STATE OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA ILLINOIS
OCT 4 — 2021

1
2  ASHOOR RASHO, et al.,
3  No. 1:07-CV-1298-MMM
4
5  Filer: Jason E Ralston, S06627
6  JOLIET TREATMENT CENTER
   2848 West McDonough Street
   Joliet, IL 60436

09/24/2021 — FRIDAY
Dr. Jason E. Ralston
PhD. Agriculture Economics
@ J.T.C. — Joliet IL

Now comes class member, Jason E. Ralston, S06627 and I wish to file the following Report/Objection from J.T.C. today!

**MOTION**

Enclosed in this envelope (large manilla envelope) are a lot of things. The most important stuff is directly following these first few pages.

A.N.O. - Mindi Nurse, still hasn't given me my new Royal Epoch manual typewriter, which I both have $247.00 into and has been sitting in the J.T.C. mail room for over 5 months now. It arrives here on 04/16/2021 @ 12:07 pm CT. per ups. these documents are enclosed this week since I couldn't get to our J.T.C. law library last week. Attorneys and Pro se plaintiffs — I need to start going to our law library both on Tuesdays + Thursdays now between 8:30 am - 10:30 am / since we have a newly hired librarian Mrs. Wooder. She seems to be a good worker and is well organized. She was having a little trouble w/ the photocopier in our library this

**MOTION**

week but this was just her first week on the job.
Please let officials here know - Aur Dr. Thineshia Williams that I need to be scheduled to goto the law library on both Tuesday, October 5, 2021 and Thursday October 7, 2021 because staff here once again tried to stop me from going to the J.T.C. law library this week also and I once again discovered they have gotten into my legal boxes on 09/23/2021. I am write a grievance of course. But I am not filing it till I can get copies of it first.

Moving on, not only are these typewriter documents enclosed, but also I've included copies of all those

09/24/2021

Radio Report — JC Ralston 800627 @ J.T.C.

so Furth. This is, in short, total corruption Beyond Belief. Because most all of these, no heat inerty tickets have been rewritten twice, and switched at either in my crises folder to canted, or in my property which is supposed to be locked in the AWO's property closet to J.T.C. personal property in Dorm #6 on B-wing in the Basement and under the supervisor of J.T.C. personal property officer — C.T.O. Brittany Jackson (B. Jackson).

Let me Begin w/ 04/28/2021 And the fact that Major/Lieutenant David Kerns @ J.T.C. (shift Commander 7:00am — 3:00pm) has not yet gone into my property and taken the enclosed administrative cumulative summary from 2016 on Case No. 18-cv-01445-ESB, Ralston v. Scrogenum, et al., Helens C. Hirshman Atty Shuan the Rios @ Dentons US LLP. in Chicago, IL not helping me this case against officials at Pontiac C.C. for excessive force — from 02/15/2016 where Lt. Dale E. Scrogeum punched me in the Face About 25 times partly hand and partly well took at my Right Eye

(2)

09/24/2021
PASHO-REPORT PERRITS SUB627 @ J.T.C.

FOR THE PAST SEVERAL YEARS. THE STATE (AG'S OFFICE) DID NOT WANT ME TO HAVE THIS ANY COMM. SPECIFICALLY BECAUSE IT PROVES THEY WER LYING. I HAD ABOUT 25 COPIES OF IT HIDDEN IN 3 OR 4 PLACES. KERNS JUST FOUND ABOUT 6 OR SO COPIES AND STOPPED THERE LOOKING THROUGH MY STUFF. KERNS TOOK THESE 6 OR 7 COPIES AND HE DIDN'T GET THEM ALL.

BASICALLY, DAVIS KERNS + B. JACKSON DID NOT WANT ME TO COME OFF OF CRISIS WATCH ON 04/28/2021 ATTHAT KEENS HAD NOT GONE THROUGH MY PROPERTY AND TAKEN THE ADT. COMM. SUMMARIES FROM 2016 THAT HE WANTED TO AND HE ALSO SWITCHED OUT SOME COMPUTER WRITER DISC'S AND MEMO DRIVES FOR ANOTHER CASE I HAVE AGAINST OFFICALS AT DIXON C.C. OVER EXCESSIVE FORCE. THESE WERE SENT TO ME BY MY ATTORNEY AARON C. BUSCEMI @ DENNIS & CAIN, LLC. IN ROCKFORD, IL ON CASE NO. 17-cv-5016, RESTON V. DAVIS, et. al. AGAIN, THE STATE OR AG'S OFFICE IN CHICAGO, IL DID NOT WANT ME TO HAVE THIS EVIDENCE BECAUSE IT ALSO PROVES

Legal Pad **63108**
Bloc-notes légal/Bloc tamaño oficio

BUSINESS
SOURCE ™

09/24/2021
Radio-Report ferguson 506627 @ J.C

they were lying through their teeth,
as is normally the case.

I stopped that day. I am picking
up again. I have to try to hurry
to get this all in the mail
tonight. It's sunday night
09/26/2021. In short y'all these
most all of what they say
did not occur. It's all
lying. The stuff w/ D-Jackson
is all coerced they Just Didn't
want me coming off watch.
Dr. Camille Kurten was damaging me
the stuff I was not getting
off go that is what I said
to her. She doesn't like that
gets defensive, writes a retaliter
ticket anus Jess.

④

Legal Pad 63108
Bloc-notes légal/Bloc tamaño oficio

9/24/2021

Disro-Report of Debator Soc627 @ J.K.

He is a #1 Big problem
w/ everything I aviated he crees
pues per DR SOU. 80(e) the assistant
committee must accommodate my language
barrier. I am visually impaired
and can Not see well enough to
read any of these Disciplinary
ticket or summaries. Thus he can
Not even conduct hearings
until he accommodates my
language barrier being almost
blind. And a lot of
this occured when I
was 95% blind and could
not defend myself.

Legal Pad 63108
Bloc-notes légal/Bloc tamaño oficio

09/24/2021

MEMO-Report of Racism 5ddg27 @ JTC

HERE IS MY REFERENCE 20 IAC, CHAPTER 1,
SUBCHAPTER e, Section 504.80 (e) & Section
504.81 DEALS w/ investigating major
Incidents WHICH they DON'T DO HERE @ JTC.
IT DOESN'T HAVE THE time. They
write way too many, NO Legal
merit, FALSE AND unsatisfied,
DISCIPLINARY REPORTS, WHICH ALL FAIL
to state a CLAIM FOR a VALID PRISON
PRISON RULES VIOLATION. Just BECAUSE
I MAY DO things they DON'T like, But
I am still NOT violating the RULES.

THE 2 ticket the NEW GRIEVANCE
Officer wrote OCF K. Ross GOT
THROW out. MRS. MALE IS lying



09/24/2021
DISTO - REPORT Re Rebtn Sdd627 @ JTC.

Is lying through hare damn teeth.
I was not angry about her not
making the copies I request her
to make very nicely, And I
did not yell at her until
I was her out in the
Hall way. I would never
do anything to be disruptive
to a group. Basically every time
Mrs A. Mhok is staying is
completely untrue. I got
her fired for refusing to
get vaccinated But her union
got her her job back in about a
day. We all still object to
Mrs. A. Mhok not Being vaccinated
For          (7)        covid 19. For Pressure

Legal Pad **63108**
Bloc-notes légal/Bloc tamaño oficio

BUSINESS SOURCE ™

09/29/2021

Pisho Report for Passey — 506627/ J.T.C.

UPLC — Nicole Schult — Chicago, IL
Officals Have went Into my legal Boxes
And took the Grievance and ARB Response
you helped me write on the as
Law Librarian Mrs Corethman. They
Also took mail From Equip For
Equality in Chicago, IL, and until
Term the John Howard Association
and ACLU in Chicago, IL, As well As
About 2 Lyears worth of my prison
legal articles Magazines which costs
About $40.00 A year.

UPLC — Nicole Schult — or Samantha Reed @ Dentons
— can you Help me worth Grievances on
These tickets And all our Records of
Office Coordinator April Rene
Avans tell (S) Her How they Have
Falsifies and switches out Almost All of

*(vertical margin text, right side)*: this per 506627
*(vertical margin text, right side)*: All of



445 Ingenuity Ave · Sparks, NV 89441
Toll Free: (800) 660-9255   Fax: (707) 261-4020
www.walkenhorsts.com

May 19, 2021

Jason Ralston S06627
JTC
2848 W. McDonugh St
Joliet, IL 60436

Mr. Ralston,

Thank you for writing Walkenhorst's and letting us know of your concerns. Apologies for the delay in response time, we have been receiving a large volume of mail, both orders and letters, than usual or expected in recent weeks. This has slowed down our usual response time to the letters from our customers.

Enclosed you will find a copy of order 3568675 and the proof of delivery.

Thank you again, and please let us know if we can be of any further assistance.

Best Regards,
David
Customer Service



**WALKENHORST'S**

445 Ingenuity Ave, Sparks, NV 89441
Phone Toll Free: 800-660-9255 · Fax 707-261-4020
www.walkenhorsts.com

CR

| SALES ORDER | | | |
|---|---|---|---|
| Special Purchase / OS | | | |
| Facility | Date | | Page |
| IL050 | 04/01/21 | | 1 |

# 3568675

Customer: IL050
Joliet Treatment Center
Attn: Patient Accounts
2848 McDonough St
JOLIET, IL 60431

Ship To:
Jason Ralston S06627
Joliet Treatment Center
2848 McDonough St
JOLIET, IL 60436

| Cust PO / Reference | | | Terms | Rep | Ship Via | Quote | Facility |
|---|---|---|---|---|---|---|---|
| M02704 | | | Prepaid | MW | Ground Shipping | 5365782 | IL050 |

| L | Item | Qty | Model | Description | Price | Amount | T |
|---|---|---|---|---|---|---|---|
| 1 | 20005105 | 1 | TI-36X PRO | Texas Instruments Scientific Calculator | 29.90 | 29.90 | |
| 2 | 18010004 | 20 | 597 (154138-20) | Yellow Writing Tablet (8½" x 11") | 1.50 | 30.00 | |
| 3 | 30546002 | 5 | MG2757 | Security Envelopes 80ct #6 (Small) | 1.90 | 9.50 | |
| 4 | 30546027 | 1 | 315 (MG1534) | Flexible Ruler - Assorted Colors | 1.00 | 1.00 | |
| 5 | 1020302 | 1 | 79100G | Royal Epoch Manual Typewriter | 239.90 | 239.90 | |
| 6 | 18010001 | 2 | GPC991297 | Basic Typing/Copy Paper - 500 Sheets | 6.90 | 13.80 | |
| 7 | 18010010 | 20 | 535021 | Manilla Envelope 10" x 15" | 0.50 | 10.00 | |
| 8 | 18010009 | 20 | S-10378 | Manilla Envelope 10" x 13" | 0.40 | 8.00 | |
| 9 | 18010011 | 20 | 381944 | Manilla Envelope 6" x 9" | 0.15 | 3.00 | |
| 10 | 90622196 | 2 | 1228539-100 3XL | UA Tech SS Tee Wht/Blk 3XL | 24.90 | 49.80 | |
| 11 | 17021102 | 1 | National East Catalog | National East 2021 Summer Catalog | 0.00 | 0.00 | |
| 12 | 30 | 1 | | Shipping | 6.99 | 6.99 | |
| 13 | 50 | 1 | | Check Refund Issued | 13.90 | 13.90 | |
| 14 | | | | | | | |
| 15 | | | NOTE: REFUND TO TRUST. UA LIVE SET TEE | | | | |
| 16 | | | GRAY 3XL IS DISCONTINUED AND HAS BEEN | | | | |
| 17 | | | REPLACED WITH UA TECH SS TEE WHT/BLK | | | | |
| 18 | | | 3XL. THANK YOU. | | | | |

Note from purchaser: -

| | |
|---|---|
| Subtotal | 415.79 |
| Sales Tax | 0.00 |
| Total | 415.79 |

Specifications are subject to change without notice. All included accessories and original purchase receipt are required for all returns. Returns must be made within 30 days or manufacturer's warranty period. Shipping charges are non-refundable. Other restrictions apply.

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZR7844X0348180326

**Weight**

43.40 LBS

**Service**

UPS Ground

**Shipped / Billed On**

04/13/2021

**Delivered On**

04/16/2021 12:07 P.M.

**Delivered To**

JOLIET, IL, US
**Received By**

AR

**Left At**

Office

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 05/19/2021 11:05 A.M. EST

177

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____

Date MARCH 04 2021

Offender Name JASON E. RALSTON  ID# S06627  Housing Unit 2 B15

Pay to WALKENHORTIS

Address 445 INGENUITY AVENUE

City, State, Zip SPARKS, NV 89441

The sum of $415 dollars and 00.79 cents charged to my trust fund

account, for the purpose of Typewriter AND legal supplies

☒ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Jason E. Ralston_  ID# S06627

Witness Signature X _____

☒ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 20 cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

# ILLINOIS DEPARTMENT OF CORRECTIONS
## NOTIFICATION OF UNAUTHORIZED ITEM(S) RECEIVED IN THE MAIL
### Joliet Treatment Center

TO: Ralston, Jason S0601027  HOUSING UNIT: D2  DATE: 5/5/21
(Name and Number)

MAIL RECEIVED FROM: Walkenhorst's
445 Ingenuity Ave
Sparks, NV 89441

ALLOWED MAIL (IF ANY) WILL BE HELD UNTIL THE UNAUTHORIZED MAIL HAS BEEN PROCESSED. THERE (WAS / WAS NOT) ALLOWED MAIL INCLUDED WITH THE UNAUTHORIZED MAIL.

PLEASE SELECT FROM ONE OF THE FOLLOWING OPTIONS AND <u>SIGN THE BOTTOM OF THIS FORM</u>.  RETURN THE FORM TO THE MAIL ROOM.

_____ You may return the unauthorized item(s) to the sender by sending an addressed prepaid envelope or Offender Authorization for Payment **ATTACHED TO THIS NOTICE** to the mail room.  The <u>allowed</u> mail (if any) will be sent to you at that time.

_____ You may have the unauthorized item(s) <u>destroyed</u>.  The <u>allowed</u> mail (if any) will be sent to you at that time.

_____ You may have someone pick up the unauthorized item(s) at the Front Gate.  (You will be contacted by the Property Department to make the arrangements.)  The <u>allowed</u> mail (if any) will be sent to you at that time.

### IF YOU DO NOT RESPOND TO THIS NOTICE WITHIN 30 DAYS,
### THE UNAUTHORIZED ITEM(S) WILL BE DESTROYED AND THE REMAINING MAIL WILL BE SENT TO YOU.

- [ ] Photo of another inmate, weapons, money, alcohol, inappropriate or nude person
- [ ] Unused envelopes, stamps, paper, journals, cards, pencils, or food items that can be bought in the commissary
- [ ] Homemade cards (if heavily glued, pasted or painted), stickers, magnets, cloth, leather, ribbon, feathers, flowers, hair, beads, marker, crayon, glitter, lipstick or any foreign or any unidentifiable substance or material
- [ ] Plastic cards, laminated items, maps, atlases, CDs or recording devices
- [ ] Solicitations of money, phone cards, lottery tickets, bus passes, unapproved business ventures, chain letters, petitions or contracts, or business cards
- [ ] Mail from an inmate in a correctional facility that has not been approved by the Wardens of both facilities
- [ ] Letters to or from a third party
- [ ] Drugs/drug paraphernalia
- [ ] Suspected security threat group information or photos
- [ ] Internet information not allowed in the facility
- [ ] Books or magazines on the IDOC disapproved publication list
- [ ] Pre-approval procedure per memo dated June 12, 2019 was not followed
- [X] Other items not listed above Type writer not approved

_____     _____     _____
RESIDENT SIGNATURE                              NUMBER                              DATE

*MEMO*

From: Dr. Jason E. Ralston, PhD Agriculture Economics
  #S016621   D2, B15 (D1, A8)
To: AWO Mindy Nurse, Operations Dormle

Dear AWO M. Nurse:

If possible, can you please write a memo approving me for the typewriter I ordered, which arrived at JTC on about May 5th? It is from Walkenhorst's. The mailroom sent me the enclosed form, and Counselor Wright called the mailroom to find out the problem, which was that the one I ordered is the only one they now sell but is not currently on the approved list. The approved typewriters are no longer being made. The mailroom asked me to get an approval memo from you. If you have any questions or concerns, please feel free to visit me.

Respectfully submitted,
  Jason E. Ralston
  S06627

MOTION filed by:                    STATE OF ILLINOIS

Jason E. Ralston S-06627        IN THE UNITED STATES DISTRICT COURT
                                FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

**Filer:**  Jason E Ralston, S06627
            JOLIET TREATMENT CENTER
            2848 West McDonough Street
            Joliet, IL 60436

MOTION

MOTION

RELIEF

FILED ☐ cc:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

**Type of Report:**
[X] Disciplinary    [ ] Investigative    Facility: _JTC_    Date: _4·28·21_

Offender Name: _Ralston, Jason_    ID#: _S06627_    SMI: [ ] yes [ ] no    Race: _White_

Observation Date: _4·28·21_    Approximate Time: _230_    [ ] a.m. [ ] p.m.    Location: _Personal property_

**Offense(s): DR 504:** _206 Intimidation or Threats_

**Observation:** (NOTE: Each offense identified above must be substantiated.) _On the above date and approximate time I CTO B Jackson was in the process of sorting resident Ralston (S06627) property so he can go back to his housing unit. Resident Ralston _____ became agitated when told he had excess property. Resident Ralston then became aggressive by walking up to me in an intimidating manner slapping his hands and calling me a bitch as he closed in on me. Resident Ralston was in my face when he had to be pulled away to maintain distance between us. Further, resident Ralston got in CTO Bridgeforth's face by telling him "Watch you gonna do!" in an aggressive manner. Resident Ralston S06627 identified by institutional graphics. EB_

**Witness(es):**

[ ] Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| _Brittney Jackson_ | _15056_ | _(signature)_ | _4/28/21_ | _302_ [ ] a.m. [ ] p.m. |

---

**Disciplinary Action:**

**Shift Review:** [X] Temporary Confinement    [ ] Investigative Status    Reasons: _seriousness of offense_

_Drew K  76d_
**Printed Name and Badge #**    **Shift Supervisor's Signature** (For Transition Centers, Chief Administrative Officer)    Date: _4·9·21_

**Reviewing Officer's Decision:** [ ] Confinement reviewed by Reviewing Officer    Comment: _seriousness of offense_

[X] **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee
[ ] **Minor Infraction,** submitted to Program Unit

_Chris T. Wilson_                     _(signature)_                     _4-28-21_
**Print Reviewing Officer's Name and Badge #**    **Reviewing Officer's Signature**    **Date**

[X] **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_T. Jeffries  11523_    _(signature)_    _5.3.21_
**Print Hearing Investigator's Name and Badge #**    **Hearing Investigator's Signature**    **Date**

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

[X] Check if offender refused to sign    _refused to sign_
**Offender's Signature**    ID#

_C. Mariscal_    _15067_    _CMM (signature)_
**Serving Employee (Print Name)**    **Badge #**    **Signature**

_5/3/21_    _905_    [ ] a.m. [X] p.m.
**Date Served**    **Time Served**

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

**Offender's Signature**    ID#

D2 513

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** RALSTON, JASON E | **IDOC Number:** S06627 | **Race:** WHI |
| **Hearing Date/Time:** 5/11/2021  10:00 AM | **Living Unit:** JTC-D1-A-08 | **Orientation Status:** N/A |
| **Incident Number:** 202100561/1 - JTC | **Status:** Continued Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 4/28/2021 | 202100561/1-JTC | JACKSON, BRITTNEY D | INTAKE/SHAKEDOWN ROOM | 02:30 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
Residents hearing was unable to be conducted, due to his crisis watch status.

## BASIS FOR DECISION
Adjustment Committee has continued residents hearing due to be conducted on 5/11/21 due to his current watch status.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| **C O N T I N U E** | **--- C O N T I N U E D ---** |
| **Basis for Discipline:** | |

### Signatures
**Hearing Committee**

| | | Date | Race |
|---|---|---|---|
| YANCY, ANDREA   - Chair Person | Signature | 05/11/21 | BLK |
| COGLIANESE, JENNIFER E | Signature | 05/11/21 | WHI |

Recommended Action Approved

## Final Comments: N/A

CATHERINE A LARRY / CAL  5/20/2021

**Chief Administrative Officer**    Signature    05/20/21  Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504; Subpart F.

**Employee Serving Copy to Committed Person**    **When Served -- Date and Time** 7-23-21

Received 09/10/2021 @ JTC By P.E. Ralston S06627

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| **Name:** RALSTON, JASON E | | **IDOC Number:** S06627 | | **Race:** WHI |
| **Hearing Date/Time:** 6/17/2021  10:33 AM | | **Living Unit:** JTC-D1-A-08 | | **Orientation Status:** N/A |
| **Incident Number:** 202100561/2 - JTC | | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 4/28/2021 | 202100561/1-JTC | JACKSON, BRITTNEY D | INTAKE/SHAKEDOWN ROOM | 02:30 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| | | | |

**No Witness Requested**

### RECORD OF PROCEEDINGS

Resident Ralston, Jason (S06627) – identified by State-issued ID Card – was present for the proceeding and the IDR was read. Resident Ralston had been on varying levels of Crisis Watch since being initially placed on Crisis Watch on April 28, 2021 until today's Hearing date conducted on June 17, 2021 where Resident Ralston remained on a 30 Minute Crisis Watch; however, was approved by Mental Health to participate in his proceeding(s).

Resident Ralston, Jason (S06627) is charged with being in violation of DR.504.206 – Intimidation or Threats.

Resident Ralston pleaded not guilty to the (206) charge and added, "I was agitated and yelling at them (CTOs B. Jackson and J. Bridgeforth) because they were counting down the fucking minutes for getting my property in compliance. They started yelling at me and threatening me. CTO Barnes told me that I can turn in some stuff. I said, "She's (B. Jackson) rushing me. I yelled at B. Jax and told her, 'You're a bitch!' She was trying to get me to do this quickly. I did not stick my hand, or take steps to her. I just called her a 'bitch.' (CTO) Bridgeforth said I was getting agitated and turn around and cuff-up. I complied. Bridgeforth then threatened me and cussed me out."

*Resident Ralston also provided a list of several witnesses as follows: TA-CTOS Vera, CTO R. Martin, CTO B. Jackson and CTO J. Bridgeforth. These witnesses were not called due to untimely presentation. Resident Ralston was served the DOC 0317 on May 3, 2021 at which time he should have presented these witnesses.

BHT A. Mack was present for the proceeding.

### BASIS FOR DECISION

On April 28, 2021 at approximately 2:30 PM in Personal Property at Joliet Treatment Center, the following occurred per the issued DOC 0317:

CTO B. Jackson's report states on the above date and approximate time, I CTO B. Jackson was in the process of sorting Resident Ralston (S06627) property so he can go back to his housing unit. Resident Ralston became agitated when I told him he had excess property. Resident Ralston then became aggressive by walking up to me in an intimidating manner slapping his hands and calling me a bitch as he closed in on me. Resident Ralston was in my face when he had to be pulled away to maintain distance between us. Further, Resident Ralston got in CTO Bridgeforth's face by telling him, 'What you gonna do!?' in an aggressive manner. Resident Ralston S06627 identified by Institutional Graphics. EOR.

A DOC 0443 was generated on April 30, 2021 by QMHP C. Riles-Daniels and it is the QMHP's professional opinion that Resident Ralston's Mental Illness DID NOT contribute to the underlying behavior of the offense for which the DOC 0317 was issued. The Treatment Team recommends 0-29 Days of Restrictive Housing and Loss of Privileges such as 0-30 Days C-Grade or as determined by the Adjustment Committee.

The Adjustment Committee finds Resident Ralston, Jason (S06627) guilty of violating DR.504.206 – Intimidation or Threats based on CTO B. Jackson's written report and proper identification of Resident Ralston via State ID number – as well as witness account from CTO Bridgeforth. The Adjustment Committee recommends 7 Days Restrictive Housing and 14 Days Commissary Restriction based on nature of offense and this being Resident Ralston's first disciplinary infraction since last June, 2020.

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Report

**Type of Report:**
☑ Disciplinary  ☐ Investigative    Facility: _TTC_    Date: _4/28/21_

Offender Name: _Ralston, Jason_    ID #: _S06627_    SMI: ☑ yes ☐ no    Race: _White_

Observation Date: _4/28/21_    Approximate Time: _2:45_ ☐ a.m. ☑ p.m.    Location: _Dorm1, A dayroom_

**Offense(s): DR 504:** _206: Intimidation or threats_

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and approximate time, this writer was assessing resident Ralston (S06627) for crisis placement. At one point, he leaned forward, put his foot on the ground (was crossed leg), and his eye contact intensified in an aggressive, threatening manner. Resident Ralston raised his voice and said, "I'm gonna sue you, you fucking bitch, for taking me off watch and putting me in that situation" As this writer exited, he said, "You bitch. I've written you up three times." Of note, he was restrained-hands behind him-during this assessment. EOR.

Witness(es): _CTO Robinson, CTO Wilson_

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| _C. Korten, PsyD_ | _MH_ | _C. K ____ PsyD_ | _4/28/21_ | _3:30_ ☐ a.m. ☑ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

Printed Name and Badge #    Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☑ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction**, submitted to Program Unit

_Dixon W_    _762_ ⟋    _4/28/21_
Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☑ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

_JEFFRIES 11523_    _Jeffries W_    _5·3·21_
Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if offender refused to sign    _(refused to sign)_
Offender's Signature    ID#

_C.M. (Malikal)_    _15257_    _C.M._
Serving Employee (Print Name)    Badge #    Signature

_5/3/21_    _800_ ☐ a.m. ☑ p.m.
Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

D2   B15

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** RALSTON, JASON E                    **IDOC Number:** S06627                    **Race:** WHI

**Hearing Date/Time:** 5/11/2021   10:00 AM          **Living Unit:** JTC-D1-A-08          **Orientation Status:** N/A

**Incident Number:** 202100560/1 - JTC          **Status:** Continued Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 4/28/2021 | 202100560/1-JTC | KORTEN, CAMILLE L | DORM 1 | 02:45 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
Residents hearing was unable to be conducted, due to his crisis watch status.

## BASIS FOR DECISION
Adjustment Committee has continued residents hearing due to be conducted on 5/11/21 due to his current watch status.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| C O N T I N U E | --- C O N T I N U E D --- |

Basis for Discipline:

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| YANCY, ANDREA   - Chair Person | | 05/11/21 | BLK |
| COGLIANESE, JENNIFER E | | 05/11/21 | WHI |

Recommended Action Approved

## Final Comments: N/A

CATHERINE A LARRY / CAL  5/20/2021                    05/20/21
Chief Administrative Officer          Signature          Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person          7·23·21   1PM
                                        When Served  - -Date and Time

Received 09/10/2021 @ J.TC. By JE Ralston S06627

Run Date: 5/20/2021 13:45:53

D2
ßıs

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** RALSTON, JASON E          **IDOC Number:** S06627          **Race:** WHI

**Hearing Date/Time:** 6/17/2021  10:47 AM     **Living Unit:** JTC-D1-A-08     **Orientation Status:** N/A

**Incident Number:** 202100560/2 - JTC          **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 4/28/2021 | 202100560/1-JTC | KORTEN, CAMILLE L | DORM 1 | 02:45 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 206 | Intimidation Or Threats | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS

Resident Ralston, Jason (S06627) – identified by State-issued ID Card – was present for the proceeding and the IDR was read. Resident Ralston had been on varying levels of Crisis Watch since being initially placed on Crisis Watch on April 28, 2021 until today's Hearing date conducted on June 17, 2021 where Resident Ralston remained on a 30 Minute Crisis Watch; however, was approved by Mental Health to participate in his proceeding(s).

Resident Ralston, Jason (S06627) is charged with being in violation of DR.504.206 – Intimidation or Threats.

Resident Ralston pleaded not guilty to the (206) charge and added, "Isn't it true that (CTO) B. Jax is embellishing? Isn't it true that the Bible says, 'Thou shall not lie?' Initially, I called her a bitch, I'll admit. I did not reach that level of agitation with her. I told her (Dr. Korten), 'I'm going to sue you for deliberate indifference.' I yelled at B. Jax and (CTO) Bridgeforth. I put my foot down, leaned forward and yelled at her. But that's not intimidation or threats."

*Resident Ralston also provided a list of several witnesses as follows: Jason Ralston himself, CTOS Powell, QMHP Korten, Dr. Pablo Stewart, Attorney Mills UPLC and Harold Hirschner SR. Partner. These witnesses were not called due to untimely presentation. Resident Ralston was served the DOC 0317 on May 3, 2021 at which time he should have presented these witnesses.

BHT A. Mack was present for the proceeding.

## BASIS FOR DECISION

On April 28, 2021 at approximately 2:45PM in Dorm 1 A-Wing Dayroom at Joliet Treatment Center, the following occurred per the issued DOC 0317:

PsyD C. Korten's report states on the above date and approximate time, this writer was assessing Resident Ralston (S06627) for crisis placement. At one point, he leaned forward, put his foot on the ground (was cross-legged), and his eye contact intensified in an aggressive, threatening manner. Resident Ralston raised his voice and said, "I'm going to sue you, you fucking bitch for taking me off watch and putting me in that situation." As this writer exited, he said, "You bitch, I've written you up three times." Of note, he was restrained – hands behind him – during this assessment. EOR.

A DOC 0443 was generated on April 30, 2021 by QMHP C. Riles-Daniels and it is the QMHP's professional opinion that Resident Ralston's Mental Illness DID NOT contribute to the underlying behavior of the offense for which the DOC 0317 was issued. The Treatment Team recommends 0-29 Days of Restrictive Housing and Loss of Privileges such as 0-30 Days C-Grade or as determined by the Adjustment Committee.

The Adjustment Committee finds Resident Ralston, Jason (S06627) guilty of violating DR.504.206 – Intimidation or Threats based on review of the Surveillance Footage corroborating Psy D C. Korten's written report – as well as proper identification of Resident Ralston via State ID number. The Adjustment Committee recommends 7 Days Restrictive Housing and 14 Days B-Grade based on nature of offense and this being Resident Ralston's second disciplinary infraction since last June, 2020.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Disciplinary Report

**Type of Report:**
☑ Disciplinary   ☐ Investigative     Facility: Joliet Treatment Center     Date: 08/17/2021

Offender Name: Ralston, Jason     ID #: S01027     SMI: ☑ yes ☐ no     Race: White

Observation Date: 08/17/2021   Approximate Time: 2:20   ☐ a.m. ☑ p.m.   Location: Dorm 6 Clinical

**Offense(s): DR 504:** 304 - Insolence

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time, I Correctional Counselor I (Grievance officer) K. Reed received a written letter from resident Ralston, Jason S01027, Positively identified by face and state ID number. In the letter, the letter resident Ralston called this grievance officer an "ignorant head up your ass Batch!" the resident continued to state that I needed to take my "ignorant head" out of my "ignorant ass," that I am always going to be wrong and the will be right, referred to me as a "Batch," wishing hurts and that I am to "Burn in Hell." All of these statements are harassment and disrespectful. DOC 434 written. EDY

Witness(es): W. Bevier

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| K. Reed | N/A | [signature] | 8/17/2021 | 3:11 ☐ a.m. ☑ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge # _____   Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)   Date

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☑ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

[signature] 767 _____   Reviewing Officer's Signature _____   Date 8/18/21

Print Reviewing Officer's Name and Badge #

☑ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Martin [signature] _____   Hearing Investigator's Signature _____   Date 8/19/21

Print Hearing Investigator's Name and Badge #

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if offender refused to sign

Huppe _____   Offender's Signature UJJT _____   ID# _____

Serving Employee (Print Name)     Badge #     Signature

8/22/21   Date Served     101 7   Time Served     ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____   Offender's Signature _____   ID# _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

| Type of Report: | | |
|---|---|---|
| ☒ Disciplinary | ☐ Investigative | Facility: JTC    Date: 8/23/21 |

Offender Name: Ralston, Jason    ID #: 50b627    SMI ☒ yes ☐ no    Race: White

Observation Date: 8/23/21    Approximate Time: 9:55 ☒ a.m. ☐ p.m.    Location: Vocational Classroom

Offense(s): DR 504: 206 - intimidation or threats
304 - insolence

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time in Vocational classroom, this BHT was facilitating DBT Group. Resident Jason Ralston (50b627), properly identified by state ID and former knowledge, asked this BHT to make multiple photo copies for him. The resident was informed that this BHT does not make copies but would notify Law Library and Dorm Counselor. The resident turned towards this BHT and in an aggressive and disrespectful tone, stated "Starting in October, they will mandate vaccinations and if you don't start being compliant, I'm going to get you fired, you ignorant fucking bitch." This BHT stepped out of the room and informed Security. The resident got pulled for dental and proceeded to say that "I'm sick of your shit you fucking bitch." A 206 - intimidation or threats is justified by his statement of getting this BHT fired, which expressed intent

Witness(es): CTO Barnes

☒ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| A. Mace | BHT | _Amy Mace_ | 8/23/21 | 3:13 | ☐ a.m. ☒ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge #          Shift Supervisor's Signature          Date
                                  (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☒ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

Print Reviewing Officer's Name and Badge #          Reviewing Officer's Signature          Date: 8-23-21

☒ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #          Hearing Investigator's Signature          Date: 8/25/21

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign    refused to sign          ID#
_____    Offender's Signature
C Morrical                          15869          _____
Serving Employee (Print Name)          Badge #          Signature
8/25/21          845          ☐ a.m. ☐ p.m.
Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____
Offender's Signature          ID#

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT/SUMMARY**
(Continuation Page)

Page __2__ of __2__

☒ Disciplinary Report     ☐ Disciplinary Summary

Committed Person: Ralston, Jason     No. S04627

Offense Date: 8/23/21   Time: 9:55 (am)   Location: Vocational Classroom   Facility: JTC

on causing monetary harm to this BHT, for not going out this BHT's described job duties to fulfill the resident's requests. A 304-insolence is justified by the resident's repetitive disrespectful remarks in the classroom and in the hallway. Zone Lieutenant and Unit Director were notified. EOR.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

**Type of Report:**
☒ Disciplinary  ☐ Investigative    Facility: JTC    Date: 8/23/2021

Offender Name: Ralston, Jason    ID#: S06l627    SMK ☒ yes ☐ no    Race: White

Observation Date: 8/23/2021    Approximate Time: 1:00  ☐ a.m. ☒ p.m.    Location: Dorm 16 Clinical

**Offense(s): DR 504:** 304 - Insolence

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time, I Correctional Counselor I/Grievance Officer K. Reed a manilla envelope from resident Ralston, Jason S06l627 (properly identified by face and state ID number through Offender 360) within the letter, resident Ralston S06l627 referred to this Grievance Officer as an "incompetant, stupid, head up your ass, grievance officer" and "ignorant Bitch." Resident Ralston S06l627 stated "come talk to me and recieved your God damn, no legal merit, ignorant head up your ass disciplinary report" "I have no patience for tolerance for incompetant, stupid, head up your ass grievance officers" "You better get used to being cussed out by me because I hate all fucked up Grievance Officers you ignorant Bitch." These statements are very disrespectful and harrassing EOR

**Witness(es):** M. Berkner

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| K. Reed  CCI | N/A | [signature] | 8/23/2021 | 304 |
| --- | --- | --- | --- | --- |
| **Reporting Employee (Print Name)** | **Badge #** | **Signature** | **Date** | **Time** ☐ a.m. ☒ p.m. |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

| | | |
| --- | --- | --- |
| **Printed Name and Badge #** | **Shift Supervisor's Signature** (For Transition Centers, Chief Administrative Officer) | **Date** |

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☒ **Minor Infraction,** submitted to Program Unit

| Brown 161 | [signature] | 8-23-21 |
| --- | --- | --- |
| **Print Reviewing Officer's Name and Badge #** | **Reviewing Officer's Signature** | **Date** |

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

| | | |
| --- | --- | --- |
| **Print Hearing Investigator's Name and Badge #** | **Hearing Investigator's Signature** | **Date** |

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign    refused to sign
_Offender's Signature_ _____  ID# _____

| C. Madison | 15067 | CM |
| --- | --- | --- |
| **Serving Employee (Print Name)** | **Badge #** | **Signature** |

Date Served 8/23/21    Time Served 2:41  ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

MOTION filed by ;

Jason E. Ralston S-06627

STATE OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

**Filer:** Jason E Ralston, S06627
JOLIET TREATMENT CENTER
2848 West McDonough Street
Joliet, IL 60436

09/25/2021

J.E. Ralston

PhD. Ag. Economics

NOW COMES CLASS MEMBER, JASON E. Ralston,
S06627, AND I wish to file this Report
From J.T.C. - Joliet, IL. (JER S06627)

The new Law Librarian, Mrs. Woodses,
messed up my forms. But I
will be getting my new typewriter
soon per my counselor, Terry.

A.W.O. - Mandi Norris is just
awaitas Further Instructions
from our top Dist. court
official / chief Monitor & Enforcer
Dr. Pablo Stewart. tell her to

FILED ☐ cc:

do a memo, 1 to me, 1 to my
counselor, 1 to personal property, &
1 to the mail room.

thank you!

Pablo.

JER S06627

Legal Pad **63108**
Bloc-notes légal/Bloc tamaño oficio

07-cv-1298-mmm, Dashio

This is a grievance I
recently filed here @
JTC about my cataract
surgery and the cataract
surgery I still need
in my left eye.

I previously wrote

Harris C. Worthington &
Summer Rees @
Dentons US, LLP. to
see this, thus I am
filing it. My vision
is still not the good,
But it is markedly better
now - Right eye done on 08/12/2021
@ UIC.  Dashio  Free 506627

9/25/2021

Dashio
Ralston, J
506627

1st Lvl rec

| Date: 09/20/2021 | Offender (please print): PAXTON, JASON, EDWARD | ID #: S06627 | Race (optional): GERMAN/HISPANIC |

Present Facility: JOLIET TREATMENT CENTER - Joliet, IL
Facility where grievance issue occurred: J.T.C. - JOLIET, IL

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [X] Other (specify): WEXFORD HEALTH SOURCES, INC.
- [ ] Disciplinary Report

DELIBERATE INDIFFERENCE 101

Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

PER 20 IAC CHAPTER I, SUBCHAPTER e, SECTION 504.830 I REQUIRE that
OUR NEW JTC GRIEVANCE OFFICER, i CCI K. REED, CLINICAL SERVICES
IN JTC-QUAM I POR # 6, conduct HER REQUIRED INTERVIEW W/
ME OVER MY VERY SERIOUS ISSUES IN this GRIEVANCE ASAP!
LIKEWISE, PER IDOC AD 04.01.114 I REQUIRE that MY ASSIGNED
A.R.B. GRIEVANCE Representative consult his REQUIRED HEARING w/
ME OVER MY VERY SERIOUS ISSUES OF medical Deliberate Indifference
DISCUSSED IN this GRIEVANCE, ASAP!

[X] Continued on reverse

**Relief Requested:**

Due to my ISSUES IN this GRIEVANCE, AND the FACT I SAW Dr. Timothy J.
FAMY, O.D. sitting late #1900 optometry LAB At 10:00 Am this morning, TDLo
I REQUIRE that I AT immediately scheduled to SEE to him FOR A follow-
up like ON 09/27/2021 AND that my LEFT eye cataract Extraction
surgery BE scheduled At UIC ASAP due to the poor vision I HAVE

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dr. Jason E. Paxton     S06627     09/20/2021
Offender's Signature          ID#          Date

Ph.D. AGRICULTURE ECON     (Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature          Date

*(handwritten in right margin:)* 9/25/2021 Rushed Paxton, J S06627

Assigned Grievance #/Institution: _____     Housing Unit: **D2**   Bed #: **B-15**

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

*9/25/2021*

*Rashid*

*Rashton 1*

*306621*

On 09/04/2021 I went on a MEDICAL WRIT to UIC's -GENERAL EYE CLINIC to see my EYE -OPTHAMOLOGIST- DR. AARON KAUFMAN, M.D. - OPTHAMOLOGY. HERE IS what WEXFORD told him to do - BIRTINS/CREATE ME BACK for a follow-up in 3 months or on ABOUT DECEMBER 09 2021. ALSO, DR. KAUFMAN WROTE ME a PRESCRIPTIONS FOR EYE - DROPS FOR MY DIAGNOSED DRY EYES CONDITION. One of THOSE was called ARTIFICAL TEARS. I am not SURE WHAT the OTHER ONE WAS. I've never gotten THOSE Doctor ORDERED EYE DROPS AND per the nurse THIS MORNING in HEALTH CARE they HAVE NOT EVEN BEEN ORDERED. THIS IS DELIBERATE INDIFFERENCE, AN 8TH Amendment VIOLATION OF MY CONSTITUTIONAL RIGHTS.

MOREOVER, HERE IS THE BIGGER PROBLEM: I HAD CATARACT EXTRACTION SURGERY on my RIGHT EYE on 08/11/2021 AND WE HAVE HAD SOME VERY SERIOUS COMPLICATIONS. To Wit: I NOT only HAVE A VERY BAD 2ND DRY CATARACT -WHICH IS PART OF THE original CATARACT which the SURGEON MISSED- THIS IS COMMON WITH grade 4 + CATARACTS LIKE MY RIGHT EYE WAS) (PER DR. A. KAUFMAN 09/04/2021) BUT ALSO MY VISION IS only CORRECTIBLE to 20/40. THIS OBVIOUSLY CREATES VERY SERIOUS DELIBERATE INDIFFERENCE AND LIABILITY ISSUES FOR IDOC AND WEXFORD HEALTH SOURCES, INC. BECAUSE THEY LET MY CATARACT get WAY too DAMN BAD BEFORE TAKING DUE ACTION WHICH THEY KNEW THE WHOLE TIME THEY NEEDED TO TAKE. THIS MADE UIC'S -GENERAL EYE CLINIC JOB ALMOST IMPOSSIBLE to ACCURATELY DETERMINE THE CORRECT LENS I NEEDED to PROPERLY CORRECT MY VISION in BOTH OF MY EYES. CURRENTLY, MY VISION IS VERY POOR, BUT MARKEDLY IMPROVED. I HAVE A LOT OF INTERFERENCE FROM THIS 2ND-DRY CATARACT on my RIGHT EYE WHICH REQUIRES A COMPLEX LAZER PROCEDURE TO CLEAN-UP, AND I'M ALSO getting A LOT OF INTERFERENCE FROM THE GRADE 5+ TOS CATARACT IN MY LEFT EYE. THE GRADE 5+ TOS LEFT EYE ★ THE 2ND-DRY CATARACT ARE CAUSING A LOT OF DOUBLE VISION AND REFLECTIONS AND I CANNOT SEE CLEARLY AT ALL.

To close, I HAVE SUBMITTED OVER 20 WRITTEN REQUESTS SINCE 08/04/2021 IN OUR DORM #2 SICK -CALL BOX to OUR Facility H.C.U. ADMINISTRATOR RN ENGLISH + DR. TIMOTHY J. FAHY, OD. FOR A FOLLOW-UP VISION CHECK AND to DISCUSS SCHEDULING MY LEFT EYE FOR CATARACT EXTRACTION SURGERY AT UIC's GENERAL EYE CLINIC, AS SOON AS POSSIBLE ORIGINALLY ALL 3 OF THE FOLLOWING: RN ENGLISH, DR. TIMOTHY J. FAHY, OD.- JTC-OPTOMETRIST, AND DR. AARON KAUFMAN, M.D. -OPTHAMOLOGY ALL ALLUDED ME THAT MY LEFT EYE CATARACT SURGERY WOULD BE SCHEDULED ABOUT 1 MONTH AFTER MY RIGHT EYE! WAS DONE. THIS HAS TURNED OUT TO BE 3 -TOTAL PIECES OF SHIT, LYING, BECAUSE HERE WE ARE AT ABOUT 6 WEEKS POST OP ON MY RIGHT EYE AND NOTHING IS BEING DONE ABOUT MY LEFT EYE. ALREADY IDOC AND WEXFORD HAVE ACTED with EXTREMELY BAD DELIBERATE INDIFFERENCE AND DELAYING THE SURGERY IN MY LEFT EYE EVEN FURTHER IS JUST GOING BEYOND THE LIMITS OF REASONABLE. DR. AARON KAUFMAN M.D. -OPTHAMOLOGY TOLD ME THAT IDOC + WEXFORD HAD'S SCHEDULED MY LEFT EYES CATARACT EXTRACTION SURGERY FOR THURSDAY, DECEMBER 16, 2021 AND THAT IS THE SAME DAY I HAVE A TRIAL SCHEDULED TO BEGIN AGAINST WEXFORD ON CASE NO. 2016-CV-01290-HAB. RASHTON V. BUTTERWORTH AND CABRANA, ET. AL. WEXFORD IS

Distribution: Master File; Offender     DOC 0046 (Rev. 07/2020)

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** RALSTON, JASON E | **IDOC Number:** S06627 | **Race:** WHI |
| **Hearing Date/Time:** 3/7/2016  11:19 AM | **Living Unit:** PON-SM-02-25 | **Orientation Status:** N/A |
| **Incident Number:** 201600631/1 - PON | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/15/2016 | 201600631/1-PON | DAIKER, CHAD A | SOUTH MENTAL HEALTH UNIT | 12:45 PM |
| 2/15/2016 | 201600631/2-PON | KRAM, RYAN A | SOUTH MENTAL HEALTH UNIT | 12:45 PM |
| 2/15/2016 | 201600631/3-PON | SCROGUM, DALE E | SOUTH MENTAL HEALTH UNIT | 12:45 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102 | Assaulting Any Person - Staff <br> *Comments: KICKED LT AND GRABBED GROIN & SQUEEZED,* | Guilty |
| 108 | Sexual Assault - Staff <br> *Comments: GRABBED GROIN AREA AND SQUEEZED* | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

### RECORD OF PROCEEDINGS
*3 TICKETS COMBINED.

REPORT READ. OFFENDER PLEADS NOT GUILTY. "THESE TICKETS ARE NOT TRUE. I DID NOT WANT TO LEAVE THE HEARING. I DID KICK THE LIEUTENANT OUT OF FRUSTRATION BECAUSE HE WAS THE CLOSEST PERSON TO ME. I DID NOT INTENTIONALLY GRAB HIS GROIN".

### BASIS FOR DECISION
BASED ON THE OBSERVATION OF THE REPORTING EMPLOYEES, WHILE CONDUCTING AN ADJUSTMENT COMMITTEE HEARING WITH OFFENDER RALSTON, RALSTON WAS SHOUTING AND WOULD NOT SIT DOWN. RALSTON STOOD UP TO BE ESCORTED BY REPORTING LIEUTENANT SCROGUM AND REPORTING OFFICER DAIKER WHEN RALSTON KICKED LIEUTENANT SCROGUM IN THE RIGHT THIGH. RALSTON WAS PLACED ON THE GROUND AND LEG IRONS WERE APPLIED AND RALSTON GRABBED OFFICER DAIKER IN THE GROIN AREA AND SQUEEZED.

THE POSITIVE IDENTIFICATION OF THE OFFENDER BY STATE ID AND GALLERY CHART;

ATTACHED DC 434 INCIDENT REPORTS SUBSTANTIATING THE INCIDENT;

PER MENTAL HEALTH, OFFENDER'S MENTAL ILLNESS DID CONTRIBUTE TO THE UNDERLYING BEHAVIOR OF THE OFFENSE FOR WHICH THE DOC 0317 WAS ISSUED. PROPOSED TERM OF 6 MONTHS SEGREGATION RECOMMENDED. DOC 0443 FORM ATTACHED TO DISCIPLINARY REPORT IN OFFENDER'S MASTER FILE;

THE COMMITTEE IS SATISFIED THE VIOLATIONS OCCURRED AS REPORTED.

### DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL RECEIVED |
|---|---|
| 1 Year CGrade | 1 Year CGrade |
| 3 Months Segregation | 3 Months Segregation    MAR 3 1 2016 |
| 6 Months Commissary Restriction | 6 Months Commissary Restriction   Pontiac Correctional Center |
| 3 Months Yard Restriction | 3 Months Yard Restriction   Record Office |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |
| **Basis for Discipline:** NATURE OF OFFENSE | |

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** RALSTON, JASON E      **IDOC Number:** S06627      **Race:** WHI

**Hearing Date/Time:** 3/7/2016  11:19 AM      **Living Unit:** PON-SM-02-25      **Orientation Status:** N/A

**Incident Number:** 201600631/1 - PON      **Status:** Final

### Signatures
#### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| BROWN, CHAD M  - Chair Person | | 03/07/16 | WHI |
| SALINAS, ABERARDO A | | 03/07/16 | HSP |
| THOMAS, BROOK | | 03/07/16 | WHI |
| | | Date | Race |

Recommended Action Approved

### Final Comments: N/A

GUY D PIERCE / GDP  3/24/2016            03/24/16

**Chief Administrative Officer**      Signature      Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person      3-30-16    1200

When Served  - - Date and Time

MEDICAL PERMIT
Joliet Treatment Center

Ralston, Jason        S06627

PRINT Resident's Name              ID Number              Dorm. Room Number

☒ New Order      ☐ Renewal        ☐ Change        ☐ Cancel

Type of Permit

Date: 8-4-2021                    Expiration Date: 1-15-2022

Duration:
☐ Low Bunk                        ☐ Cane

☐ Low Gallery                     ☐ C-Pap Machine

☐ Slow Walk Pass                  ☐ Ambulate – See permit

☐ Special Housing –               ☐ Hearing Aid
   Single Cell

☒ Medical Lay In – WITH Meals     ☐ Shoes/Inserts
                                     Size.

☐ Medical Lay In – WITHOUT Meals  ☐ Elastic Sleeve Brace

☐ Wheelchair for Travel           ☐ Ice – See permit
   (HCU, Visits, Writs)

☐ NO Blackbox                     ☐ Shower – See permit

☐ Handicapped – ADA - Reason      ☐ TED Hose

☐ Medically Unassigned –          ☐ Security Belt (A.) Cuff)
   No Yard                        ☐ (Approved)

☐ Medically Unassigned – Exercise  Miscellaneous
   encouraged

☐ Exercise – See permit           Miscellaneous

MD Note Lay in Tray for All meals

George Pittklers

Resident You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.

DC 1327

**RESTORATION OF GOOD CONDUCT CREDITS WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW**

NAME JasonRalston   NUMBER S06627   DATE 9/21/21

(STEP 1)

Yr.  Mo.  Day

2months   (Good Conduct Credits Restored To Sentence By Director On 9/15

(STEP 2)  (MITTIMUS NUMBER  07CF107 )
                                            07CF108

PROJECTED OUT DATE

|  | Yr. | Mo. | Day |  |
|---|---|---|---|---|
|  | 07 | 6 | 1 | (Custody Date) |
| + | 20 | 4 | 24 | (Sentence Less G.C.C.) |
|  | 27 | 11 | 5 | (Projected Out Date or PRB Projected Out Date) |
| + or - |  | 3 |  | (Previous Time - Lost/Awarded) |
| = | 28 | 2 | 5 | (Projected Out Date) |
| - |  | 2 |  | (Present Restoration) |
|  | 27 | 12 | 5 | (Adjusted Projected Out Date) |

Adj. Proj. Out Date  12-5-27      Terminal Operator _____
Calculated By  RU      Date Entered _____

DC 1327 (Rev. 10/96)
IL428-00527

## J O L I E T   T R E A T M E N T   C E N T E R ·

<u>Prepared for: Community Therapeutic Program at Joliet Treatment Center</u>

### CAN YOU SUMMARIZE THE MEANING OF LIFE IN ONE WORD?

BY

### JASON E. RALSTON

The answer is community: **Greek philosophy** says life is all about community....
The Greeks of old say life is all about knowing the difference between right and
wrong, good and bad, everyone working together, getting along, helping each other
out, and following the laws.

Similarely, **Chinese philosophy** says it takes a community to raise a child. Since
we all start out as children we learn as children that our community supports us
and helps us through life.

Likewise, the Bible's two greatest commandments are no. 1, Do unto others as you
would have them do unto you, and no. 2, love thy neighbor as thy self. In short,
the Bible agrees life is all about community.

In sum, life is all about community, knowing and always doing what is right and
good, getting along with everyone around you, helping out your friends and foes
sometimes, and always following the law.
Community is also defined as a body of people living in the same place under the
same laws.

---------------------

April, 2019

FOR  J.T.C.

# PHILOSOPHY 410 &
## U.S. DEPT. OF JUSTICE FACTS

- CAN YOU SUMMARIZE THE MEANING OF LIFE IN ONE WORD ?

THE ANSWER IS community. GREEK PHILOSOPHY SAYS LIFE IS ALL ABOUT COMMUNITY. THAT IS, THE GREEKS OF OLD SAY LIFE IS ABOUT KNOWING THE DIFFERENCE BETWEEN RIGHT AND WRONG, GOOD AND BAD, EVERYONE WORKING together, getting ALONG, helping EACH other out, AND FOLLOWING THE LAWS.

Likewise, CHINESE PHILOSOPHY SAYS it takes A COMMUNITY to RAISE A child. SINCE WE ALL start out AS CHILDREN WE LEARN AS CHILDREN THAT OUR community supports us AND keeps us through LIFE.

SIMILARLY, THE BIBLE's two GREATEST commandments ARE #1 DO unto to others AS you would

(1)

have them do unto you AND # 2
Love thy NEIGHBOR AS thy self.
IN SHORT, the Bible Argues LIFE IS
All About community.

IN summary, LIFE IS All About
community, knowing And ACways
doing what is right And Good
Getting ALONG with EVERYONE AROUND
you, helping out your friends
And foes sometimes, And ACways
following the LAWS.

Following ARE SOME INTERESTING FACK
REPORTED By the C.S. DEPARTMENT
Of Justice IN WASHINGTON, DC

It has BEEN REPORTED IN ARTICLES
PUBLISHED By the Southern Proverty
LAW CENTER, IN Montgomery,
ALABAMA AND IN THE PRISON LEGAL
NEWS with H'S HEADQUATERS IN FLORIDA
THE RESULTS OF the C.S. DEPARTMENT
OF Justice's FINDINGS OF their
INVESTIGATIONS of the Illinois

②

DEPARTMENT OF CORRECTIONS. Following
is a summary of what the U.S.
DEPARTMENT of Justice has determined.

I.D.O.C.'s DISCIPLINARY PRACTICES,
ADJUSTMENT committee PRACTICES, AND
GRIEVANCE PRACTICES ARE CORRUPT
BEYOND BELIEF.

To wit: the U.S.-D.O.J. HAS
DETERMINED that over 95% OF
ALL IDOC DISCIPLINARY REPORTS that
get WRITTEN, PROCESSED, AND APPROVED
HAVE ABSOLUTELY NO legal merit
AND ARE SOME COMBINATION OF
BEING completely FALSE OR
completely UN-JUSTIFIED. That
means that MORE that 19 out
OF 20 DISCIPLINARY tickets IN
IDOC, hAVE NO legal merit, AND
ARE completely FALSE AND/OR UNJUSTIFIED.

HOWEVER, HERE IS the IRONY,
I.O.O.C'S numBERS ARE REVERSED.
That is, I.D.O.C FINDS INMATES

③

guilty of Alleged Rules violations
over 95% of the time, when
IDOC. Adjustment committees should
be finding people Guilty less
than 5% of the time of prison
Rules violations.

As I've stated IDOC's numbers are
Reversed from were government
Investigations reveal they should
be. Inotherwords, IDOC. should
be finding Inmates Not guilty
A little over 95% of the time
and IDOC should be finding
Inmates guilty less than 5%
of the time of IDOC prison
Rules violations.

Moving on, If you think that is
Interesting, the D.O.J.'s Reports go
on to say No IDOC. security
Staff or Administrative staff
member can be put on the
witness stand in a Federal
court Room, Because they all

(4)

it so much. In short I.D.O.C. staff members have absolutely no credibility in a federal court room at all.

By that token, the U.S-D.O.J. puts more credibility on believes what an IDOC. inmate says over what any IDOC. security staff or administrative staff member says with odds greater than 10 to 1, in accordance with the U.S Department of Justice and their investigations.

To conclude, I would like to add that not a single disciplinary report written on me in the approximately 18 years which I have been in the Illinois Department of Corrections has ever had any legal merit and has been either completely false and/or completely unjustified.

(5)

Furthermore, I can not tolerate Lying, corruption, staff who make misleading statements, and staff who embellish the truth.

On that note, I have seen more of these 4 things in the last 5 years than I did in my first 17 years in IDOC.

By that token, this facility Joliet Treatment Center, Pontiac Correctional Center and Dixon Correctional Center are the 3 most corrupt facilities I have ever seen with regards to Disciplinary, adjustment committee, and grievance practices.

Dated 08/03/2019
Joliet Treatment Center
2848 W. McDonough Street
Joliet, IL 60436-1050

ph. (815)-730-4400

Respectfully Submitted,

Jason E. Paxton
Jason E. Paxton S06692
PhD. Agriculture Economics
U of I Urbana, IL

⑥

# Offender Optometric Examination

_____ Dixon _____ Center

☐ Baseline  ☐ Annual

Date: 5/26/15  ☐ a.m.  ☐ p.m.

**Offender Information:**

Ralston _____ Jason _____ MI ____  ID#: 506627
Last Name       First Name

Chief Complaint: _____ TIRED w/ READING _____ (44)

| HPI: | | Ocular History: |
|---|---|---|
| Location: _____ | | ☐ Cataracts: _____ |
| Duration: _____ | | ☐ Glaucoma: _____ |
| Onset: _____ | | ☐ Disease: _____ |
| Severity: _____ | | ☐ Trauma/Surgery: _____ |
| Timing: _____ | | ☐ Strabismus: _____ |
| Modifiers: _____ | | ☐ Amblyopia: _____ |

| Medical History: | ☐ NIDDM | ☐ IDDM | ☐ Hypertension | ☐ Other: _____ |
|---|---|---|---|---|
| Visual Acuity: | Uncorrected Distance: | ☐ OD 20/ | ☐ OS 20/ | ☐ OU 20/ |
| | Uncorrected Near: | ☐ OD 20/ | ☐ OS 20/ | ☐ OU 20/ |

| Habitual Rx: | OD -1.75 -1.50 x 95 +1.00 | 20/ 70+ | Type: ☐ SV ☐ Bifocal | Date: / / |
|---|---|---|---|---|
| | OS -3.60 -1.00 x 80 | 20/ 60 | | |
| Refraction: | OD -1.50 -1.00 x 96 ⑨ | 20/ | Type: ☐ SV ☐ Bifocal | Date: / / |
| (Add) | OS -2.50 -.75 x 93 ⑨ | 20/ | | |
| | OD _____ | 20/ | Type: ☐ SV ☐ Bifocal | Date: / / |
| | OS _____ | 20/ | | |

| Pupils: | ☑ Round | ☑ Equal | ☑ Responds to Light/Accommodation | ☐ APD |
|---|---|---|---|---|
| Motilities: | ☐ Full | ☐ Abnormal | Confrontational Fields: ☐ Full ☐ Abnormal | |
| Tonometry: | ☐ Applanation | ☐ Tonopen | ☐ NCT  OD _____  OS _____  Time: _____ | |

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | ✓ | |
| Exo | | | Conjuctiva | ✓ | |
| Tropia | | | Iris/Ant. Chamber | ✓ | |
| Phoria | | | Lens | ✓ | |
| Ortho | | | Lids/Lashes | ✓ | |

MEDS: LOPID/LOPRESS ✗ ANTAC LITH/GEO/EFFXD/ATIV

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | ✓ | | | | ☑ Direct |
| Vessels | ✓ | | | | ☐ BIO |
| Macula | ✓ | | a. | a. | ☐ 78D |
| Periphery | ✓ | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other: _____ |

Cup to disc:  OD 3  OS 3  Cup Depth: ☐ Deep  ☐ Moderate  ☐ Shallow  ☐ PE 2.5% Trop 1%

**Assessment/Plan:**
1. CMA/PMES (BYUP) ?
2. _____
3. _____
4. _____
5. BIF Rx ↓

**Medications Ordered:** _____

**Eyeglasses Ordered:** Frame: TRUE  Size: 52  Color: BR.

Rx: OD -1.25 -1.75 x 98 20 Add: +1.50  Seg Height: 15
OS -3.00 -.50 x 70 20 ☐ SV ☑ FT28 ☐ Reading Only  PD 63/60

DAVID T. HICKSON
Print Doctor's Name          Doctor's Signature

Follow-Up: _____ Date

08/19/2021

JASON E. RALSTON
S-06627
Joliet Treatment Center
2848 W. McDonough St.
Joliet, IL. 60436

U.I.C. - GENERAL EYE CLINIC
ATTN: DR. AARON KAUFMAN, M.D. OPTHALMOLOGY
1855 WEST TAYLOR STREET, Room 140
CHICAGO, IL 60607

DEAR DR. A. KAUFMAN, M.D. - OPTHALMOLOGY:

I SAW you today At the UIC - Eye
CLINIC 8 DAys After the surgery on
my Right EYE. I KNOW FRom talking
to AND seeing oue optomitrist, DR.
Timothy J. FAHY O.D., on 8/16/2021 that
the cloudy material I can Now SEE
floAting around the center of my
IRIS on the BAck side of my New
I.O.L. LENS is fluid you DID Not get
completely sucsioned out DURING my
CATARACT EXtRACtion surgery. I
Know It must BE, As A Doctor, REAlly
hard to ADmit that you sometimes
make mistakes. THE LASER proceduce
can pretty well take care of that
And we can hopefully get that
DONE on my NEXT out-patient
VISIT on About 09/09/2021.

I am not too concerned about this.

Also it seems you were trying to lie to me about how the staff there at Clte's Eye Clinic did not exactly get the current lens power for me to achieve 100% 20/20 vision. However, according to our optometrist Dr. T.J. Fanny, bi-focals w/ lits reading glass lens should be able to correct for this. I know full well my goal was to achieve 20/20 distant vision with no eye glasses and only have to have reading glasses for near vision. So again, you'all screwed up. I don't blame you'all — I believe I will sue Wexford and IDOC for letting my cataracts get so damn bad that it's causing you'all these complications.

To close, please review the enclosed materials I am sending you and I also expect you forward a copy of my UIC opthalmology records to my attorney Harold C. Hershman at the following address:

②

DENTONS U.S, L.L.P.
HAROLD C. HIRSHMAN - SENIOR COUNSEL
233 SOUTH WACKER DRIVE, SUITE 5900
CHICAGO, IL 60606

PEACE BE WITH YOU, AARON, AND SEE
YOU IN A COUPLE OF WEEKS OR SO BY
THE TIME THIS ALL GETS TO YOU.

SINCERELY,

Jason E. Ralston

JASON E. RALSTON
PhD. AGRICULTURE ECONOMICS
U OF I URBANA, IL 61802

CC: HAROLD C. HIRSHMAN @ DENTONS - CHICAGO, IL

(3)

03/21/2021

DR. JASON EDWARD RALSTON S066627
JOLIET TREATMENT CENTER 2 B15
2848 WEST McDONOUGH STREET
JOLIET, IL 60436-1050

UIC - GENERAL EYE CLINIC
1855 WEST TAYLOR STREET / Rm. 146
CHICAGO, IL 60612

DEAR UIC - EYE CLINIC:

I AM A RESIDENT (INMATE) AT

JOLIET TREATMENT CENTER (PH#

815-730-4400) AND I HAVE

REALLY BAD CATARACTS AND

WILL BE COMING TO SEE

YOU SOON WITH-IN THE NEXT

MONTH OR TWO,

ENCLOSED, IS A COPY

of my IDOC optometry RECORDS AND some other INFORMATION. I HAVE BEN there to see you BEFORE IN 2018 + 2019 FOR the NOW GRADE 4 PSC CATARACT in my LEFT EYE. CurRENTly I have A GRADE 2+ CATARACT in my RIGHT EYE AND I want your help to ASSURE that I get CATARACT EXTRACTION SURGERY DONE to correct my VISION

Ⓠ

IN BoTh of my EYES,
AS SOON AS possible.
PREVIOUSLY, I saw DR.
GRACE DUNBAR AND I DON'T
KNOW IF SHE WILL STILL
BE THERE BECAUSE SHE MAY
HAVE COMPLETED hER RESIDENCY
BY NOW.
Anyway, I KNOW you
ARE ALL REALLY gOOD DOCTORS
OF you DISCIPLINE.
MY CATARACTS HAVE BEEN
CAUSED BY VERY SEVERE

(3)

EYE TRAUMA INFLICTED ON
ME BY PRISON GUARDS
EMPLOYED BY THE ILLINOIS
DEPARTMENT OF CORRECTIONS
AT BOTH DIXON CORRECTIONAL
CENTER AND PONTIAC CORRECTIONAL
CENTER ON 8-12-2015 AND
02-15-2016. I AM CURRENTLY
49 YEARS OLD AND I TURN
50 IN 8 DAYS ON 03/29/2021.
ON THAT NOTE, MY VISION
HAS PRETTY MUCH BEEN
TOTALLY SCREWED UP EVER

④

Since Correctional Official
JEFFEREYS STEFFES At Dixon
C.C. SLAMMED my FACE into
the concrete floor on 8 times in Box
148 At DIXON ON 08-12-2015,
Both of my EYES swelled
completely shut FOR
About 3 weeks Ans I
had BADly BLuRRed vision
For over A year After
that.
    Then Again About 6
months Later I had

⑤

Lieutenant Dale E. Scrogum
at Pontiac CC punch me in
the face about 25 times
pretty damn hard to
where Both of my eyes
swellas shut again for
2 or 3 weeks.
    Mouing on I know
From material I've Read
that I have no other
Risk Factors For cataract
as I am not Diabetic,
I have never smoked and

(6)

have no tolerance for
smoking at all, plus
I have no history of
excessive alcohol use,
therefore, I should not
have cataracts at such a
early age of 47 - 49
years old. The only
thing I have are these
2 extreme examples of
severe eye trauma.
I would like you
to send out copies of my

(9)

U.I.C. — Eye Clinic — Records to myself, the Federal court in Urbana, IL for my currently pending law suit on Excessive Force Against Pontiac CC, And to the Rockford, IL Federal court on my currently pending law suit on Excessive Force Against Dixon CC.

Could you please have Authorization to

(8)

RELEASE my U.I.C. —EYE
CLINIC RECORDS FOR the
following 3 ADDRESSES, plus
I would ALSO Like you to
SEND EACH OF US A prior
quote ON Exactly WHAT my
SURGERIES will COST, Because
I AM WORKing with my
2 FEDERAL JUDGES ON these
CASES to get the State
to foot ALL my Cataract
SURGERY Bills SINCE IDOC
caused me to have these

(9)

CATARACTS:

DR. JASON E. RALSTON S06627
PhD. AGRICULTURE ECONOMICS
JOLIET TREATMENT CENTER
2848 WEST McDONOUGH STREET
JOLIET, IL 60436-1050

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION
ATTN: JUDGE COLIN STERLING BRUCE
201 SOUTH VINE STREET
URBANA, IL 61802

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION
ATTN: JUDGE IAIN JOHNSTON
327 SOUTH CHURCH STREET
ROCKFORD, IL 61101

*HAVE these RELEASE FORMS READY FOR
me to (10) SIGN

I would Like you to write some kind of Experts statement that you have Examined my Eyes and made a Determination that I have no other Risk Factor other than these 2 Extreme Examples of Severe Eye trauma and you Believe that is Exactly what caused me to Create these Bad Cataracts at such a young Age.

To close, I will talk to you more About All this when I see you coming up pretty Soon.

Sincerely,

Jason E. Ralston

JASON E. Ralston
Ph.D. Agriculture Economics
U of I URBANA, IL

(11)