### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ASHOOR RASHO, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-CV-1298-MMM-JEH |
| ) | |
| v. ) | Judge Michael M. Mihm |
| ) | |
| ROB JEFFREYS, et al., ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED ORDER EXTENDING
### COURT JURISDICTION OVER SETTLEMENT AGREEMENT

On January 13, 2022, Plaintiffs filed a motion asking the Court to extend its jurisdiction to enforce certain terms of the parties' Corrected Second Amended Settlement Agreement or schedule a hearing to determine Defendants' substantial compliance with those terms. ECF 3484; *see also* ECF 3266, 3263, and ECF 3263-2.

Defendants do not oppose a three-month extension of the Court's jurisdiction pursuant to § XXIX(e) of the Settlement Agreement, up to and including July 22, 2022, over the settlement terms listed in the attached Exhibit 1, without prejudice to their right at any time to seek to terminate the Court's jurisdiction or seek other relief.

Plaintiffs are amenable to a three-month extension with the understanding that their requested hearing on Defendants' compliance will be rescheduled and held prior to July 22, 2022, without need for further motion.

Having been fully advised, the Court ORDERS as follows:

1.  Pursuant to § XXIX(e) of the Settlement Agreement, the Court will continue to maintain its jurisdiction over the sections of the Settlement Agreement listed in Exhibit 1 until July 22, 2022, unless otherwise ordered by the Court.

2.	The Court finds the Defendants are in substantial compliance with Section XII(c)(iv) of the Settlement Agreement and terminates its jurisdiction over that subsection.

3.	A hearing on Plaintiffs' motion to extend, ECF No. 3484, will be scheduled before July 22, 2022 at a time convenient to the parties and the Court.

4.	The Court recognizes and acknowledges that Plaintiffs have reserved any rights they may have to seek further extension of the Court's jurisdiction, and Defendants have reserved any rights they may have to move to terminate the Court's jurisdiction or seek other relief.

Entered: February 11, 2022

> /s/ Michael M. Mihm
> Michael M. Mihm
> United States District Judge