# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 12, 2022

Before

**DIANE S. SYKES**, *Chief Judge*
**KENNETH F. RIPPLE**, *Circuit Judge*
**MICHAEL S. KANNE**, *Circuit Judge*

```
ASHOOR RASHO, et al.,                ] Appeals from the United
      Plaintiffs-Appellees,          ] States District Court for
                                     ] the Central District of
Nos. 19-1145, 19-1375 & 19-1978 v.   ] Illinois.
                                     ]
ROB JEFFREYS, Director               ] No. 1:07-cv-01298
of the Illinois Department of        ]
Corrections, and                     ] Michael M. Mihm,
MELVIN HINTON, Acting Statewide      ]      Judge.
Mental Health Supervisor of          ]
the Illinois Department of           ]
Corrections,                         ]
      Defendants-Appellants.         ]
```

The District Court's order is **REVERSED**, and the permanent injunction is **VACATED** in its entirety. No costs are awarded.

The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**    (form ID: **132**)

*CERTIFIED COPY — A True Copy, Teste: Deputy Clerk of the United States Court of Appeals for the Seventh Circuit*