June 27, 2022



FILED

JUL -1 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The Honorable Michael M. Mihm
U.S. District Court
Central District of Illinois
305 U.S. Courthouse
100 N.E. Monroe St.
Peoria, IL  61602

RE: <u>Rasho</u> v Jeffreys

Dear Judge Mihm:

    I am writing regarding the Rasho settlement and the Illinois Department of Corrections (IDOC) and Dixon Correctional Center's (DCC) refusal to honor the agreed upon terms. While DCC violates many of the terms, I am writing specifically about their refusal to allow Individuals in Custody to meet with a QMHP (Qualified Mental Health Professional) with any degree of privacy, and their refusal to allow our QMHP to have input into the cell assignments of those of us classified as Serious Mentally Ill (SMI).  Their refusal to honor these terms has placed my life in peril on more than one occasion.

    I suffer from Rape Trauma Syndrome (RTS) which is a form of PTSD, as a result of being sexually assaulted in childhood and in prison long before PREA.  If I am placed in a cell with certain types of individuals and the door is locked, I panic, have flashbacks and go into survival mode.  That typically causes me to harm myself.  This has happened on more than one occasion and caused me to come perilously close to terminally injuring myself. It is all well documented.  The administration and placement officer are aware of my special housing needs.  When I address this issue with my QMHP, I am told they do not have any input into cell placements yet, per Rasho, mental health is supposed to approve all cell placements for those classified as SMI.  Even in prisons that do honor this, a staff member is assigned that task, who is usually unfamiliar with us, when it should our QMHP who is familiar with our special needs.

    Two years ago this happened to me again after several discussions with the placement officer about my needs.  I was found unresponsive in my cell and had to be transported to an outside hospital where I was unconscious for two days and hospitalized for nearly a month.  I overdosed, aspirated and had to have a PEG tube inserted into my stomach.  For fourteen months everything I ingested had to go through that tube.  That required me to live in the infirmary. During that time I was single celled.  I met weekly with my assigned QMHP even though I could not relate to her. She was aware of my special housing needs.  Frequently during that time I refused to meet with her because an officer (sometimes two) was always in the room.  When I complained I was told it is a security issue and was up to the officer if he wanted to stay in the room.  Further, I was told all staff sign HIPAA agreements not to disclose personal,

confidential information.  After 26 years in prison, I assure you that means nothing.  I even overheard my QMHP sharing my personal, confidential information with officers and other staff.  Once an officer that was not even present at the time asked me about something I said in a prior sesssion.  I have overheard staff and nurses laughing at, making fun of and denigrating me and others for things we thought were said in confidence.  I underand that in this setting complete confidentiality is not possible.  But, what I witnessed of their behavior was not only disgusting but also very unprofessional.  It caused me to shut down emotionally and I am now unable to speak with my QMHP in the presence of others.  Often we are required to speak while behind a locked door where everyone in hearing distance can hear what we say.  It is degrading, humiliating and I cannot do it.  I should not have to have my mental health needs ignored because of it.

When I asked a senior staff psychiatrist why DCC does not honor Rasho, he responed "Because no one cares - not the prison, the attorneys on both sides nor the courts".  Further, he added that he was not aware of anyone coming to the prison to complain about or address these issues.  He would know.  I do not know.  However, I did speak with Dr. Pablo Stewart once at a different prison.  The mental health staff knows they are in violation but they are not in a position to do anything about it.  Even maximum security prisons that I have been in provide one-on-one sessions.  There appears to be an ongoing feud between security and mental health.  Security feels mentalhealth is trying to usurp their authority. The quality of care at DCC is a laughing joke among the staff.  Even untrained staff easily recognize how bad it is and even acknowledge it to inmates that complain.  No one cares.

A few months after leaving the infirmary, placement once again tried to place an inappropriate individual in my cell.  Fortunately, I had the wherewithal this time to know that I could not stay in that cell, so I declared a crisis.  Being tired of my life being placed in danger, I declared a hunger strike for 12 days.  During that time I went unconscious, fell, got a concussion and had to be taken by ambulance to an outside hospital at two o'clock in the morning.  During the 12-day hunger strike no one from adminstration came to speak with me because they knew what the hunger strike was about.  A sergeant and the health care administrator mediated the entire episode, and the health care administrator agreed to assist with my cell placement.  After I agreed to the terms, she reneged and once again tried to place with in an inappropriate setting.  So, I continued the hunger strike.  Two days later I was placed in a single cell for about 10 before an acceptable person was moved in. Two weeks later the lieutenant tried to move two inappropriate people into the cell. I went apocalyptic and threatened another hunger strike and that placement did not happen.  They do not care.  I live in the health care unit where apparently an officer can make cell assignments without any regard to who is placed with whom. That is dangerous as they are not aware of individual needs.

Almost on a weekly basis I send a request to speak with a QMHP with some degree of privacy.  One will usually come within a few days but always with one (sometimes two) officers present.  I cannot do it.

Meanwhile, I suffer in deep emotional pain. I have a well-documented history of passive suicidal tendencies and it does not take much to trigger them. I plead and beg for help but cannot get what I am entitled to.

I am assigned a QMHP that I cannot relate to. She has violated my trust on several occasions so I no longer trust her. I am afraid to talk to her. QMHPs are assigned by alphabet and/or cell house, so I am stuck with her. My counselor even noticed my extreme level of stress and she contacted Dr. Melissa Young to ask if I could speak to someone else. My counselor told me that Dr. Young essentially told her to f-off, that I could see the person assigned to me or no one. Obviously, Dr. Young does not care. I realize that we cannot choose our health provider, but I only asked to speak to anyone else, not a specific person. Their indifference is unfathomable. That is not to even mention the quality of the staff which is what it is. You know that people work here for a reason. I am not grieving the quality of the staff but the quality of the services. For over 40 years I have beeen involved in the field of psychology one way or another - either as a student, therapist, professor, researcher or writer. In all those years I have never witnessed anything like the blatant, egregious and total disregard for human pain and suffering in my life as it is in IDOC and Dixon, in particular. Almost daily, if not daily, someone here attempts to harm themselves and must be taken to an outside hospital. It is perceived as manipulation when it is not. It is neglegence and indifference to one's mental health.

I live in constant fear that anyday an inappropriate person can or will be placed in my cell or vice versa. I am vulnerable and fear for my safety. On more than one occasion I have reminded the administration that they are responsible for my health and safety; yet, they do not care. I have written to Andrea Tack, Assistant Warden for Programs, Dr. Melvin Hinton, Chief of Psychological Services, Dr. Jamie Chess, Dr. Melissa Young and got no response. They all know they are in violation and to protect themselves, they either spin or ignore us. I have addressed these issues with Amanda Antholt who offered suggestions on how to solve this problem. My experience tells me it does no good. Short of litigation, nothing helps. They do not care. This administration perceives everything as manipulation. Mental health tries to run the program as if they are in private practice. There is no communication between departments. That approach does not work in this setting or with this audience. Either the QMHPs are not allowed to help or they do not know the audience they serve.

Dixon is the main mental health facility in IDOC and it is the worst I have encountered. They are totally indifferennt to the mental health needs of those they serve. Mental health care in IDOC is more harmful than it is helpful.

I realize that this Court has no control over the quality of the staff or even getting people to work here, but IDOC is not even attempting to honor the agreed upon settle that it can control.

3

   I appeal to you and this Court to please hold IDOC and DCC, in particular, fully responsible and accountable. People's lives are in danger due to their refusal to honor this agreement.

   Thank you.

                                                    Sincerely yours,

                                                    *Richard W Dyches*
                                                    Richard W. Dyches


Richard W. Dyches, K-68728
Dixon Correctional Center
2600 N. Brinton Ave.
Dixon, IL  61021-9521

Rich Dyches, K68728
2600 N. Brinton Ave.
Dixon, IL  61021-9532

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY AT THE
ILLINOIS DEPT OF CORRECTIONS

US POSTAGE PITNEY BOWES
$ 000.53
ZIP 61021
02 4W
0000366408 JUN 28 2022

28 JUN 2022 PM 7 L

Honorable Michael M. Mihm
U.S. Disrtict Court
Central District of Illinois
305 U.S. Courthouse
100 N.E. Monroe St.
Peoria, IL   61602

61602-105380

LEGAL MAIL