MOTION filed by:
Jason E. Ralston S-06627

STATE OF ILLINOIS
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SEP 13 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

09/05/2022 — LABOR DAY
Jason E. Ralston
@ Dixon C.C.
D.P.U. / XA-28

Now comes Class member Dr. Jason E. Ralston S06627 and I wish to file this report/objection from the DPU @ Dixon C.C.!/yr

## MOTION

It's after lunch and the current time is about 11:30 am CT. On the wing we were taken off of lockdown today so I talked to the wing officer and I am going to get a shower finally today.

→ I learned that Austin Dillon won the NASCAR Cup Series Race last weekend at Daytona Beach, FL. It was scheduled for Saturday night but it got rained out. The race this weekend was at Darlington, South Carolina and my favorite driver Joey Logano qualified on the pole position, but I fell asleep last night before the race was finished with the tv on. The race at Darlington, SC started at 6:00 PM CT. It was a 500 mile race and was still going at 10:00 PM on Sunday night. I will learn who won next week and I will get to see the highlights.

→ Today everyone is getting showers, dayroom, and phonecalls. I still plan to call home and take a shower. I want to being locked in ahead of these damn cages for dayroom where it is really uncomfortable to sit and write by a other prisoner.

→ Requested Relief: I respectfully request this court and all it's officials to continue to enforce and monitor the April 2016 settlement agreement and ensure the get continued improving mental health care and treatment throughout IDOC and in Illinois

E-FILED ☐  cc:

STATE OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MOTION filed by:
Jason E Ralston S-06627

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

09/04/2022 - SUNDAY
Jason E. Ralston
@ DIXON CC / D.P.U.
X-HOUSE / XA-28

## MOTION

THIS IS REQUEST FOR HELP WITH GRIEVANCE FORM: DOC 0046 REV 01/2020 AS WE DON'T HAVE ANY IN X-HOUSE. NICOLE SCHULT @ UPLC - CHICAGO, IL AND AMANDA ANTHOLT @ EQUIP FOR EQUALITY - CHICAGO, IL CAN YOU PLEASE HELP ALL 800 RESIDENTS HERE AT DIXON CC BY PRINTING A FEW BLANK GRIEVANCE FORMS OFF OF IDOC'S WEB-SITE THEN MAKING US ABOUT 1,000 PHOTOCOPIES FOR EACH OF THE 4 WINGS A, B, C AND D AND MAIL THEM TO ME. THERE WAS A BIG ARTICLE IN LAST MONTH'S PRISON LEGAL NEWS ABOUT PRISONS IN THE 7th CIRCUIT NOT PROVIDING AN AMPLE SUPPLY OF GRIEVANCES TO THEIR HOUSING UNITS AND HOW THIS PREVENTS US FROM EXHAUSTING OUR ADMINISTRATIVE REMEDIES UNDER THE P.L.R.A. OF 1994. PLEASE HELP WITH THIS NEED FOR GRIEVANCES AT DIXON! THANK YOU! J.E. Ralston at DIXON CC / XA-28

UPTOWN People's LAW CENTER
NICOLE SCHULT - ACL
4413 N. SHERIDAN RD
CHICAGO, IL 60640

EQUIP FOR EQUALITY
AMANDA ANTHOLT ACL
20 N. MICHIGAN AVE, STE 300
CHICAGO, IL 60602

## RELIEF

THIS IS A REQUEST FOR 4,000 BLANK GRIEVANCE FORMS IN THE X-HOUSE AT DIXON CC. - PLEASE HELP US Nicole + Amanda + Samantha! THANK YOU! J.E.R.

E-FILED ☐   cc: AMANDA + SAMANTHA!

MOTION filed by:

Jason E. Ralston S-06627

STATE OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

09/04/2022 — SUNDAY
Jason E. Ralston
@ DIXON CC
D.P.U. / XA-28

Now comes class member, JASON E. RALSTON, S06627, AND I would like to file this REPORT/OBJECTION from the D.P.U. @ Dixon CC!

## MOTION

It's fairly early Sunday morning, just after 9:00 AM CT. We remain on a Level 1 Lock-Down, I believe primarily because it is Labor Day weekend and they are short staffed on the security end of things on this big holiday weekend. This kind-of pisses me off because I haven't had a shower since about 08/31/22 or on Wednesday. I'll be okay though, because I will eventually get to shower although that might be Tuesday 09/06/2022.

→ The NASCAR Cup Series race is at Darlington Raceway and my favorite driver Joey Logano in the #22 Shell Pennzoil Mustang has qualified on the pole position. Joey Logano won the race here at Darlington, South Carolina in the spring on May 08, 2022, so there is a good chance Joey Logano will win here at Darlington today also. If so, this will free him up for the #2 spot right behind my #1 favorite driver Chase Elliott in the points chase for the 2022 Cup Series championship. Race time is scheduled for 6:00 PM CT on USA. It looks like this is going to be another day pretty much locked in our cells all day long. I've got some legal stuff to work on.

## RELIEF

→ Requested Relief: I request that this Honorable Court and all its officials continue to advocate for all us mentally ill inmates in Illinois and assure the April 2016 remains to be enforced and monitored to ensure better mental health care treat

E-FILED ☐  cc:

**MOTION filed by:**
Jason E. Ralston S-06627

STATE OF ILLINOIS
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
JOLIET TREATMENT CENTER
2848 West McDonough Street
Joliet, IL 60436

09/03/2022 - SATURDAY
Jason E. Ralston
@ Dixon CC
DPU-XA-28

THIS IS A REPORT ON THINGS THAT HAPPENED AT JTC EARLIER THIS YEAR, INVOLVING MY LEGAL BOXES

**MOTION**

C/O WILLIAM H. BAXTER, INTERNAL AFFAIRS INVESTIGATOR AT JTC, STATED TO ME IN APRIL 2022 THAT LIEUTENANT ROSALIND M. ALLEN PREVIOUSLY HEAD OF IA @ JTC GOT RELIEVED OF DUTY BY THE HEAD IA PEOPLE WHO INVESTIGATE ALL THE IA DEPARTMENTS AT ALL THE IDOC FACILITIES IN ILLINOIS OVER THE FACT THAT I BUSTED HER AND ONE OF HER OFFICERS - C/O OLIVER (NOT THE LIEUTENANT N.G. OLIVER BUT A DIFFERENT OLIVER) BY SENDING LEGAL BOX SEALS THAT HAD BEEN TAMPERED WITH AND DID NOT BREAK. THESE 2 IN IA AT JTC WERE USING SOME KIND OF TOOL TO DEFEAT THE LOCKING MECHANISM ON MY LEGAL BOX SEALS AND IN

**MOTION**

ABOUT A 14 MONTH OR SO PERIOD TOOK OVER 10 LEGAL BOXES WORTH OF MY EVIDENCE IN MY LEGAL BOXES WHICH SEVERELY ATTACKS MY ABILITY TO LITIGATE MY EXCESSIVE FORCE LAW SUITS AGAINST DIXON CC AND PONTIAC CC (CASE #'S 17-CV-50161, RALSTON STEFFES et al (ROCKFORD, IL) AND 18-CV-01445-CSB, RALSTON V. SCROGUM et al. (URBANA, IL). I SENT THESE TAMPERED WITH LEGAL BOX SEALS

**RELIEF**

TO IDOC ADMINISTRATIVE HEADQUARTERS IN SPRINGFIELD, IL WITH MY GRIEVANCES INSIDE MY MANILLA ENVELOPES BEFORE I

**E-FILED** ☐ cc: FILED THE GRIEVANCE AT JTC FROM

MOTION filed by:
Jason E. Ralston S-06627

STATE OF ILLINOIS
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

09/03/2022 - SATURDAY
Jason E. Ralston
@ DIXON C.C. / D.P.U.
X-House / XA-28

Now comes class member Mr. Jason E. Ralston, S06627 and I wish to file this Report/Objection from the D.P.U. @ Dixon C.C.

## MOTION

It is about 12:30pm CT. in the afternoon and we are on a Level 1 lock-down. This pisses me off because I was planning on taking a shower today since the last time I showered was Wednesday 08/31/2022.

→ Hopefully, they will open it up for showers and dayrooms tonight, because I don't want to have to go all weekend this Labor Day weekend without a shower.

→ I am having an serious money issue with a $22,000 check from J.T.C. County up missing. Either J.T.C. has it from 04/21/2022 or this facility is withholding it from me. This is money I received in my settlement on 16-CV-01190 - NAS Ralston v. Pattishall from Casina J.T.C. 61820.

## MOTION

I am going to have to get my attorney Harold C. Hirshman's help to check on this next week because the original check for $30,000 came from Denton's US, LLP in Chicago, IL 60606.

→ To close, I am currently watching NASCAR practice and qualifying at Darlington Raceway. The big 500 mile Cup Series race is scheduled for tomorrow night at 6:00pm CT. on USA.

→ Requested Relief: I ## RELIEF respectfully request that this Honorable Court and all it's officials continue to advocate for all us mentally ill prisoners in Illinois and continue to enforce and monitor the April 2016 Settlement Agreement ensures we all get better + improving mental health care and that...

E-FILED ☐  cc:

**MOTION filed by:**
Jason E. Ralston S-06627

STATE OF ILLINOIS
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,
No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

09/02/2022 — FRIDAY
Jason E. Ralston
@ Dixon CC / D.P.U.
X-House / XA-28

Now comes class member, DR. JASON E. RALSTON, S06627 AND I WISH to file this REPORT/OBJECTION FROM the D.P.U. @ DIXON CC., today! y'all

## MOTION

It's FRIDAY morning on the wing and remain off of lock-down. We just met for a 1/2 hour long community meeting with our Q.M.H.P — L.P.C — MRS V. We discussed a few community concerns and a few grief and loss issues, but everyone is anticipating commissary this morning! I know I sure am. Current time is about 6:40 AM CT and commissary should be here soon. They come over here on a big 6 wheeled 2 ton box truck every other Friday. I will report more later on today!

→ It's now Friday afternoon on the wing almost exactly 3:00pm CT. Just about everybody got a good shop in on commissary today. I got shorted a few things, because they claimed on my receipt form that they were out of a number of the items I ordered. It's okay though, because I still have plenty of food and everything to make it through these day and the next couple of weeks.

→ To conclude, following and some legal documents concerning any excessive force and deliberate indifference actions that I am building against IDOC, from the actions that occurred on 04/02/2022.

— for — year S06627

→ REQUESTED RELIEF: I respectfully request that this honorable court and all its officials continue to always advocate for all us mentally ill inmates in Illinois and continue to enforce and monitor the April 2016 class

E-FILED ☐ | CC: Settlement Agreement insurance, as an Behan

Assigned Grievance #/Institution: _____     Housing Unit: DP4/XA   Bed #: 28

1st Lvl rec: _____     **ILLINOIS DEPARTMENT OF CORRECTIONS**     2nd Lvl rec: _____
**Offender's Grievance**

Date: 08/20/2022   Offender (please print): DR. JASON E. RALSTON   ID#: S06627   Race (optional): GERMAN/HISPANIC

Present Facility: Dixon C.C. - Dixon, IL     Facility where grievance issue occurred: Dixon C.C. - Dixon, IL

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): 08/20/2022 YEARLY PHYSICAL DONE BY WEXFORD N.P. KRISTINA MERSHON DELIBERATE INDIFFERENCE 10! x 10
- [ ] Disciplinary Report

Date of report: _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance"**:

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

THIS IS A GRIEVANCE OVER THE FACT THAT WEXFORD HEALTH SOURCES, INC., N.P. KRISTINA MERSHON, DID THE MOST 1/2 ASSED OR PISS POOR PHYSICAL I HAVE EVER HAD IN MY LIFETIME AND CERTAINLY IN THE LAST 15 YEARS WHICH I HAVE BEEN IN IDOC CUSTODY. SHE ALMOST COMPLETELY REFUSED TO ADDRESS ANY OF MY SERIOUS MEDICAL NEEDS WHICH ARE IN THE

[x] Continued on reverse

**Relief Requested:**
I RESPECTFULLY REQUEST THAT AN EXPERIENCED DOCTOR RE-DO MY PHYSICAL AND SIT DOWN WITH ME AND GO OVER MY LAB RESULTS AND TALK TO ME SERIOUSLY ABOUT ALL MY CURRENT SERIOUS MEDICAL NEEDS AND PROPERLY DOCUMENT THEM IN MY IDOC MAINTAINED RECORDS AND CHARTS. S06627

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

Dr. Jason E. Ralston       S06627       08/20/2022
Offender's Signature        ID#           Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
Print Counselor's Name     Sign Counselor's Name     Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

STATE OF ILLINOIS            )
                             )
COUNTY OF LEE                )

## AFFIDAVIT

I DR. JASON E. RALSTON do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

This statement is to clarify some issues regarding the lack of medical treatment I received at Joliet Treatment Center (JTC) following me being the victim of excessive force on 04/07/2022 in Dorm 2 on A wing in front of my then assigned room A-9. Dr. Maureen Hence M.D. stated to me 2 times that Lt. L. Williams was ordering her not to send someone dispatch me having seizures, life threatening medical issues or her regular rounds to the wing dorm #1. Avoiding the crises and medical treatment. This is very serious deliberate twisted view on the part of Lt. L. Williams who is a 350+ lb. morbidly obese 35 yr old black male about 6'1 tall. Lt. L. Williams also admitted to me within a week of him and Lt. M.O. Olvis that they were wrong for assaulting me because I am not/was physically aggressive or violent to them.

— EOS — for SC0627

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 30th day of August 2022

_____
Dr. Jason E. Ralston
Affiant
PhD Agriculture Economics
U of I Urbana, IL 61802

STATE OF ILLINOIS    )
                     )
COUNTY OF  LEE       )

## AFFIDAVIT

I  Dr. Jason E. Ralston  do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

Today Saturday 08/20/2022 @ about 9:45 AM C.T. Wexford Health Sources Inc. N.P. Kristina Johnson did the most 1/2 assed of piss poor physical I have ever had in my life. This young lady does not appear to be at any over 25 years old and she has got to be the most inexperienced and incompetent medical provider that I have ever seen. She was asking me questions about things that happened like 30 40 40 years ago that are not important. I have to get her to focus on the here and now and the fact that I am 51 years old may have had a heart attack in early April 2022 and my many other current symptoms received weak. For example the fact that I have been on a low salt, low fat / low cholesterol diet for the past 5 years, that I have a history of type II diabetes and prostate cancer on my moms side of the family, and that I have extremely high risk factors for coronary heart disease and colon cancer on my dads side of the family. As it stands I will sue the shit out of this incompetent Wexford medical provider for deliberate indifference about 10 times over. -eos-per soglj-

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this  20th  day of  August  2022

_Dr. Jason E. Ralston_
Affiant

Jason E. Ralston
PhD Agriculture Economics
U of I  Urbana, IL  61802

**MOTION filed by:**
Jason E. Ralston S-06627

**STATE OF ILLINOIS**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

ASHOOR RASHO, et al.,
No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

09/01/2022 - THURSDAY
Jason E. Ralston
@ DIXON CC / D.P.U.
X-HOUSE / XA-28

Now comes class member, Mr. Jason E. Ralston, S06627 and I wish to file this report/objection from the DPU @ Dixon, today!

**MOTION**

We remain off of lock-down today which is a good thing. I had a couple of call passes to health care this morning. One was for a hearing screening and they once again verified that I have a significant hearing loss in my left ear from military service and I already knew this as I get a 10% disability rating from the VA for this. I also met with the medical records officers to clarify my requests for my medical records which I submitted last month in August 2022.

→ We ate lunch at about 11:00am and it is just after 1:00pm and I just got finished getting my hair cut this afternoon up and other questions in nurses gone.

→ Commissary is tomorrow and that is always something we actually look forward to in prison and in IDOC. → I will finish this report tonight.

→ It is about 7:30pm CT on the wing. Today has been a good day. We are all looking forward to commissary tomorrow morning. I still have a little food and a soda/ice jet. They the nurses should be passing out our night time medication soon. They have been passing right now between 7:30pm - 8:00pm CT lately - for - per S06627

→ I respectfully request this honorable court and all its officials continue to actually advocate for all us mentally ill inmates in Illinois and continue to enforce and monitor the April 2016 Rasho Consent

**RELIEF**

**MOTION filed by:**
Jason E. Ralston S-06627

**STATE OF ILLINOIS**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

ASHOOR RASHO, et al.,
No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

08/31/2022 — WEDNESDAY
Jason E. Ralston
@ Dixon C.C. / D.P.U.
X-House / XA-28

Now comes class member Mr. Jason E. Ralston S06627 and I wish to file this report for protection from the DHH @ Dixon CC today & yes

**MOTION**

We remain off of Lock-down watch is always a big positive. Not much went on on the wing again meaning other than dayroom offerings and phone calls and showers. I showered this morning. Then we had 2.0 hours of gym time in the STC gym from 1:15 pm CT to 3:15 pm CT. It was nice to get out of the cell and do some walking and relaxing and socializing with some of the other residents on the wing during gym time today.

→ We all still maintain our objections to these 2 each 30' x 60' chain link fence cages which security locks us in for all our dayrooms and groups of more than 4 people.

→ I still maintain my objections to that some nurses require us to water in a paper cup then

**MOTION**

they dump your medication in the cup of water and walk away from your door w/o witnessing you take any of your medications. This goes against almost all of Dr. Melvin Reinhart's rules in his IDOC mental health protocol manual that he updates every year.

→ In all today has been a pretty good day and I am thankful we got a full 2.0 hours of gym time or ___ out of cell time today.

**RELIEF**

→ Requested Relief: I respectfully request this honorable court and all its officers continue to enforce and monitor the April 2016 settlement agreement

E-FILED □   cc: Any ____ may require to make improvements

**MOTION filed by:**
Jason E. Ralston S-06627

**STATE OF ILLINOIS**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

ASHOOR RASHO, et al.,
No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

08/30/2022 — Tuesday
Jason E. Ralston
@ Dixon CC / D.P.U.
X-House / XA-28

Now comes class member, Mr. Jason E. Ralston, S06627 and I wish to file this report/objection from Dixon CC, today.

## MOTION

It is about 9:30 AM on Tuesday morning on this wing and we are not on lock-down which is a big positive. There should be some groups today and I hope I get to go to 1 or 2.

→ We just had a 45 minute long community meeting group w/ LPC Mr. Gipson from 9:45 AM to about 10:30 AM. 12 residents from the wing attended and we were all confined to the downstairs 30' x 60' chain link fenced cage while LPC Gipson and the C/O remained outside the fenced in cage. We all find this being locked in these damn cages very traumatizing and demoralizing. Please get these torn down ASAP, court officials in Peoria, IL.

## MOTION

→ It's been a pretty quiet day on mowing today. Not much else going on today. I will get to call home at about 7:00 PM. There were 3 residents in each of the downstairs and upstairs 30' x 60' chain link fenced cages. We all object to these damn cages, seriously it's demoralizing us.

## RELIEF

Request Relief: I request all court officials continue to advocate for all us mentally ill inmates in IDOC in the state of Illinois for better mental

E-FILED ☐   cc:

MOTION filed by:

Jason E. Ralston S-06627

STATE OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
JOLIET TREATMENT CENTER
2848 West McDonough Street
Joliet, IL 60436

08/30/2022 - TUESDAY
Jason E. Ralston
@ Dixon CC / DPU
Reporting on JTC

I wish to file this statement on JTC from Dixon CC today:

**MOTION**

I've been discussing the following with my attorneys. I believe JTC beat my ass on C/Wing in Dorm #2 on + wing outside my then point A-9, on 08/07/2022 because of 2 things. First, I busted JA's LT. Rosation M. Allen and CTO Ollice on IA @ JTC for taking about 8-10 legal boxes worth of evidence that severely affected my ability to litigate my excessive force lawsuits against Dixon CC 17-cv-5161, Ralston v. Steve Penal

**MOTION**

and against Pontiac CC 18-cv-01445-CSB, Ralston v. Scroggin, et al. Likewise, I won a large sum of money in/a qui tam suit against Wexford in December 2021 and I received that check on March 29, 2022. They beat my ass, beat my ribs, and cracked my sternum 3 days after I sent that check **RELIEF** to the trust fund office @ JTC to cash/deposit. As usual, it is true and Wexford's first defense to lie and then the story changes.

E-FILED ☐ CC:

**MOTION filed by:**
Jason E. Ralston S-06627

STATE OF ILLINOIS
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,
No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

08/29/2022 — MONDAY
Jason E. Ralston
@ DIXON C.C. / D.P.U.
X-HOUSE / XA-28

Now comes class member, Mr. Jason E. Ralston, S06627, and I need to file this Report/Objection from the D.P.U. @ Dixon C.C., today 1/8

**MOTION**

It is just past 9:00 am C.T. in the DPU @ Dixon C.C. and we are off of lock-down which is a big positive. It is pretty quiet on the wing right now and not much is going on, thus I think I will start writing more after lunch!

→ It is about 12:30 pm C.T. We had lunch at about 11:00 am and not much is going on. I just finished taking a shower and there were 3 residents each in the upstairs cage and the downstairs cages getting their dayroom time & I declined my morning dayroom offering due to my objections of being locked in a 30' x 60' cage for an hour with a couple of other guys with nothing to do that is constructive. It is down right demeaning to be locked in those cages. → Will write more later...

**MOTION**

→ To conclude today's report I just got this Emergency Grievance & my copies of it back from the Dixon C.C. law library. I didn't realize I messed this young lady out so bad. I wrote this right after my physical. The attorney discussed this with Springer counsel and Wexford N.P. Kristina Morrison is going to be added as a defendant in my excessive force and deliberate indifference law suit against officers at JTC from 04/07/2022 for breaking my ass, breaking my ribs and destroying my strength on camera

**RELIEF**

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

Assigned Grievance #/Institution: **223987**
Housing Unit: DW/XA  Bed #: 20
1st Lvl rec: ___  2nd Lvl rec: ___

Date: 08/20/2022
Offender (please print): JASON E. RALSTON
ID #: S06627
Race (optional): German/Hispanic

Present Facility: Dixon CC - Dixon, IL
Facility where grievance issue occurred: Dixon CC - Dixon, IL

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): 08/20/2022 - Physical by N.P. Kristina Dilkshon @ Dixon Correctional Center
- [ ] Disciplinary Report

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This is a grievance on DuBoshs Indifference By Wexford Health Services, Inc N.P. Kristina Mershon at Dixon Correctional Center. Today 08/20/2022 NP K. Mershon @ Dixon CC conducted the most 1/2 Assed physical I have had in my 15 years of being in IDOC and I demand a redo of it, told her I think I had a Heart Attack

[x] Continued on reverse

**Relief Requested:**
I request that a medical provider other than N.P. K. Mershon conduct a proper physical and check my prostate, discuss my blood draw labs, put me on a low fat, low carb, low cholesterol diet, and that I get a EKG ASAP as I believe I may have had a heart attack!

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Offender's Signature: Jason E. Ralston
ID#: S06627
Date: 08/20/2022

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: ___  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name  Sign Counselor's Name  Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

*Received 22 AUG 2022 Dixon Correctional Center Grievance Office*

**EMERGENCY REVIEW:**  Date Received: 22 AUG 2022

Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature: Terry Williams
Date: 1/2/24

STATE OF ILLINOIS  )
COUNTY OF  LEE  )

## AFFIDAVIT

I  Dr. Jason E. Ralston  do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

Today Saturday 08/20/2022 @ about 9:45 AM C.T. Wexford Health Sources Inc N.P. Kristina Mershon did the most 1/2 assed or piss poor physical I have ever had in my life. This young lady does not appear to be a day over 25 years old and she has got to be the most inexperienced and incompetent medical provider that I have ever seen. She was asking me questions about things that happened like 30 to 40 years ago that are not important. I had to get her to focus on the here and now and the fact that I am 51 years old may have had a heart attack in early April 2022 and my many other current serious medical needs. For example the fact that I have been on a low fat, low MSG, low cholesterol diet for the last 5 years, that I have a history of type II diabetes and prostate cancer on my mom's side of the family, and that I have extremely high risk factors for coronary heart disease and colon cancer on my Dad's side of the family. As it stands I will sue the shit out of this incompetent Wexford medical provider for deliberate indifference about 10 times over. -EOS- PER SOGG17

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 20th day of August 2022

_____
Affiant

Jason E. Ralston
PhD Agriculture Economics
U of I Urbana, IL 61802

**VOID IF ALTERED OR ERASED**

# CERTIFICATE OF LIVE BIRTH
## FLORIDA

State of Florida
Department of Health and Rehabilitative Services
VITAL STATISTICS

BIRTH NO. 109-71-024595
REGISTRAR'S NO.

Date Issued: JUL 0 3 2013

| | | | | | |
|---|---|---|---|---|---|
| 1. CHILD - NAME | First: Jason | Middle: Edward | Last: Ralston | 2a. DATE OF BIRTH: March 29, 1971 | 2b. HOUR: 9:35 A.M. |
| 3. SEX: Male | 4a. THIS BIRTH: Single | 4b. IF NOT SINGLE BIRTH: | | 5a. COUNTY OF BIRTH: Manatee | |
| 5b. CITY, TOWN, OR LOCATION OF BIRTH: Bradenton | 5c. INSIDE CITY LIMITS: | 5d. HOSPITAL—NAME: | | | |
| 6a. MOTHER—MAIDEN NAME | First: Sheryl | Middle: Lynn | Last: Hendricker | 6b. AGE: 18 | 6c. STATE OF BIRTH: Illinois |
| 7a. RESIDENCE - STATE: IL | 7b. COUNTY: Cass | 7c. CITY, TOWN, OR LOCATION: Beardstown | 7d. ZIP CODE: | 7e. INSIDE CITY LIMITS: | 7f. STREET AND NUMBER: 36 Sunset Drive |
| 8a. FATHER—NAME | First: Brian | Middle: Kent | Last: Ralston | 8b. AGE: 18 | 8c. STATE OF BIRTH: Illinois |
| 9a. INFORMANT: Mrs. Brian K. Ralston | | | | 9b. RELATION TO CHILD: Mother | |

10a. SIGNATURE: E. H. Williams, Jr.
10b. DATE SIGNED: March 29, 1971
10c. ATTENDANT: M.D.
10d. CERTIFIER - NAME: E. H. Williams, Jr.
10e. MAILING ADDRESS: 1217 Pearl St. Jacksonville, FL 32202
11a. REGISTRAR - SIGNATURE: Nancy E. Gustomski, Deputy
11b. DATE RECEIVED BY LOCAL REGISTRAR: April 6, 1971

DH FORM 1946 (04-10)

C. Meade, Jr., State Registrar

STATE OF FLORIDA — OFFICE of VITAL STATISTICS — CERTIFICATION OF VITAL RECORD — FLORIDA DEPARTMENT OF HEALTH
THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.
WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.