IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ASHOOR RASHO, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-CV-1298-MMM-JEH |
| ) | |
| v. ) | Judge Michael M. Mihm |
| ) | |
| DIRECTOR ROB JEFFREYS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' MOTION FOR CLARIFICATION

Plaintiffs move for clarification regarding this Court's September 13, 2022, Opinion and Order (ECF No. 3629). The Order does not address Plaintiffs' argument regarding their entitlement to attorneys' fees as prevailing parties on the preliminary injunction. The clarification is that the Order's silence should not prejudice Plaintiffs' ability to file a motion seeking adjudication of their prevailing party status and entitlement to fees on the preliminary injunction at a later date.

In briefing the return of the $873,002 attorney fee payment, Plaintiffs raised the argument that Plaintiffs likely are entitled to attorneys' fees for prevailing on the preliminary injunction, which was entered in May 2018. ECF No. 3610 at 9-12. Defendants' reply disputed Plaintiffs' entitlement, arguing that the preliminary injunction merged into the permanent injunction. ECF No. 3616 at 7-8. This argument is legally incorrect, as explained in Plaintiffs' sur-reply. ECF No. 3619-1 at 2-5.

This Court's September 13 Order does not address this dispute at all, nor does it come to any conclusion as to whether Plaintiffs are or might be entitled to attorneys' fees based on the preliminary injunction entered in May 2018. ECF No. 3629 at 7-8. Consequently, Plaintiffs seek clarification that the September 13 Order is not a final ruling on this issue, which can be raised again by Plaintiffs at the appropriate time.

Dated: September 23, 2022

RESPECTFULLY SUBMITTED,

By:  /s/ Samantha R. Reed
One of the attorneys for Plaintiffs

Harold C. Hirshman
Samantha Reed
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL  60606
Telephone: (312) 876-8000
Facsimile:  (312) 876-7934
harold.hirshman@dentons.com
samantha@equipforequality.org

Alan Mills
Nicole Schult
Uptown People's Law Center
4413 N Sheridan
Chicago, IL  60640
(773) 769-1410 (phone)
alan@uplcchicago.org
nicole@uplcchicago.org

Amanda Antholt
Equip for Equality
200 N. Michigan Ave.
Chicago, IL 60602, Suite 300
(312) 341-0022 (phone)
(312) 541-7544 (fax)
amanda@equipforequality.org

## CERTIFICATE OF SERVICE

    It is hereby certified that on September 23, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

<u>/s/ Samantha R. Reed</u>

One of the Attorneys for Plaintiffs