E-FILED
Tuesday, 01 November, 2022  11:11:49 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| PATRICE DANIELS, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | No. 1:07-CV-1298-MMM-JEH |
| v. | ) | |
| | ) | Judge Michael M. Mihm |
| DIRECTOR ROB JEFFREYS, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## JOINT MOTION FOR AGREED CONFIDENTIALITY ORDER

The parties have conferred and agreed to the terms of the attached Agreed Confidentiality

Order. The parties therefore request that this Court enter the attached Order.

Dated: November 1, 2022

/s/ *Samantha Reed*
One of the attorneys for Plaintiffs

/s/ *Laura K. Bautista* (with consent)
One of the attorneys for Defendants

**Attorneys for Plaintiffs**

Harold C. Hirshman
Samantha Reed
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL  60606
Telephone: (312) 876-8000
Facsimile:  (312) 876-7934
harold.hirshman@dentons.com
samantha@equipforequality.org

Amanda Antholt
Equip for Equality
200 N. Michigan Ave.
Chicago, IL 60602, Suite 300
(312) 341-0022 (phone)
(312) 541-7544 (fax)
amanda@equipforequality.org

Alan Mills
Nicole Schult
Uptown People's Law Center
4413 N Sheridan
Chicago, IL  60640
(773) 769-1410 (phone)
alan@uplcchicago.org
nicole@uplcchicago.org

*Attorneys for Defendants*

| | |
|---|---|
| Laura K. Bautista | R. Douglas Rees |
| Assistant Chief Deputy Attorney General | Deputy Attorney General, Civil Litigation |
| Office of the Illinois Attorney General | Office of the Illinois Attorney General |
| 500 South Second Street | 100 West Randolph Street, 12th Floor |
| Springfield, Illinois 62701 | Chicago, Illinois 60601 |
| Tel. 217-782-5819 | Tel. 312-814-3000 |
| *Laura.bautista@ilag.gov* | *richard.rees@ilag.gov* |

**CERTIFICATE OF SERVICE**

It is hereby certified that on November 1, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for all parties.

/s/ *Samantha R. Reed*