MOTION filed by:
Jason E. Ralston S-06627

STATE OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

02/12/203 ~ Sunday
Jason E. Ralston
→ Reporting from Dixon C.C.
DP4 / X-House    A-50

Now comes class member, JASON E. RALSTON, S06627 AND I would like to file this REPORT/OB-section from DIXON CC'S X-House today. Super Bowl Sunday

## MOTION

WE REMAIN ON LOCK-DOWN AS HAS BEEN THE CASE AND THE NORM most Sundays for the last 4 to 5 months in the X-House @ Dixon. Being locked in our cells all the time sure takes its toll on us. The Super Bowl is today at 5:30 PM C.T. in PHOENIX, ARIZONA. The LA Rams are playing the Kansas City Chiefs. I am betting on the K.C. Chiefs. I am only betting $20.00 on the Chiefs to win. I figure that's not too much to loose in case the K.C. Chiefs loose.

MENTAL HEALTH WISE, conditions of confinement here in the X-House at Dixon CC have been terrible. WE have NO Q.M.H.P. WE have been having no groups and very little out of cell time. It's Super-Bowl fifty seven from Phoenix, Arizona. It's gonna be in the State-Farm Stadium. I haven't had a shower in about a week and I smell real bad. I wish I could get a shower. The C/O said they might be running showers and phones today about 2 out at a time. Conditions are very bad in the X-House at Dixon CC. I haven't been reporting because my medications are so screwed up that I don't sleep well at night and I sleep very irregular hours during the days and at night sometimes. Psychiatric N.P. Jennifer Hoffman really screwed up my medications last fall in October when I was on crisis watch here at Dixon CC. I was offered a phone call @ ≈ 10:00 AM but declined it as most everyone I know is in RELIEF church on Sunday mornings at this time. I was never offered a shower today, but I badly need one. Conditions in the X-House @ Dixon CC. are terrible. Please make them do a better job. Dr. Pablo Stewart, MD and

FILED
FEB 17 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MOTION filed by:

Jason E. Ralston S-06627

STATE OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,

No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

02/13/2023 - Monday
Jason E. Ralston
→ Reporting from Dixon CC - IDPY
X-House / XA-50

Now comes class member, Jason E. Ralston, S06627 and I wish to file this Report from Dixon today - President's Day 2023. /s/ S06627.

**MOTION**

Super Bowl fifty seven was against the Kansas City Chiefs and Philadelphia Eagles. The K.C. Chiefs won the Super Bowl last night with a score of 38 to 35 or by a field goal, thus I won my $20 bet with a fellow X-House resident.

We remain on a level 1 lockdown and I haven't had a shower in over a week now. I smell bad and conditions of confinement mental health wise, in the X-House are terrible. That is, they do not run groups of any kind and are keeping us locked in our cells almost 24 hours a day 7 days a week. This is all very depressing and demoralizing being locked in our cells all the time.

We have no Q.M.H.P. to do our treatment plans and I regularly only see my psychiatric provider N.P. Susan Bathe and I am in general receive no mental health treatment other than medications and this law suit has been going on for 16 years now.

I don't know what to say other than conditions are extremely bleak at Dixon CC in the X-House. I remain to the point that I am almost unable to sleep at night times and I do not function normally anymore after N.P. Jennifer Hoffman screwed up my medications last fall in October. It's this bad: No groups, locked in our cells 24 hours a day, no mental treatment other than medications and the nurses regularly mess this up.

→ Request Relief: meet in App Relief in Peoria, IL and discuss these topics and try to make IDOC and Wexford do a better job here at Dixon CC. in the X-House

**FILED**
**FEB 17 2023**
CLERK OF U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MOTION filed by:
Jason E. Ralston S-06627

STATE OF ILLINOIS
IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO, et al.,
No. 1:07-CV-1298-MMM

Filer: Jason E Ralston, S06627
Dixon Correctional Center
2600 N. Brinton Avenue
Dixon, IL 61021

02/11/2023
Jason E. Ralston
→ Reporting from Dixon - DPU
XA - Wing   cell 50

Now comes class member JASON E. RALSTON, S06627 AND I would like to file this report and objection from the DPU @ Dixon C.C.

**MOTION**

We remain on lock-down on almost all week-ends. Things have been especially bad since I last reported to this court. Psychiatric N.P. JENNIFER HOFFMAN, screwed up my medications to where I have a really hard time sleeping at night. We have no Q.M.H.P. MRS. V. either got fired or quit. L.P.C. MRS. ADAMS retired. My treatment plan is past due over a month and we have no Q.M.H.P. to do treatment plans on this wing. There are only 2 Q.M.H.P. for this entire building.

I keep talking to my regular psychiatric provider Psychiatric NP. MRS. SUSAN CLARKE about going to STC, where I would be more properly placed. But nothing ever gets done about it.

In general, conditions of confinement are very bad in the X-House and have been for the last 4 or so months.

**MOTION**

We spend a lot of time locked in our cells and they are not running any groups of any kind for about the last 4 months. I am not functioning well because NP. HOFFMAN in crisis watch screwed up my medications so damn bad. I have a hard time sleeping at all. I typically sleep 2 or 3 hours at a time mixed through the days and nights.

→ REQUESTED RELIEF: Get them some help up here at Dixon C.C. in the X-House.   RELIEF. Conditions of confinement mental health wise are terrible. No groups. Locked in cells 24 hours a day. Not sleeping. Medications screwed up.

S.O.S. - DR. PABLO STEWART - HELP US - NOW!