### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| PATRICE DANIELS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTOR ROB JEFFREYS, *et al.*, <br><br> Defendants. | No. 1:07-CV-1298-MMM-JEH <br><br> Hon. Michael M. Mihm |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL AUTHORITY ON JUDICIAL NOTICE

The Court should disregard plaintiffs' submission of supplemental authority (ECF 3679) in support of their request for the Court to take judicial notice of the Governor's statements—as reported in articles and statements *cited in their brief* opposing defendants' motion to dismiss—because neither the articles nor the attributed statements are pled in the Fourth Amended Complaint. The Seventh Circuit has made clear that "it is axiomatic that the complaint may not be amended by the briefs in opposition to a motion to dismiss. Similarly, consideration of a motion to dismiss is limited to the pleadings." *Car Carriers, Inc. v. Ford Motor Co.*, 745 F.2d 1101, 1107 (7th Cir. 1984) (internal citations omitted).

Dated: February 27, 2023

R. Douglas Rees
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3000
richard.rees@ilag.gov

Laura Bautista
Office of the Attorney General
500 South Second Street
Springfield, IL 62701
Tel.: (217) 782-9075
laura.bautista@ilag.gov

Respectfully submitted,

Defendant ROB JEFFREYS, et al.

By: KWAME RAOUL,
    Illinois Attorney General

 */s/ R. Douglas Rees*, #6201825
    Deputy Attorney General, Civil Litigation

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 27, 2023, he caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

/s/ R. Douglas Rees
Deputy Attorney General, Civil Litigation
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. 312-814-3000
*richard.rees@ilag.gov*

2