IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| PATRICE DANIELS, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 07-1298 |
| ) | |
| v. ) | Judge Michael M. Mihm |
| ) | |
| ROB JEFFREYS, et al., ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO EXTEND TIME TO FILE FIFTH AMENDED COMPLAINT**

Plaintiffs, by their undersigned attorneys, hereby respectfully move this Court to extend the amount of time provided to file the Fifth Amended Complaint to May 26, 2023.

**I. Procedural Background**

1. This case has been ongoing since 2007, with Plaintiffs challenging the treatment of people with mental illness in custody of the Illinois Department of Corrections ("IDOC") under the Eighth and Fourteenth Amendments of the United States Constitution; the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.; and the Rehabilitation Act, 29 U.S.C. § 794.

2. On September 30, 2022, Plaintiffs filed their Fourth Amended Complaint realleging violations of the Eighth Amendment and for due process violations of the Fourteenth Amendment of the Constitution; the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.; and the Rehabilitation Act ("Rehab Act"), 29 U.S.C. § 794 and also adding the Governor as a Defendant and bringing a claim for Equal Protection violations. ECF No. 3641.

3. Defendants answered the Fourth Amended Complaint on October 31, 2022, and filed a motion to dismiss the Governor and all claims but for the Eighth Amendment. ECF Nos. 3655 and 3656.

4. On February 28, 2023, the Court granted in part and denied in part Defendants' motion allowing Plaintiffs 21 days, until March 21, 2023, to file an amended pleading. ECF No. 3681.

5. On March 16, 2023, Plaintiffs filed an unopposed motion to extend time to file an amended complaint, noting they were in the process conducting additional investigation and discovery. ECF 3682. On March 20, 2023, this Court granted Plaintiff's unopposed motion to extend time for the filing, to April 28, 2023.

6. Meanwhile, the parties are proceeding with fact discovery, including document production, depositions and expert review.

## II. Request for Additional Time to File Amended Complaint

7. On April 28, 2023, the parties held a conference to confer on several discovery disputes and to discuss the scope of the claims proceeding in this case. At that time, defense counsel asked for additional time for the parties to confer on several issues related to the to-be-filed Fifth Amended Complaint and the scope of the case.

8. Plaintiffs have the Fifth Amended Complaint prepared for timely filing, but request an additional extension of time to allow the parties to complete the conference requested by Defendants.

WHEREFORE, Plaintiffs respectfully request that this Court grant them an extension of time to May 26, 2023 to file the Fifth Amended Complaint in line with the Court's February 28, 2023, Order on Defendants' Motion to Dismiss.

                            RESPECTFULLY SUBMITTED,

                            /s/ Amanda Antholt
                          One of the attorneys for Plaintiffs

| | |
|---|---|
| Harold C. Hirshman<br>Diane O'Connell<br>DENTONS US LLP<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL  60606<br>Telephone: (312) 876-8000 | Amanda Antholt<br>Sophia Lau<br>Equip for Equality<br>20 N. Michigan Ave., Suite 300<br>Chicago, IL 60602<br>Telephone: (312) 895-7330 |
| Alan Mills<br>Nicole Schult<br>Madison Kemker<br>Uptown People's Law Center<br>4413 N Sheridan<br>Chicago, IL  60640<br>Telephone: (773) 769-1410 | |